Hearing Date: **January 20, 2016 at 2:00 p.m. ET**

Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Proposed Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| PRIMORSK INTERNATIONAL SHIPPING LIMITED, *et al.*,[1] | Case No. 16-10073 (MG) |
| Debtors. | Joint Administration Pending |

**NOTICE OF FILING OF REVISED PROPOSED ORDER AUTHORIZING
JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

**PLEASE TAKE NOTICE** that on January 17, 2016, Primorsk International Shipping Limited and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), filed the Debtors' *Motion for an Order Authorizing Joint Administration of the Debtors' Chapter 11 Cases* (the "Motion")[2] [Docket No. 3].

---

[1] The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy", Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra", Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

SC1:4027132.2

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Proposed Order following discussion with the Office of the United States Trustee for the Southern District of New York.  The revised Proposed Order is attached hereto as <u>Exhibit 1</u>.  For ease of reference, a copy of the revised Proposed Order marked against the Proposed Order, filed as <u>Exhibit A</u> to the Motion, is attached hereto as <u>Exhibit 2</u>.

| | |
|---|---|
| Dated:  January 20, 2016<br>        New York, New York | */s/ Andrew G. Dietderich*<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone:    (212) 558-4000<br>Facsimile:     (212) 558-3588<br>Email:           dietdericha@sullcrom.com<br>                    gluecksteinb@sullcrom.com<br>                    kranzleya@sullcrom.com<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors-in-Possession* |

