Hearing Date: January 20, 2016 at 2:00 p.m. ET

Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Proposed Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――― x
:
In re                                                           :    Chapter 11
:
:    Case No. 16-10073 (MG)
PRIMORSK INTERNATIONAL SHIPPING          :
LIMITED, *et al.*,[1]                                   :    Joint Administration Pending
:
:
                                           Debtors.      :
―――――――――――――――――――――――――― x

**NOTICE OF FILING OF REVISED PROPOSED ORDER EXTENDING
THE TIME TO FILE SCHEDULES AND STATEMENTS**

**PLEASE TAKE NOTICE** that on January 17, 2016, Primorsk International

Shipping Limited and certain of its affiliated debtors and debtors-in-possession (collectively, the

"Debtors"), filed the Debtors' *Motion for an Order Extending the Time to File Schedules and

Statements* (the "Motion")[2] [Docket No. 4].

---

[1] The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy", Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra", Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Proposed Order following discussion with the Office of the United States Trustee for the Southern District of New York.  The revised Proposed Order is attached hereto as <u>Exhibit 1</u>.  For ease of reference, a copy of the revised Proposed Order marked against the Proposed Order, filed as <u>Exhibit A</u> to the Motion, is attached hereto as <u>Exhibit 2</u>.

| | |
|---|---|
| Dated:  January 20, 2016<br>New York, New York | */s/ Andrew G. Dietderich*<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone:   (212) 558-4000<br>Facsimile:    (212) 558-3588<br>Email:          dietdericha@sullcrom.com<br>                      gluecksteinb@sullcrom.com<br>                      kranzleya@sullcrom.com<br><br>*Proposed Counsel to the Debtors and Debtors-in-Possession* |

# EXHIBIT 1

## Revised Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| PRIMORSK INTERNATIONAL SHIPPING LIMITED, *et al.*,[1] | Case No. 16-10073 (MG) |
|  | Joint Administration Pending |
| Debtors. |  |

**ORDER EXTENDING THE TIME**
**TO FILE SCHEDULES AND STATEMENTS**

Upon the Motion[2] of Primorsk International Shipping Limited, and its affiliated debtors and debtors-in-possession (each a "Debtor," and collectively, the "Debtors"), for entry of an order (the "Order") extending the time to file Schedules and Statements and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise provided herein, no other or further notice is necessary; and any objections (if any) to the Motion having been withdrawn or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the

---

[1] The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy", Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra", Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

proceedings had before the Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The time within which the Debtors must file their Schedules and Statements is extended to the first business day that is twenty-nine (29) days from the Petition Date, without prejudice to the Debtors' right to seek additional extensions from the Court; provided, however, that no Court hearing is required for an additional 15-day extension to the first business day that is forty-four (44) days from the Petition Date for the Debtors to file their Schedules and Statements if the Debtors obtain the prior consent of the Office of the United States Trustee for the Southern District of New York and report such consent to the Court.

3. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

4. The requirements set forth in Local Rule 9013-1(b) are satisfied.

5. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

    6.  This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

Dated: January ___, 2016  
   New York, New York

                _____  
                Martin Glenn  
                United States Bankruptcy Judge

# EXHIBIT 2

# Blackline of Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| PRIMORSK INTERNATIONAL SHIPPING LIMITED, *et al.*,[1] | Case No. 16-10073 (MG) |
|  | Joint Administration Pending |
| Debtors. |  |

**ORDER EXTENDING THE TIME**
**TO FILE SCHEDULES AND STATEMENTS**

Upon the Motion[2] of Primorsk International Shipping Limited, and its affiliated debtors and debtors-in-possession (each a "Debtor," and collectively, the "Debtors"), for entry of an order (the "Order") extending the time to file Schedules and Statements and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that ~~venue of these cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that~~ this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise provided herein, no other or further notice is

---

[1] The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy", Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra", Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

necessary; and any objections (if any) to the Motion having been withdrawn or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before the Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The time within which the Debtors must file their Schedules and Statements is extended to the first business day that is ~~forty-four (44) days from the Petition Date, without prejudice to the Debtors' right to seek additional extensions~~twenty-nine (29) days from the Petition Date, without prejudice to the Debtors' right to seek additional extensions from the Court; provided, however, that no Court hearing is required for an additional 15-day extension to the first business day that is forty-four (44) days from the Petition Date for the Debtors to file their Schedules and Statements if the Debtors obtain the prior consent of the Office of the United States Trustee for the Southern District of New York and report such consent to the Court.

3. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

4. The requirements set forth in Local Rule 9013-1(b) are satisfied.

-2-

SC1:4025845.~~1~~2

5. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

6. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

Dated: January ___, 2016
New York, New York

Martin Glenn
United States Bankruptcy Judge