# EXHIBIT 1

# Revised Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
───────────────────────────────────────── x
In re                                     :
                                          :
PRIMORSK INTERNATIONAL SHIPPING           :    Chapter 11
LIMITED,                                  :
                                          :    Case No. 16-10073 (MG)
                                          :
                                          :
                              Debtor.     :
                                          :
───────────────────────────────────────── x
In re                                     :
                                          :
BOUSSOL SHIPPING LIMITED,                 :    Chapter 11
                                          :
                                          :    Case No. 16-10074 (MG)
                                          :
                              Debtor.     :    EIN 98-0636402
───────────────────────────────────────── x
In re                                     :
                                          :
MALTHUS NAVIGATION LIMITED,               :    Chapter 11
                                          :
                                          :    Case No. 16-10075 (MG)
                                          :
                              Debtor.     :    EIN 98-0636401
───────────────────────────────────────── x
In re                                     :
                                          :
JIXANDRA SHIPPING LIMITED,                :    Chapter 11
                                          :
                                          :    Case No. 16-10076 (MG)
                                          :
                              Debtor.     :    EIN 98-1056168
───────────────────────────────────────── x
In re                                     :
                                          :
LEVASER NAVIGATION LIMITED,               :    Chapter 11
                                          :
                                          :    Case No. 16-10077 (MG)
                                          :
                              Debtor.     :    EIN 98-0660605
───────────────────────────────────────── x
```

-2-

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| HERMINE SHIPPING LIMITED, | : | |
| | : | Case No. 16-10078 (MG) |
| | : | |
| | : | EIN 98-0660596 |
| Debtor. | : | |
| ————————————————————x | | |
| In re | : | |
| | : | |
| LAPEROUSE SHIPPING LIMITED, | : | Chapter 11 |
| | : | |
| | : | Case No. 16-10079 (MG) |
| | : | |
| Debtor. | : | EIN 98-0660603 |
| ————————————————————x | | |
| In re | : | |
| | : | |
| PRYLOTINA SHIPPING LIMITED, | : | Chapter 11 |
| | : | |
| | : | Case No. 16-10080 (MG) |
| | : | |
| Debtor. | : | EIN 98-1056085 |
| ————————————————————x | | |
| In re | : | |
| | : | |
| BAIKAL SHIPPING LTD, | : | Chapter 11 |
| | : | |
| | : | Case No. 16-10081 (MG) |
| | : | |
| Debtor. | : | EIN 98-1056592 |
| ————————————————————x | | |
| In re | : | |
| | : | |
| VOSTOK NAVIGATION LTD, | : | Chapter 11 |
| | : | |
| | : | Case No. 16-10082 (MG) |
| | : | |
| Debtor. | : | EIN 98-1111745 |
| ————————————————————x | | |

## ORDER AUTHORIZING JOINT ADMINISTRATION OF
## THE DEBTORS' CHAPTER 11 CASES

Upon the Motion[1] of Primorsk International Shipping Limited, and its affiliated debtors and debtors-in-possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors"), for entry of an order (this "Order") authorizing the joint administration of the Debtors' related chapter 11 cases; it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of this Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and any objections (if any) to the Motion having been withdrawn or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED as set forth herein.

    2.    Pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b), the above-captioned chapter 11 cases are consolidated for administrative purposes only and shall be jointly administered by this Court as Case No. 16-10073 (MG).

---

[1] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

3. The consolidated caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————x
                                                                     :
In re                                                                :   Chapter 11
                                                                     :
                                                                     :   Case No. 16-10073 (MG)
PRIMORSK INTERNATIONAL SHIPPING    :
LIMITED, *et al.*,[2]                                        :   (Jointly Administered)
                                                                     :
                                        Debtors.          :
——————————————————————x

4. A docket entry shall be made in each of the Debtors' chapter 11 cases, other than the docket maintained for the chapter 11 case of Primorsk, substantially as follows:

> An Order has been entered in this case under rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Primorsk International Shipping Limited and its direct subsidiaries. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in the docket of Primorsk International Shipping Limited, Case No. 16-10073 (MG) and such docket should be consulted for all matters affecting this chapter 11 case.

5. One consolidated docket, one file and one consolidated service list shall be maintained by Primorsk and kept by the clerk of the Court with the assistance of the notice and claims agent retained by the Debtors in these chapter 11 cases.

---

[2] The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy", Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra", Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

6. The Debtors may file their monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, on a consolidated basis but shall track and break out disbursements on a debtor-by-debtor basis.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of these chapter 11 cases.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. The requirements set forth in Local Rule 9013-1(b) are satisfied.

10. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

11. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

Dated: January __, 2016
      New York, New York

Martin Glenn
United States Bankruptcy Judge

# **EXHIBIT 2**

## **Blackline of Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :
PRIMORSK INTERNATIONAL SHIPPING                                :    Chapter 11
LIMITED,                                                       :
                                                               :    Case No. 16-10073 (MG)
                                                               :
                                                               :
                                    Debtor.                    :
---------------------------------------------------------------x
In re                                                          :
                                                               :
BOUSSOL SHIPPING LIMITED,                                      :    Chapter 11
                                                               :
                                                               :    Case No. 16-10074 (MG)
                                                               :
                                    Debtor.                    :    EIN 98-0636402
---------------------------------------------------------------x
In re                                                          :
                                                               :
MALTHUS NAVIGATION LIMITED,                                    :    Chapter 11
                                                               :
                                                               :    Case No. 16-10075 (MG)
                                                               :
                                    Debtor.                    :    EIN 98-0636401
---------------------------------------------------------------x
In re                                                          :
                                                               :
JIXANDRA SHIPPING LIMITED,                                     :    Chapter 11
                                                               :
                                                               :    Case No. 16-10076 (MG)
                                                               :
                                    Debtor.                    :    EIN 98-1056168
---------------------------------------------------------------x
In re                                                          :
                                                               :
LEVASER NAVIGATION LIMITED,                                    :    Chapter 11
                                                               :
                                                               :    Case No. 16-10077 (MG)
                                                               :
                                    Debtor.                    :    EIN 98-0660605
---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| HERMINE SHIPPING LIMITED, | : | |
| | : | Case No. 16-10078 (MG) |
| | : | |
| | : | EIN 98-0660596 |
| Debtor. | : | |
| | x | |
| In re | : | |
| | : | |
| LAPEROUSE SHIPPING LIMITED, | : | Chapter 11 |
| | : | |
| | : | Case No. 16-10079 (MG) |
| | : | |
| Debtor. | : | EIN 98-0660603 |
| | x | |
| In re | : | |
| | : | |
| PRYLOTINA SHIPPING LIMITED, | : | Chapter 11 |
| | : | |
| | : | Case No. 16-10080 (MG) |
| | : | |
| Debtor. | : | EIN 98-1056085 |
| | x | |
| In re | : | |
| | : | |
| BAIKAL SHIPPING LTD, | : | Chapter 11 |
| | : | |
| | : | Case No. 16-10081 (MG) |
| | : | |
| Debtor. | : | EIN 98-1056592 |
| | x | |
| In re | : | |
| | : | |
| VOSTOK  NAVIGATION LTD, | : | Chapter 11 |
| | : | |
| | : | Case No. 16-10082 (MG) |
| | : | |
| Debtor. | : | EIN 98-1111745 |
| | x | |

## ORDER AUTHORIZING JOINT ADMINISTRATION OF
## THE DEBTORS' CHAPTER 11 CASES

Upon the Motion[1] of Primorsk International Shipping Limited, and its affiliated debtors and debtors-in-possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors"), for entry of an order (this "Order") authorizing the joint administration of the Debtors' related chapter 11 cases; it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that ~~venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that~~ this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of this Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and any objections (if any) to the Motion having been withdrawn or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED as set forth herein.

---

[1]    All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

2.　　Pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b), the above-captioned chapter 11 cases are consolidated for administrative purposes only and shall be jointly administered by this Court as Case No. 16-10073 (MG).

3.　　The consolidated caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PRIMORSK INTERNATIONAL SHIPPING LIMITED, *et al.*,[1] | : | Case No. 16-10073 (MG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

4.　　A docket entry shall be made in each of the Debtors' chapter 11 cases, other than the docket maintained for the chapter 11 case of Primorsk, substantially as follows:

> An Order has been entered in this case under rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Primorsk International Shipping Limited and its direct subsidiaries. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in the docket of Primorsk International Shipping Limited, Case No. 16-10073 (MG) and such docket should be consulted for all matters affecting this chapter 11 case.

---

[1]　The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy", Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra", Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

-4-

5. One consolidated docket, one file and one consolidated service list shall be maintained by Primorsk and kept by the clerk of the Court with the assistance of the notice and claims agent retained by the Debtors in these chapter 11 cases.

6. The Debtors may file their monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, on a consolidated basis, but shall track and break out disbursements on a debtor-by-debtor basis.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of these chapter 11 cases.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. The requirements set forth in Local Rule 9013-1(b) are satisfied.

10. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

11. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

Dated: January __, 2016
      New York, New York

Martin Glenn
United States Bankruptcy Judge