Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Proposed Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PRIMORSK INTERNATIONAL SHIPPING LIMITED, *et al.*,[1] | : | Case No. 16-10073 (MG) |
| | : | Jointly Administered |
| Debtors. | : | |

---

**DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF SULLIVAN & CROMWELL LLP
AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION
*NUNC PRO TUNC* TO THE PETITION DATE**

Primorsk International Shipping Limited ("Primorsk"), and certain of its affiliated

debtors and debtors-in-possession (each a "Debtor Subsidiary" and together the "Debtor

Subsidiaries" and together with Primorsk each a "Debtor" and collectively, the "Debtors"),

hereby submit this application (this "Application") for entry of an order, substantially in the form

attached hereto as Exhibit A (the "Proposed Order"), pursuant to sections 327(a) and 328(a) of

---

[1] The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited  (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy",  Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra",  Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), rule

2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 2014-1

of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"),

authorizing the retention and employment of Sullivan & Cromwell LLP ("S&C") as counsel to

the Debtors *nunc pro tunc* to the Petition Date (as defined below). In support of this Application,

the Debtors rely upon the *Declaration of Holly Felder Etlin Pursuant to Rule 1007-2 of the Local*

*Bankruptcy Rules for the Southern District of New York in Support of First Day Motions and*

*Applications* (the "First Day Affidavit") [Docket No. 2] filed on January 17, 2016, the

Declaration of Holly Felder Etlin attached hereto as Exhibit B (the "Etlin Declaration") and the

Declaration of Andrew G. Dietderich attached hereto as Exhibit C (the "Dietderich

Declaration"), each of which is incorporated herein by reference, and respectfully state as

follows:

## Background

1.      Primorsk, an international shipping company incorporated in Cyprus,

engages in oil transportation using modern ice classed double-hulled product tankers and crude

oil tankers. Primorsk was established in 2004 and is currently a leading shipping tanker

company undertaking specialist operations in ice navigation. Primorsk is the direct parent

company of and owns 100% of the equity of each of the Debtor Subsidiaries.

2.      The Debtors and their non-Debtor affiliates provide global shipping

transportation services to customers in the oil sector through the operation of a fleet of nine

wholly-owned vessels operated by the Debtor Subsidiaries. They charter these vessels to a range

of established leading companies and seek to develop and maintain long-term relationships

through the provision of safe, reliable and quality transportation services.

2

3.       On January 15, 2016 (the "Petition Date"), each of the Debtors filed with

the Court a voluntary petition for relief under the Bankruptcy Code.  Each Debtor continues to

operate its business and manage its properties as a debtor-in-possession pursuant to sections

1107(a) and 1108 of the Bankruptcy Code.  Joint administration of the Debtors' cases was

authorized by the Court by entry of an order on January 21, 2016.  No creditors' committee,

trustee, or examiner has been appointed in these chapter 11 cases.

4.       Additional factual background relating to the Debtors' businesses and the

commencement of these chapter 11 cases is set forth in detail in the First Day Affidavit.

## Facts Specific to Relief Requested

### I.       S&C's Qualifications

5.       By this Application, the Debtors seek the authority to employ and retain

S&C as their attorneys in connection with the prosecution of their chapter 11 cases, to perform

legal services as set forth herein.

6.       These cases are likely to be complex and will require counsel with a

national reputation and with extensive experience and specialized expertise in, among other

areas, bankruptcy law, cross-border insolvencies, secured finance, corporate law and litigation.

S&C is a full-service law firm with a national and international presence.  S&C has experience

and expertise in most substantive areas of legal practice and its regular clients include leading

public companies in a variety of industries, smaller and privately-held businesses, major

international corporations and individuals.

7.       S&C has represented the Debtors since May 2014 in connection with

restructuring matters and, since December 2015, in connection with the preparation,

commencement and prosecution of these chapter 11 cases.  During the course of this

representation, S&C has become familiar with the Debtors' business, financial affairs, and

SC1:4030693.4

capital structure.  As a result, S&C has the necessary background information to deal effectively

with many of the potential legal issues and problems that may arise in these chapter 11 cases.

Accordingly, the Debtors have not interviewed any other law firms as potential counsel in

connection with these chapter 11 cases.

8.    For the foregoing reasons, the Debtors believe that S&C is well qualified

to represent them as debtors-in-possession in these chapter 11 cases, and that the retention of

S&C is necessary and in the best interests of the Debtors, their estates and creditors.

**II.    Services to be Provided**

9.    S&C will work closely with such other professionals as may be retained

by the Debtors, taking appropriate steps to avoid duplication of effort.  Specifically, the Debtors

have requested that S&C render services including, but not limited to, the following:

i.    advising the Debtors with respect to their powers and duties as debtors and debtors-in-possession, including the legal and administrative requirements of operating in chapter 11;

ii.    attending meetings and negotiating with representatives of creditors and other parties-in-interest;

iii.    assisting with the preservation of the Debtors' estates, including the prosecution of actions commenced under the Bankruptcy Code or otherwise on their behalf, and objections to claims filed against the estates;

iv.    preparing and prosecuting on behalf of the Debtors all motions, applications, answers, orders, reports and papers necessary for the administration of the estates;

v.    negotiating and preparing on the Debtors' behalf chapter 11 plan(s), disclosure statement(s) and all related agreements and/or documents;

vi.    advising the Debtors with respect to any sale of assets and negotiating and preparing on the Debtors' behalf all agreements related thereto;

vii.    advising the Debtors with respect to certain corporate, financing,
tax and employee benefit matters as requested by the Debtors and
without duplication of other professionals' services;

viii.    appearing before the Court, and any appellate courts, and
protecting the interests of the Debtors' estates before such courts;
and

ix.    performing all other legal services in connection with these chapter
11 cases as requested by the Debtors and without duplication of
other professionals' services.

## III.        Professional Compensation

10.        The professional services of S&C are necessary to enable the Debtors to

faithfully and competently execute their duties as debtors-in-possession.  S&C has advised the

Debtors that it intends to apply to the Court for allowance of compensation for professional

services rendered and reimbursement of charges, costs and expenses incurred in these chapter 11

cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy

Rules, the Local Rules, and any applicable guidelines and orders of the Court.

11.        As set forth in the Dietderich Declaration, S&C does not ordinarily

determine its fees solely on the basis of hourly rates.  Instead, S&C ordinarily bases the fee for

its services on all the factors prescribed by rule 1.5(a) of the New York Rules of Professional

Conduct, including the firm's contribution to the relevant matter, the responsibility assumed, the

results achieved, the difficulty and complexity of the matter, the amount involved, the experience

of, and demands on, the lawyers involved and the fees customarily charged for such matters.

S&C's compensation arrangements are designed to fairly compensate S&C for its services

according to these principles.

12.        Notwithstanding the foregoing, S&C has agreed with the Debtors that,

consistent with the above and subject to the Court's approval, it will charge the Debtors for its

legal services on an hourly basis in connection with these cases.  S&C's billing rates will range

from $1,100 to $1,285 per hour for partners, $1,045 to $1,235 per hour for lawyers that are of

counsel and special counsel, $520 to $935 per hour for associates, and $290 to $385 per hour for

legal assistants.  These rates for the more senior timekeepers in each class represent a discount

from the rates currently used by S&C when preparing estimates of fees under its normal billing

procedures for non-bankruptcy engagements.

            13.    On January 4, 2016, S&C submitted an invoice to the Debtors for fees and

expenses incurred to date, in the amount of $159,064.24.  On January 8, pursuant to this invoice,

the Debtors paid $159,064.24 to S&C.  Also on January 8, 2016, the Debtors paid $250,000 to

S&C as an "evergreen" retainer.  On January 14, 2016, the Debtors paid an additional $350,000

to S&C, increasing the retainer balance to $600,000, with instructions to apply such retainer to

any accrued and unpaid fees and expenses as of such date.  In accordance with such instructions,

S&C applied $369,000 of the $600,000 retainer as payment in full of all accrued and unpaid fees

and expenses as of the Petition Date.  Other than such amounts, S&C has not received any

payments from the Debtors during the 90 days immediately preceding the Petition Date.

            14.    Pursuant to Bankruptcy Rule 2016(b), S&C has not shared nor agreed to

share (a) any compensation it has received or may receive with another party or person, other

than with partners, counsel, associates and contract attorneys associated with S&C or

(b) any compensation another person or party has received or may receive.

            15.    The Debtors have agreed to pay S&C for the legal services rendered or to

be rendered by its attorneys and other personnel in connection with these chapter 11 cases on the

Debtors' behalf.  The Debtors have also agreed to reimburse S&C for its actual and necessary

expenses incurred in connection with these chapter 11 cases.  The Debtors will review

prospective budgets and staffing plans to be submitted by S&C on a monthly basis during these

chapter 11 cases, and will have a full opportunity to review all of S&C's fees and expenses as set forth in the monthly and interim fee applications to be submitted by S&C to the Court.

###### IV.        Disinterestedness

16.        To the best of the Debtors' knowledge, and as detailed in the Dietderich Declaration, (a) S&C is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) S&C does not represent any person or entity having an interest adverse to the Debtors in connection with these chapter 11 cases, (c) S&C does not hold or represent an interest adverse to the Debtors' estates with respect to matters on which S&C is employed and (d) S&C has no connection to the Debtors, their creditors or any other party-in-interest except as disclosed herein and in the Dietderich Declaration.

17.        S&C will promptly review its files against any updated Interested Parties List (as defined in the Dietderich Declaration) received from the Debtors from time to time during the pendency of these chapter 11 cases pursuant to the procedures described in the Dietderich Declaration.  To the extent any new relevant facts or relationships are discovered or arise in the course of such review, S&C will promptly make additional disclosure to the Court as required by Bankruptcy Rule 2014(a).

###### Jurisdiction

18.        The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). The statutory predicates for the relief requested herein are sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1.

SC1:4030693.4

## Relief Requested

19.     By this Application, the Debtors request entry of an order authorizing the

Debtors to retain and employ S&C as their counsel in connection with these chapter 11 cases

effective *nunc pro tunc* to the Petition Date.

## Basis for Relief

20.     The Debtors seek to retain S&C as their attorneys pursuant to

section 327(a) of the Bankruptcy Code, which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers,
> auctioneers, or other professional persons, that do not hold or
> represent an interest adverse to the estate, and that are disinterested
> persons, to represent or assist the [debtor] in carrying out the
> [debtor]'s duties under this title.

> 11 U.S.C. § 327(a).

21.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the
> name of the [firm] to be employed, the reasons for the selection,
> the professional services to be rendered, any proposed arrangement
> for compensation, and, to the best of the applicant's knowledge, all
> of the [firm's] connections with the debtor, creditors, any other
> party in interest, their respective attorneys and accountants, the
> United States trustee, or any person employed in the office of the
> United States trustee.

> Fed. R. Bankr. P. 2014(a).

22.     Based on the facts and for the reasons stated herein and in the Etlin

Declaration and the Dietderich Declaration, the retention of S&C as counsel to the Debtors

pursuant to this Application is reasonable, necessary and appropriate, and satisfies the

requirements of sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

The Debtors respectfully submit that the relief requested in this Application will enable the

Debtors to administer their estates during these chapter 11 cases, is in the best interests of the

Debtors and their estates and stakeholders, and should be approved by the Court.

## **Notice**

23.        No creditors' committee, trustee, or examiner has been appointed in these

chapter 11 cases.  Notice of this Application has been provided to the following parties, or, in

lieu thereof, their counsel:  (a) the Office of the United States Trustee for the Southern District of

New York; (b) counsel to the agent of the Debtors' prepetition secured lenders; (c) counsel to the

agents and ad hoc group of the Debtors' prepetition bondholders and (d) the parties identified on

the Debtors' consolidated list of thirty (30) largest unsecured creditors.  The Debtors submit that,

in light of the nature of the relief requested, no other or further notice need be provided.

## **No Prior Request**

No prior application for the relief sought herein has been made to this or any other

court.

## **Conclusion**

WHEREFORE, for the reasons set forth herein, the Debtors respectfully request

that the Court (a) enter an order substantially in the form attached hereto as Exhibit A and (b)

grant such other and further relief as is just and proper.


Dated: January 28, 2016              Primorsk International Shipping Limited, on behalf
                                     of itself and its affiliated Debtors and Debtors-in-
                                     Possession


                                     /s/ *Holly Felder Etlin*_____
                                     Name: Holly Felder Etlin
                                     Title:   Chief Restructuring Officer

SC1:4030693.4

## EXHIBIT A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| PRIMORSK INTERNATIONAL SHIPPING LIMITED, *et al.*,[1] | Case No. 16-10073 (MG) |
| Debtors. | Jointly Administered |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application of the Debtors (the "Application")[2] for entry of an order (the

"Order") pursuant to section 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule

2014(a) and Local Rule 2014-1 authorizing the Debtors to retain and employ Sullivan &

Cromwell LLP ("S&C") as their counsel *nunc pro tunc* to the Petition Date; this Court having

jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and venue of

these chapter 11 cases and the Application in this district being proper pursuant to 28 U.S.C. §§

1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this

Court having found that proper and adequate notice of the Application and the relief requested

therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and

that, except as otherwise ordered herein, no other or further notice is necessary; and any

---

[1]    The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited  (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy",  Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra",  Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

objections (if any) to the Application having been withdrawn or overruled on the merits; and

upon the consideration of the First Day Affidavit, the Declaration of Holly Felder Etlin in

support of the Application attached as Exhibit B thereto (the "Etlin Declaration") and the

Declaration of Andrew G. Dietderich in support of the Application attached as Exhibit C thereto

(the "Dietderich Declaration"); and this Court being satisfied based on the representations made

in the Application and the Dietderich Declaration that S&C does not hold or represent any

interest adverse to the Debtors' estates, with respect to the matters upon which S&C is to be

employed, that S&C is a disinterested person as that term is defined under section 101(14) of the

Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that S&C's

employment is necessary and is in the best interests of the Debtors and their estates; and after

due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED as set forth herein.

2.      In accordance with sections 327(a) and 328(a) of the Bankruptcy Code,

the Debtors, as debtors and debtors-in-possession, are hereby authorized to retain and employ

S&C as their counsel on the terms set forth in the Application and the Dietderich Declaration,

effective *nunc pro tunc* to the Petition Date.

3.      S&C shall use its best efforts to avoid any duplication of services provided

by any of the Debtors' other retained professionals in these chapter 11 cases.

4.      S&C shall apply for compensation for professional services rendered and

reimbursement of reasonable and necessary expenses incurred pursuant to this Order, in

accordance with sections 330 and 331 of the Bankruptcy Code, applicable provisions of the

Bankruptcy Rules and Local Rules, any case-specific fee protocols approved by this Court and all other applicable guidelines, procedures and orders of this Court.

5.      S&C shall not charge a markup to the Debtors with respect to fees billed by any contract attorneys hired by S&C to provide services to the Debtors and shall ensure that any such contract attorneys are subject to conflicts checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.  For the avoidance of doubt, S&C shall neither share fees with existing or future contract attorneys who provide services to the Debtors nor enter into fee sharing arrangements with such contract attorneys.

6.      Notwithstanding anything to the contrary in the Application, S&C will not seek reimbursement of expenses for office supplies.

7.      Prior to the implementation of any increases in the hourly rates set forth in the Application and the Dietderich Declaration, S&C shall file a supplemental declaration with this Court and provide ten (10) business days' notice to the Debtors, the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") and any statutory committee appointed in these chapter 11 cases, which declaration shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtors have consented to such rate increases.  The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and this Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

8.      S&C shall apply any remaining amounts of its prepetition retainer as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to the first order of this Court awarding fees and expenses to S&C.

9.      The Debtors are authorized and empowered to take all actions necessary to

implement the relief granted in this Order.

10.      The requirements set forth in Local Rule 9013-1(b) are satisfied.

11.      This Court shall retain jurisdiction with respect to any matters, claims,

rights or disputes arising from or related to the Application or the implementation of this Order.


Dated: February ___, 2016
      New York, New York

_____
Martin Glenn
United States Bankruptcy Judge

## EXHIBIT B

## Etlin Declaration

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————— x
                                      :

In re                               :       Chapter 11
                                        :

PRIMORSK INTERNATIONAL SHIPPING   :       Case No. 16-10073 (MG)
LIMITED, *et al.*, [1]                      :
                                        :       Jointly Administered
                        Debtors.    :

——————————————————————— x

**DECLARATION OF HOLLY FELDER ETLIN IN SUPPORT OF APPLICATION FOR
AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SULLIVAN
& CROMWELL LLP AS COUNSEL TO THE DEBTORS AND
DEBTORS-IN-POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

        I, Holly Felder Etlin, under penalty of perjury, declare as follows:

        1.        I am Chief Restructuring Officer of Primorsk International Shipping

Limited and certain of its affiliated debtors and debtors-in-possession (collectively, the

"Debtors"), and a Managing Director at AlixPartners LLP ("AlixPartners") operating in the

firm's Turnaround and Restructuring practice.  AlixPartners has been engaged by the Debtors to

assist in various restructuring negotiations since 2012.

        2.        I submit this declaration (this "Declaration") in support of the Application

for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP ("S&C")

as Counsel to the Debtors and Debtors-in-Possession *Nunc Pro Tunc* to the Petition Date (the

"Application").  I have reviewed and am familiar with the contents of the Application and the

Declaration of Andrew G. Dietderich in support of the Application and attached thereto as

---

[1]      The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited  (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy",  Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra",  Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

Exhibit C (the "Dietderich Declaration").  Except as otherwise indicated, the facts set forth

herein are based upon my personal knowledge, my review of relevant documents, information

provided to me by employees working under my supervision, or my opinion based upon

experience with the operation of the Debtors and their industry as a whole.

### Debtors' Selection of Counsel

3.      The Debtors recognize that a comprehensive review process is necessary

when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are

subject to the same client-driven market forces, scrutiny, and accountability as professionals in

non-bankruptcy engagements.  The Debtors' decision to retain S&C as their counsel beginning in

May 2014 in connection with restructuring matters and, since December 2015, in connection

with the preparation, commencement and prosecution of these chapter 11 cases, was based on

S&C's recognized experience and knowledge regarding corporate reorganizations under chapter

11 of the Bankruptcy Code, as well as the extensive expertise of S&C's transactional, tax and

litigation practice in complex matters relating to all aspects of corporate restructuring.

4.      These cases are likely to be complex and will require counsel with a

national reputation and with extensive experience and specialized expertise in, among other

areas, bankruptcy law, cross-border insolvencies, secured finance, corporate law and litigation.

S&C is a full-service law firm with a national and international presence, and its regular clients

include leading public companies in a variety of industries, smaller and privately-held

businesses, major international corporations and individuals.

5.      In addition, as a result of S&C's representation of the Debtors since May

2014, S&C is familiar with the Debtors' business, financial affairs, and capital structure and has

the necessary background information to deal effectively with many of the potential legal issues

and problems that may arise in these chapter 11 cases.  Accordingly, the Debtors have not

interviewed any other law firms as potential counsel in connection with these chapter 11 cases.  I

believe that S&C is both well qualified and uniquely able to represent the Debtors in these

chapter 11 cases in an efficient and effective manner.

### Rate Structure

6.        In my capacity as Chief Restructuring Officer, I am responsible for

supervising outside counsel retained by the Debtors in the ordinary course of business. The

Debtors have reviewed, and have discussed with S&C, the proposed rates for S&C's legal

services in connection with these chapter 11 cases.  S&C has informed the Debtors that S&C

does not ordinarily determine its fees solely on the basis of hourly rates.  For the purposes of its

engagement by the Debtors, however, S&C has agreed that it will charge for services performed

during these chapter 11 cases on the basis of the hourly rates described in the Application and the

Dietderich Declaration.

7.        I understand from S&C that these hourly rates are the same or less than the

hourly rates used by S&C when preparing estimates of fees under its normal billing practices.  In

particular, I understand that the rates for the more senior timekeepers for each class of personnel

represent a discount from the rates used by S&C when preparing estimates of fees under its

normal billing practices for non-bankruptcy engagements.  I am responsible for reviewing the

invoices regularly submitted by S&C and can confirm that, as described in the Application and

the Dietderich Declaration, the proposed rates to be charged by S&C during these chapter 11

cases represent a discount from the rates charged before the Petition Date.

SC1:4030693.4

## Cost Supervision

8.     The Debtors have approved S&C's budget and staffing plan for the period
from the Petition Date to February 29, 2016, recognizing that in the course of these chapter 11
cases, there may be unforeseen fees and expenses that will need to be addressed by the Debtors
and S&C.  The Debtors further recognize that it is their responsibility to monitor closely the
billing practices of their counsel and other retained professionals to ensure that the fees and
expenses paid by the estate remain consistent with the Debtors' expectations and are appropriate
under the circumstances of these chapter 11 cases.

9.     The Debtors will review and make appropriate adjustments to the
prospective budgets and staffing plans to be submitted by S&C on a monthly basis during these
chapter 11 cases, and will review S&C's fees and expenses as set forth in the monthly and
interim fee applications to be submitted by S&C to the Court in order to ensure that such fees
and expenses are reasonable and appropriate under the circumstances.  While every chapter 11
case is unique, I believe this review will enable the Debtors to effectively supervise legal fees
and expenses incurred in these chapter 11 cases, including budgeting and staffing of legal
personnel with regard to specific matters in these cases.

10.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the
laws of the United States, that the foregoing statements are true and correct.


Dated: January 28, 2016                          Respectfully submitted,

                                                 /s/ *Holly Felder Etlin*
                                                 Holly Felder Etlin
                                                 Chief Restructuring Officer

# EXHIBIT C

## Dietderich Declaration

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x
                                              :
In re                                         :      Chapter 11
                                              :
PRIMORSK INTERNATIONAL SHIPPING               :      Case No. 16-10073 (MG)
LIMITED, *et al.*, [1]                        :
                                              :      Jointly Administered
                    Debtors.                  :
————————————————————— x

**DECLARATION OF ANDREW G. DIETDERICH IN SUPPORT OF APPLICATION
FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
SULLIVAN & CROMWELL LLP AS COUNSEL TO THE DEBTORS AND
DEBTORS-IN-POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

I, Andrew G. Dietderich, under penalty of perjury, declare as follows:

1.      I am admitted to practice law in the State of New York and the Southern

District of New York.  I am a partner of the law firm of Sullivan & Cromwell LLP ("S&C" or

the "Firm"), which maintains an office at 125 Broad Street, New York, NY 10004-2498. I

submit this declaration in support of the Application for an Order Authorizing the Retention and

Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession

*Nunc Pro Tunc* to the Petition Date (the "Application").  Unless otherwise stated in this

declaration, I have personal knowledge of the facts set forth herein.

**Services to be Provided**

2.      I have been advised by the Debtors that they wish to employ and retain

S&C as their attorneys to assist them in these chapter 11 cases.  The Debtors have requested that

---

[1]    The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification
numbers are: Primorsk International Shipping Limited  (Cyprus), Boussol Shipping Limited (Cyprus) (6402) –
m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy",  Jixandra Shipping
Limited (Cyprus) (6168) – m/t "Prisco Alexandra",  Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco
Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited
(Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena",
Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t
"Zaliv Vostok".

S&C render services including, but not limited to, the following:

a. advising the Debtors with respect to their powers and duties as debtors and debtors-in-possession, including the legal and administrative requirements of operating in chapter 11;

b. attending meetings and negotiating with representatives of creditors and other parties-in-interest;

c. assisting with the preservation of the Debtors' estates, including the prosecution of actions commenced under the Bankruptcy Code or otherwise on their behalf, and objections to claims filed against the estates;

d. preparing and prosecuting on behalf of the Debtors all motions, applications, answers, orders, reports and papers necessary for the administration of the estates;

e. negotiating and preparing on the Debtors' behalf chapter 11 plan(s), disclosure statement(s) and all related agreements and/or documents;

f. advising the Debtors with respect to any sale of assets and negotiating and preparing on the Debtors' behalf all agreements related thereto;

g. advising the Debtors with respect to certain corporate, financing, tax and employee benefit matters as requested by the Debtors and without duplication of other professionals' services;

h. appearing before the Court, and any appellate courts, and protecting the interests of the Debtors' estates before such courts; and

i. performing all other legal services in connection with these chapter 11 cases as requested by the Debtors and without duplication of other professionals' services.

**Professional Compensation During these Chapter 11 Cases**

3.    S&C does not ordinarily determine its fees solely on the basis of hourly rates.  Instead, S&C ordinarily bases the fee for its services on all the factors prescribed by rule 1.5(a) of the New York Rules of Professional Conduct, including the firm's contribution to the relevant matter, the responsibility assumed, the results achieved, the difficulty and complexity of the matter, the amount involved, the experience of, and demands on, the lawyers involved and the fees customarily charged for such matters.

2

4.      Notwithstanding the foregoing, S&C has agreed with the Debtors that, subject to the Court's approval, it will charge the Debtors for its legal services on an hourly basis in connection with these cases.  S&C's billing rates will range from $1,100 to $1,285 per hour for partners, $1,045 to $1,235 per hour for lawyers that are of counsel and special counsel, $520 to $935 per hour for associates, and $290 to $385 per hour for legal assistants.  These rates for the more senior timekeepers in each class represent a discount from the rates currently used by S&C when preparing estimates of fees under its normal billing procedures for non-bankruptcy engagements.

5.      On January 4, 2016, S&C submitted an invoice to the Debtors for fees and expenses incurred to date, in the amount of $159,064.24.  On January 8, pursuant to this invoice, the Debtors paid $159,064.24 to S&C.  Also on January 8, 2016, the Debtors paid $250,000 to S&C as an "evergreen" retainer.  On January 14, 2016, the Debtors paid an additional $350,000 to S&C, increasing the retainer balance to $600,000, with instructions to apply such retainer to any accrued and unpaid fees and expenses as of such date.  In accordance with such instructions, S&C applied $369,000 of the $600,000 retainer as payment in full of all accrued and unpaid fees and expenses as of the Petition Date.  Other than such amounts, S&C has not received any payments from the Debtors during the 90 days immediately preceding the Petition Date.

6.      Pursuant to Bankruptcy Rule 2016(b), S&C has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with partners, counsel, associates and contract attorneys associated with S&C or (b) any compensation another person or party has received or may receive.

7.      S&C has advised the Debtors that it intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of charges and

3

costs and expenses incurred in these chapter 11 cases in accordance with applicable provisions of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "<u>Bankruptcy Code</u>"), the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Local Bankruptcy Rules for the Southern District of New York (the "<u>Local Rules</u>"), and applicable guidelines and orders of the Court.  S&C also intends to make a reasonable effort to comply with any requests from the Office of the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>") for information or additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases Effective as of November 1, 2013, in connection with this Application and the interim and final fee applications to be filed by S&C in these chapter 11 cases.

### **<u>Procedures to Identify Conflicts; Disinterestedness</u>**

8.      In order to confirm that S&C did not have a prior representation that precluded its representation of the Debtors, and to identify S&C's connections with the Debtors and their affiliates,[2] creditors or any other party-in-interest, the Court, the U.S. Trustee or any person employed by the U.S. Trustee, the following procedures have been performed under my supervision, consistent with S&C's customary procedures with respect to potential conflicts:

  a. The list of prepetition interested parties attached hereto as <u>Schedule 1</u> (the "<u>Interested Parties List</u>") was provided to S&C by the Debtors for purposes of preparing the disclosure required by Bankruptcy Rule 2014 in connection with the Application.  S&C has not independently verified the accuracy or completeness of the Interested Parties List.

  b. With respect to the Debtors, S&C's Conflicts Information Management Department, under the supervision of S&C lawyers

---

[2] As used in this declaration with respect to the Debtors, the term "affiliates" means those entities indicated as "Affiliated Parties" on <u>Schedule 1</u>.

4

involved in representing the Debtors, performed a search of (i) a master client database maintained by S&C for the purposes of clearing conflicts, which includes the names of current and former clients (the "Client Database") and (ii) a master database of persons and entities with respect to which partners of S&C have made an inquiry at the time of a potential new engagement, which database we use to identify certain types of business conflicts, among other things. The Client Database was searched with respect to all client matters since January 1, 2013 and the other database was searched with respect to all inquiries in the past two years. The results of these searches were reviewed by S&C lawyers and any information determined to be appropriate for disclosure pursuant to Bankruptcy Rule 2014 is disclosed herein.

c.   S&C's Conflicts Information Management Department, under the supervision of S&C attorneys involved in representing the Debtors, checked the other persons and entities listed on the Interested Parties List as well as the ultimate parent of all listed entities against the Client Database and prepared a list of those persons and entities on the Interested Parties List that are identified in the Client Database as either current clients or clients represented by S&C at any time after January 1, 2013. The list of current and former clients was then reviewed by S&C lawyers, and, after eliminating certain errors and redundancies,[3] a list of entities S&C currently represents ("Current Clients") was included on Schedule 2 and a list of clients that are not Current Clients but that S&C has represented since January 1, 2013 ("Former Clients") was included on Schedule 3, except with regard to Prisco (Singapore) Pte Ltd., which representation is discussed below under "Specific Disclosures."

9.   Based solely upon the conflicts procedures described herein, (a) S&C is not aware of any conflict between its representation of the Debtors and its representations of its Current Clients or Former Clients that would cause S&C not to be a "disinterested person," (b) S&C does not represent any person or entity having an interest adverse to the Debtors in connection with these chapter 11 cases and (c) S&C does not hold or represent an interest adverse to the Debtors' estates with respect to matters on which S&C is employed.

---

[3]   Schedule 2 includes parties-in-interest that are either Current Clients or whose ultimate parents are current clients. Parties-in-interest that are Former Clients and whose ultimate parents are Current Clients are listed on Schedule 2 and are omitted from Schedule 3.

10.    Based solely on the conflicts procedures conducted to date and described herein, to the best of my knowledge, S&C does not have any connection with the Debtors, their creditors or any other parties-in-interest, their respective attorneys and accountants, the U.S. Trustee or any person employed by the U.S. Trustee or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of New York, except as disclosed or otherwise described herein.

11.    I am able to address only those positions or relationships that appear on the Interested Parties List.  It is possible that, undisclosed to the Debtors, S&C clients hold, or acquire in the future, loans, bonds or other claims against the Debtors.  In addition, notwithstanding the foregoing, the entities set forth on the Interested Parties List, and the status of any such entity, may have changed or could change during the pendency of these chapter 11 cases without S&C's knowledge.  S&C will promptly review its files against any updated Interested Parties List received from the Debtors from time to time during the pendency of these chapter 11 cases pursuant to the procedures described in this Declaration.  To the extent any new relevant facts or relationships are discovered or arise in the course of such review, S&C will promptly make additional disclosure to the Court as required by Bankruptcy Rule 2014(a).

12.    S&C does not currently employ or intend to employ contract attorneys in these chapter 11 cases. To the extent S&C employs contract attorneys, S&C will ensure that any such contract attorneys are subject to conflicts checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules, and will make additional disclosure to the Court as required by Bankruptcy Rule 2014(a).  S&C will not charge a markup to the Debtors with respect to fees billed by any such contract attorney.

13.     Approval of the proposed engagement of S&C is not prohibited by Bankruptcy Rule 5002.  I am not related, and to the best of my knowledge, no attorney at the Firm is related, to the United States Bankruptcy Judge assigned to these chapter 11 cases, or to the United States Trustee for the Southern District of New York.

14.     No promises have been received by S&C or by any partner, of counsel, special counsel or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.  No agreement or understanding in any form or guise exists between S&C and any other person or entity for a division of compensation for services rendered in or in connection with these cases, and no division of compensation prohibited by section 504 of the Bankruptcy Code will be made.

## Specific Disclosures

15.     Generally, it is S&C's policy to disclose clients in the capacity that they first appear in a conflicts search.  For example, if a client has already been disclosed in this Declaration in one capacity (*e.g.*, as a bank), and the client appears in a subsequent conflicts search in a different capacity (*e.g.*, as a bondholder), S&C will not disclose the same client again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

16.     Prior to its representation of the Debtors, S&C was retained by Prisco (Singapore) Pte Ltd ("Prisco"), a non-Debtor affiliate of the Debtors, as agent for the Debtors in connection with the Debtors' restructuring.  As of the Petition Date, S&C no longer is retained by Prisco in any capacity.  Based solely on the conflicts search conducted to date, S&C otherwise does not currently represent and has not represented since January 1, 2013 any of the Debtors' non-Debtor affiliates.  It is possible, however, that (other than as disclosed herein) S&C

7

has, in the past, represented present or former affiliates or predecessors, as applicable, of the

Debtors and their affiliates in various matters unrelated to these chapter 11 cases.

17.     S&C currently represents Nordea Bank Norge ASA, agent and security

trustee under the Debtors' prepetition secured credit facilities, and BNP Paribas, agent under the

Debtors' prepetition secured swap facility and one of the Debtors' large unsecured creditors,

and/or certain of their respective affiliates, in matters unrelated to these chapter 11 cases.  S&C

has not represented and will not represent any of these clients in matters related to these chapter

11 cases.

18.     To the best of my knowledge, the only entity on the Interested Parties List

that, together with its affiliates, represented one percent (1%) or more of S&C's revenues for the

fiscal year ending December 31, 2015 was BP Shipping Limited.  As disclosed on Schedule 2,

BP Shipping Limited is one of the Debtors' suppliers.  S&C represents an affiliate of BP

Shipping Limited in matters unrelated to these chapter 11 cases.  S&C has not represented and

will not represent BP Shipping Limited or any of its affiliates in matters related to these chapter

11 cases.

19.     As disclosed in Schedule 2 and Schedule 3 attached hereto, S&C has

represented, and may continue to represent, various equity and debt holders and other parties-in-

interest of the Debtors (and affiliates of such parties) in matters unrelated to these chapter 11

cases.  While representing the Debtors, S&C will not represent any party-in-interest disclosed in

Schedule 2 or Schedule 3 in connection with these chapter 11 cases.

## Affirmative Statement of Disinterestedness

20.     Based solely on the conflicts procedures conducted to date and described

herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) S&C is a

"disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) S&C

8

does not represent any person or entity having an interest adverse to the Debtors in connection with these chapter 11 cases, (c) S&C does not hold or represent an interest adverse to the Debtors' estates with respect to matters on which S&C is employed and (d) S&C has no connection to the Debtors, their creditors or any other party-in-interest except as disclosed herein.

### Statement Pursuant to U.S. Trustee Guidelines

21.      Pursuant to paragraph D, section 1 of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases Effective as of November 1, 2013, S&C responds to the questions set forth therein as follows:

| | |
|---|---|
| **Question:** | **Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?** |
| Response: | Yes.  As discussed herein, S&C does not ordinarily determine its fees solely on the basis of hourly rates.  For the purposes of its engagement by the Debtors, S&C has agreed that it will charge for services performed during these chapter 11 cases, and will apply to the Court for approval of such charges, on the basis of the hourly rates described in this Declaration.  The hourly rates set forth herein are the same or less than the hourly rates used by S&C when preparing estimates of fees under its normal billing practices.  In particular, the rates for the more senior timekeepers for each class of personnel represent a discount from the rates used by S&C when preparing estimates of fees under its normal billing practices for non-bankruptcy engagements. |
| **Question:** | **Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?** |
| Response: | No. |

SC1:4030693.4

| | |
|---|---|
| **Question:** | **If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.** |
| Response: | Prior to the Petition Date, S&C performed services for the Debtors at hourly billing rates consistent with S&C's practice for non-bankruptcy engagements. The S&C rates proposed to be charged during these chapter 11 cases have been adjusted by imposing a cap on the hourly rate for each class of personnel, as described above. |
| **Question:** | **Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?** |
| Response: | The Debtors have approved S&C's budget and staffing plan for the period from the Petition Date to February 29, 2016. S&C expects to submit for approval by the Debtors a prospective budget and staffing plan on a monthly basis for the duration of these chapter 11 cases. |

22.     I am authorized to submit this Declaration on behalf of S&C, and if called

upon to testify, I would testify competently to the facts set forth herein.

23.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

Dated:   January 28, 2016

Andrew G. Dietderich
Sullivan & Cromwell LLP

**Schedule 1**

**Interested Parties List**

**Debtors**
Primorsk International Shipping Limited
Boussol Shipping Limited
Malthus Navigation Limited
Jixandra Shipping Limited
Levaser Navigation Limited
Hermine Shipping Limited
Laperouse Shipping Limited
Prylotina Shipping Limited
Baikal Shipping Ltd
Vostok Navigation Ltd

**Affiliated Parties**
Ice Gas LNG Shipping Company, Limited*
Isardia Holdings Limited
OOO De-Kastri Tugs*
Polar Pevek Limited*
Prisco (Singapore) Pte Ltd
Prisco Capital Bank
Prisco Medical Centre
Primorsk Shipping Corporation
Prisco Training Centre
Shipworth Shipping Company Limited
Walmer Shipping Co Limited

A.Z. Navigation Limited - Dormant
CT Navigation Limited - Dormant
Decom Shipping Limited – Dormant
I.L.T. Navigation Limited – Dormant
VDA Marine Limited - Dormant
VDK Marine Limited - Dormant
VUK Marine Limited – Dormant

**Current and Former Officers and Directors**
Anastasia Stavrou
Antonis Indianos
Orthodoxia Pericleous
Rebecca David

**Equity & Other**
Apington Investments Limited
MPT Fiduciary Assets S.a.r.l

**Bondholders**
Nordic Trustee
Transact Capital
Wealth Holdings Inc.

**Lenders and Advisors**
BNP Paribas
Credit Agricole Corporate and Investment Bank
Credit Suisse AG
DNB Bank ASA
DVB Bank SE
ING Bank N.V.
Nordea Bank Norge ASA
Oaktree Capital Management, L.P.
Lazard & Co., Ltd.
Norton Rose Fulbright LLP
Stephenson Harwood LLP
White & Case LLP

**Insurers and Brokers**
Assuranceforeningen Skuld (Gjensidig)
Seascope Insurance Services Ltd
West of England Ship Owners Mutual Insurance Association
JLT Specialty Limited

**Debtors' Professionals**
AlixPartners LLP
Crowe Horwath LLP
Da Hua Certified Public Accountants
DVB Corporate Finance
Simonsen Vogt Wiig
Watson Farley & Williams LLP
Moore Stephens
PwC
E&Y
Costas Indianos & Co
SVW
Chrysses Demetriades
Gram, Humbro & Garman
Clyde & Co Clasis Singapore Pte. Ltd.
Robert Wang & Woo LLP
RS Platou Markets AS

*Former affliliated parties.

Arrow Asia Shipbrokers Pte Ltd
Helix Media
DNV
Seacoast Maritime Services
Golstblat BLP
Intertrust
Dahua CPAs (Special General Partnership)
El Swefy Law Firm
Ince & Co Singapore LLP

**Top Unsecured Creditors**
Allianz Rosno Life
BNP Paribas
Clarksons Asia Pte LTD.
Dae Hwa
DH Marine Tech
Dintec (Singapore) Pte Ltd
DPM (Singapore) Pte Ltd
Fuji Automation Pte Ltd
Fuji Trading (S) Pte Ltd
Gaylin International Pte Ltd
Global Maritime and Offshore Travel Ltd
Gulf Marine & Industrial Supplies, Inc.
Gulf Oil Marine Ltd Singapore Branch
Inmarsat
International Transport Workers' Federation
Intourist-DV Co., Ltd
Jinsan Marine Management Co Ltd
Lankhorst Touwfabrieken Bv
Legero Holland
Liberian International Ship and Corporate
Registry
Lloyd's Register Asia
Lone Star RS Platou Houston
MAN Diesel & TURBO
Medpool
Nacomar
Primorsk Shipping Company (PSC)
Prins Supply BV
Prisco Training Centre
V8 Pool Inc NAVIG 8
Viking Life-Saving Singapore
Watson, Farley & Williams
Wrist Far East (Singapore) Pte Ltd
Wrist Ship Supply - World Ship Texas

**Major Customers & Partners**
Eiger Shipping SA
Exxon Neftegas Limited (ENL)
GC Rieber Shipping
Kawasaki Kisen Kaisha Ltd (K-Line)
Koch Shipping
Mitsui O.S.K Lines Ltd (MOL)
Navig8 Group
Neftyanaya Kompaniya LUKOIL OAO
Novatek Gas & Power GmbH
Sakhalin Energy Investment Company Ltd
(SEIC)
ST Shipping and Transport
Swire Pacific Offshore Ltd.
Tesoro Maritime
Gard Shipping AS
Heidmar Blue Fin Suezamx Pool
Alliance Tanker Chartering Pte Ltd
Beefy Bingham (Pte) Ltd

**Litigation Parties and their counsel**
Incisive Law LLC
Navig8 Pool Ltd
P&I Club (SKULD)
Arab Petroleum Pipeline Company
(SUMED)
Mackean Law Firm
Taher Hozayen Mohamed Badaway
Abd El Rahman Al Fadel
Ali El Sayed Mohamed
Ahmed El-Sayed Mohamed
Ahmed Mohamed Amin
Hadil Essam Eddin Abouelela
V8 Pool Inc
Birketts LLP

**Key Regulatory Authorities**
Republic of Cyprus, Department of
Merchant Shipping
The Republic of Liberia, Liberia Maritime
Authority

**Suppliers**
2-FAST SP ZOO
88 Best.Com
A FOUR SNAN (S) PTE LTD

2

A STAR MARINE SERVICES
A&P Falmouth Limited
A. DE JONG TH B.V.
A. G. & E. A. Rothery
A. L. Griffin, Inc.
A. P. &A. Poland
A.E. Monsen Ship Stores
Aage Hempel
AALA SHIP SERVICE
AALBORG INDUSTRIES LTD (KOREA)
AALBORG INDUSTRIES, Sweden
AB DONSO FISKEREDSKAP &
SKEPPSFUMERING
ABB BV, The Netherlands
ABB OY TURBOCHARGING
ABB Pte Ltd - ex ABB INDUSTRY
ABB Turbochargers / Vladivostok Office
ACE VALVE COMPANY LIMITED
ACEBI SAS
ACEZ Instruments PTE LTD
Acorn Engineering Pte Ltd
Admiral Marine Continental Supplies BV
Admiral Harding Limited
Admiralty Marine Supply Services
ADRIATIC SHIP SUPPLY CO. INC.
ADRIATIC VETTING
ADVANCED COMPONENT
TECHNOLOGY LTD
ADVANCED MARINE PTE LTD
AECO PLANT ENGINEERING PTE LTD
AFLEX SHIPS EQUIPMENT Pte Ltd
AGILE ENGINEERING LTD
AHF INDUSTRIES
Air products AS
AJAX CHUBB VAREL
AKER PORSGRUNN AS
ALASKA MARITIME PREVENTION &
RESPONSE NETWORK
ALATAS AMERICAS INC
ALATAS SINGAPORE Pte Ltd
ALBATROS SHIPPING, S. L.
ALBATROS TECHNICAL SHIP SUPPLY
ALBATROSS MARINE SERVICES
(INDIA)
Albert Court Village
ALBERTI S.r.l.

Albwardy Marine Engineering
ALCAP SHIP SUPPLIES
ALERE TOXICOLIGY ex Concateno ex
Medscreen
ALEWIJNSE MARINE B.V.
ALEXANDER/RYAN MARINE &
SAFETY CO
Alfa Laval Singapore
ALIXPARTNERS UK
All Access Productions
ALL CONSULTING EUROPE SA
All Safety Marine LLC
Allbest Offshore Marine Pte Ltd
ALLFORSAIL SHIPSUPPLIERS FERROL
SPAIN
ALLIANCE AUTOMATION PTE LTD
ALLIANCE CONTROLS PTE LTD
ALLIANCE MARINE SOLUTIONS PTE
LTD
ALLIANCE SUPPLY MANAGEMENT
LTD
ALLTEC ASIA SDN BHD
ALLTEC LLC USA
ALLTRONIC COMPUTER (S) PTE LTD
Al-Minhali Trading Co., Ltd
Alpha Logistics Tz Limited
Alpha Marine Shipping Services Inc. New
York
ALPHA SEALING PTE LTD
ALPHATECH1 Pte Ltd
ALPHATRON MARINE DEUTSCHLAND
GMBH
Alphatron Marine BV
ALSO Ltd
Altimate Engineering Pte Ltd
AMASCO (LLC)
AMBIDETECTOR - ENGENHARIA &
INSTRUMENTACA
AMBREY SERVICES JLT
American Intl Assurance Company
AMISYS
AMOS Solution Pte Ltd
AMOT (ROPER INDUSTRIES LIMITED)
Amptron Instruments Pte Ltd
Ampway Industries Pte Ltd
AMREEN SHIP CARE

3

ANALYTICAL SYSTEMS ENGINEERING PTE LTD
ANCHOR CHANDLING (PTY) LTD
ANCHOR MARINE FIRE PTE LTD
ANDA INTERNATIONAL PTE LTD
ANDROS MARINE LOGISTICS
Anewtech Systems Pte Ltd
Angelyn Sng Sok Cheng
ANGLO NORDIC BURNER PRODUCTS LTD
Ansac Technology (S) Pte Ltd
AP CONTROLS PTE LTD
API Marine ApS
APRO SHIPPING Co Ltd
APT Global Marine Services LLC
AQUA INTERNATIONAL PTE LTD
AQUAMETRO (S.E.A) PTE LTD
AQUATIC DIVING & MARINE SERVICES CO
ARBROS DAVAO, INC
ARC MARINE PTE LTD
ARDA MARINE SUPPLY & FOREIGN TRADE CO
ARIE DARMA ENTERPRISES (S) PTE LTD
ARIES MARINE LLC (SINGAPORE BRANCH)
ARISTON NORWAY AS
ARK VISION SPARE & ENGINEERING PTE LTD
ARS Maritime Corp
ARTEMIS SHIP SUPPLIER AND FOREIGN TRADE
ASAP Lda Chandlers
ASAP PANAMA SUPPLIER
ASAP Technical Services Pte Ltd
ASCO ASIA (ASCO NUMATICS)
ASIANA MARINE SERVICE CO, LTD
ASPEN CONTROLS, INC
ASPIDA MARITIME SECURITY CORP
ASSET MARITIME SECURITY SERVICES INTERNATIONAL
ASTE GLOBAL PTE LTD
ASTRAMARINE LTD
ASTRON MARINE SERVICES
Atlantic Shipping Pvt Ltd, Mumbai

ATLANTIC TECHNICAL MANAGEMENT
ATLAS COPCO (SOUTH EAST ASIA) PTE LTD
ATLAS MARINE ELECTRONICS LTD
Atlas Marine Services
ATLAS ULUSLARARASI KUMANYACILIK
ATOZ ENGINEERING
AUSTRALIAN SHIPPING SUPPLIES
Autronica Fire and Security AS
AV SAFETY OU
AVA HI SEAS SHIP SUPPLIERS LTD
Avionics Automation Pte Ltd
AXIA TRADING SRL
AZBIL SINGAPORE PTE LTD
AZIENDA CHIMICA GENOVESE SRL
B & L Travel Pte Ltd
B&A Marine Co., Inc
B. P. MATA & CO., INC.
B. S. Services
B.V. TECHNISCH BUREAU UITTENBOGAART
Balkan Marine Services & Trading
UAB BALTIJOS BRIGANTINA
BALTONA SHIPCHANDLERS SP ZOO
Bambi Industries Pte Ltd
Bapu's Shipping Agency
BARBAGELATA ADRIATICA SRL
BARCELO HNOS SHIP SUPPLIES
Barcol-Air Engineering Pte Ltd
Barthels+Luders GmBH
Barwill Unitor Ship Services (Dubai) supplier
Barwill Ship Services (UAE) L.L.C.
BAS VAN DER POL IJMUIDEN B.V.
Basdecko Ltd
Battery-direct GMBH & Co KG
BAY PROVIDORS LTD
BEAVER CONTROMATIC PTE. LTD.
BECKER MARINE SYSTEMS GMBH & CO KG
Beijing Fortune Draeger Safety Equipment
BEIJING NEW & NEW TECHNOLOGY DEVELOPMENT
BELPI BVBA

BENEMAR CO
BENG HUI MARINE ELECTRICAL PTE LTD
BENYA
Berg & Larsen (Denmark)
BEST BARGAIN COMPUTERS PTE LTD
BeStores Shipchandller
BEUKERS MARINE INSTRUMENTATION BV
B-I Industrial Co., Ltd
BILBAO EGANA
BIN SAUD TECHNICAL TRADING EST
BIZNES COMFORT LLC
Blohm & Voss Hamburg
Blohm+Voss Industries (Shanghai)
BLOHM+VOSS INDUSTRIES (SINGAPORE) PTE LTD
Bloomdale (S) Pte Ltd
BLUE FIN TANKERS INC - HEIDMAR-SUPPLY
Blue Ocean Wireless Ltd.
BLUE SKY (SHIPCHANDLER)
BLUE WATER AGENCIES LIMITED
BLUE WHALE MARINE
Boers Crew Services B. V.
Bomin Bunker Oil
BOND INSTRUMENTATION (S) PTE LTD
BONFIGLIOLI TRANSMISSION SINGAPORE
Boon Lay Stationery Pte Ltd
Bornemann Pumps Asia Pte Ltd
BOSCH REXROTH AG
Bosch Rexroth Pte Ltd
BOSSS MARINE SERVICES SARL
Bosung Engineering Co Ltd
Bosung,Ulsan
Bourdon Haenni Asia Pte Ltd
BP Shipping Limited
Brabo Enterprises b. v. b. a
BRAZVESSEL SHIP SUPPLIERS
Bremer Landsbank
Bridge Oil Ltd
Brightsea Marine Supply & Service Co.,
BRILLIANT MARITIME SERVICES LTD
BRIN-MAR GROUP SRL

BRODERSEN CONTROLS
BROWN SHIP CHANDLERY, INC
BRUNVOLL AS
BUENOS AIRES TOP CO S.A.
BULKHANDLING HANDYMAX AS (SUPPLY)
BUNDER TRADING INC (CORRECT MARINE)
Bureau Veritas SA
BUREAU VERITAS SA - FRANCE
Bureau Veritas (Cape Town)
BURKERT CONTROMATIC SINGAPORE PTE LTD
Burmec Engrg & Trading Co
C. P. MARINE SUPPLY LTD
Callori Corporate
CAMPBELL'S SHIPS SUPPLIES
Can Traders & Services Pte Ltd
CAN Welcome Co., Ltd
Candid Water Cooler Pte Ltd
CANTIERE E. NOE' SPA
CAP SANTE INTERNATIONAL
CAP SANTE OCEANIA PTY LTD
CAPE LINE Pte Ltd
Caribbean Ship Services
Carisam - Samuel Meisel Fl
CARROLL & MEYNELL TRANSFORMERS LIMITED
Casa Angola Internacional SA
Cassens & Plath GmbH
CASTLE ENGINEERING SERVICES PTE LTD
CastleBrook Inc.
CATHELCO (SEA) Pte Ltd
CATHODIC PROTECTION TECHNOLOGY
Catis
CCH Asia Pte Limited
CEFT Trading Ltd
CENTRAL HEALTHCARE SERVICES
CENTRALAM PANAMA SA
CHALLENGER TECHNOLOGIES LIMITED
Chan Marine Supplier (ShipServ Testing)
Chandling International (Pty) Ltd.

5

CHAPINTER MARINE SUPPLY EXP. LTDA
Cherokee Marine LLC
Chevon International (S) Pte Ltd
Chevron Shipping Company LLC
CHEVRON TRANSPORT CORPORATION
CHIEFMAR SRL
China National Ship Supply & Service Co Ltd
CHINA SHIPPING INDUSTRY SHANGHAI CHANGXING
Chong Jin
CHONG LEE LEONG SENG CO LTD
Chris Gregory
Chris-Marine AB, Sweden
Christie & Grey Limited
Chubb Fire & Security B V
CHUNGSOL MARINE CO LTD
CISAM OFFSHORE - ex CISAM CANARIAS SL
City+Med Health Associates Pte Ltd
CKD SINGAPORE PTE LTD
CleanshipSolutions Ltd
CLEARWATER TRACKING LIMITED
Clipper Inc.
CMG ELECTRIC MOTORS (ASIA PACIFIC) PTE LTD
CNIIMF
COAST TO COAST INTERNATIONAL MARINE SERVICES LTD
COASTALLOG LTDA
Cockett Marine Oil (Asia) Pte Ltd
CASH ON DELIVERY (MASTERS)
CODAR (PTE) LTD
COEX SERVICES ASIA PTE LTD
COFRAPEX
Coleman Supply Company
COMM LINE INC
Commercial Diving Services (Singapore) Pte Ltd
Commonwealth Freight Services Pte Ltd
Computer Associates Ltd.
COMPUTER CIRCULATION CENTER
COMTECH Oil Separator and Plate Heat PTE LTD

Confidence UK Ltd
Consilium Marine Korea
CONSILIUM MARINE, Singapore
Consilium Middle East (FZC)
Consilium Marine & Safety AB ex
Consilium Navigation
CONSILIUM RMI SPAIN, S.A.
Consilium Shanghai Company
CONSILIUM MARINE ITALY SRL
CONTROL RISKS (MIDDLE EAST) LTD
CONTROLIS, LDA
Coolserve Air-Condition Engineering
CORBELL TECHNOLOGY PTE LTD
CORRECT MARINE
CORRSTECH KOREA LTD
COSALT B.V.
COSCO (LIANYUNGANG) SHIPYARD CO LTD
Cosco Marine Engineering (Singapore) Pte Ltd
Costas Indianos & Co
COTERIE INDUSTRY PTE LTD
Countrywide Office Supplies Pte Ltd
CP Metal-Chem Asia Pte Ltd
Craig Group
CRAME
Creative Software Pte Ltd
Crescent Lanka Shipping (Pvt) Ltd
CREW WAGES
Croon Elektrotechniek B.V.
CROSSCOMAR S.L.
Crown Construction Pte Ltd
CROWN HOTEL
CTS OFFSHORE AND MARINE ex Clarkson Tech
Cummins Sales & Service Singapore Pte Ltd
CV BERKAT JAYA ABADI
CWS (Singapore) Pte Ltd
Cyclect Electrical Engineering Pte Ltd
CYMEON SHIP SUPPLY
MARINE SHIPSTORES D. MEDRI GMBH
DA-Desk FZ-LLC
DAE HWA ENGINEERING SERVICES CO LTD
DAEIL MARINE SERVICE CO.,LTD.

DAELIM MARINE CO LTD
DAEMYUNG MARINE CO LTD
DAEWOO MARINE IND CO., LTD
DAEYANG ELECTRIC
Daikai Engineering Pte Ltd
DALIAN COSCO RIKKY OCEAN
ENGINEERING CO LTD
DALIAN SINWA SHIP SUPPLY CO LTD
DALIAN VICTORY SHIPPING
SERVICES CO LTD
DALLIA MARINE SERVICES SDN BHD
DAMCOS LTD
DAN & MARINE SERVICES COMPANY
LTD
DANAOS Management Ltd
Danaos Mgt Consultants Ltd
Danaos Peripherals  Ltd
DANAOS Software Services (India) Pvt Ltd
DanPilot
Deckma Hamburg GMBH
DEE Maritime Pte Ltd
Delaware Ship Supply Co.
Dell Global B.V. (Singapore)
DELL INTERNATIONAL INC
DEN-JET MARINE Pte Ltd.
DENRAY MARINE SERVICES LTD
Department of Merchant Shipping, Limassol
DEXTINSUR SL
DFS DANMARK
DH MARINE TECH
DHL Express (Singapore) Pte Ltd
Diesel OfFshore Enterprise
DINO THEO ATLANTIS MCSL
Dintec (Singapore) Pte Ltd
DINTEC Co., Ltd - ex DONGJIN INTEC
DISSA SHIPCHANDLER & TRADING
LLC
Dive-Marine Services Pte Ltd
Diving Technologies JSC
DK Marketing
D'MARK TECHNOLOGIES (S) PTE LTD
DMI MARINE WERKZ PTE LTD
DNV (Busan)
DNV (Dalian)
DNV (Dubai)
DNV (Durban)

DNV (Ningbo)
DNV (Norway)
DNV (Seoul)
DNV (Shanghai)
DNV (Singapore)
DNV (UK)
DNV (Ulsan)
DET NORSKE VERITAS PETROLEUM
SERVICES Pte Ltd
JOSE ANTONIO DOCAL
DOMAR SRL
DONG SUNG CO., LTD
Dongbo Electric & Telecom Co. Ltd.
DONGHWA PNEUTEC Co LTD
DONGNAM MARINE CRANE CO., LTD
DORMAC - A DIVISION OF SOUTHEY
HOLDINGS
Dpex Worldwide Express Pte Ltd
DPM (Singapore) Pte Ltd Global Navigation
Solutions
Draeger Safety AG & Co. KGaA
DRAEGER SOUTH AFRICA (PTY) LTD
DRAGER NEDERLAND BV - ex
UNISAFE
Drager Safety France S.A.S
Drake International (Singapore ) Ltd
DRESSER-RAND NADROWSKI GMBH
Drew Ameroid,Singapore
DRIVES & CONTROL (SEA) PTE LTD
Dromedaris Agencies (Pty) Ltd,Cape Town
DRUZHBA
DRYAD MARITIME INTELLIGENCE
SERVICE LTD
DSM CORRIDOR SHIPS CHANDELLING
LTD
DSS MARINE LTEE
DUKE AUSTIN & COMPANY LIMITED
DURASAFE PTE LTD
DURBAN BAY SHIPCHANDLERS
DUTCH NATIONAL POLICE AGENCY
DUVALCO VALVES & FITTINGS PTE
LTD
DVBCM
Dynamic Divers
DYNOPTIC SYSTEMS LTD
Dyuna

7

E Print Solutions
E.W. Liner Charts & Publications Pte Ltd
E+E ELEKTRONIK GES. m.b.H.
East Coast Ship Supply
EASTERN ELECTRONICS
EASTERN FIRE PTE LTD
EBAY
EcoMission Pte Ltd
ECO-OIL, SA
EASTERN CANADA RESPONSE
CORPORATION
Edwardo Marine Services Co
Effective Outsource Networks
E-FLOW ASIA PTE LTD
EGREEN MSE PTE LTD
EISMARITIMO SA
ELB FULLSTANDSGERATE
BUNDSCHUH GMBH & CO
ELCOME INTERNATIONAL LLC
ELECTRIC MOTORS INTERNATIONAL
LIMITED
ELECTRONSTANDART-PRIBOR, JSC
ELEKTRIM MOTORS & MACHINERY
PTE LTD
ELEMENT 14
Emder Schiffsausrustung
Emerson process
Emerson Process Management Marine
Solutions Korea Co Ltd
Emerson Process Management Marine
Solurions, Singapore Pte
EML INFO CS LTD
EMS SHIP SUPPLY (AMERICA) INC
EMS SHIP SUPPLY (NETHERLANDS)
BV
EMS (SHIP) SUPPLY (EX-PROVIMAR) -
SPAIN
EMS SHIP SUPPLY (SINGAPORE) PTE
LTD
EMS Ship Supply (Uruguay)
EMS SEVEN SEAS (NORWAY) AS
ENAMOR SP Z.O.O.
ENDRESS+HAUSER (S.E.A.) PTE LTD
Enersys Reserve Power Pte Ltd
Engtek Pte Ltd
ENIS System Co. Ltd.

Enraf Tanksystem S.A.
ENTEL UK LTD
ENVICO ENVIRONMENT CONTROL BV
ENVIRO-FORCE PTE LTD
EOLIAN MARINE SUPPLIERS SNC
EOS RISK MANAGEMENT LIMITED
ESCADO TRADING LTD
E-TIANA VENTURES LTD
Etudes Techniques et Nouvelles
Applications
E-TOP ELECTRONICS
EUREKA CONTROL SYSTEMS PTE
LTD
EURO ASIA DESIGN &
CONSTRUCTION PTE LTD
EUROPORT SHIPSTORES B.V.
EUROQUIP GmbH
EUROSUPPLY SPA
EVER MARINE (SHANGHAI) SUPPLY &
SERVICE CO LTD
Evergreen Stationery , Suntec Branch
EVERTHRON MARINE SYSTEMS SRL
EXCELTEL ENVIRO PTE LTD
EXIMA LTD
EXION ASIA PTE LTD
EXPORTADORA STAR LTD
EXTINVAL EXTINTORES VALENCIA
EXTINVAL USA
Exway GLS Co., Ltd (Pantos Pusan
Agency)
ExxonMobil (China) Investment Co., Ltd.
ExxonMobil Marine Lubricants (Rotterdam)
ExxonMobil Marine Lubricants
(Vladivostok)
FAIRDEAL MARINE SERVICES
Faisal M. Higgi Group, Yanbu
Falcon Ship Supplier
FAR EAST MARINE SERVICES, INC
FAST SUPPLIER MARITIMOS LTDA
Martel - Fastcalgas
Federal Express (Singapore) Pte Ltd
Fenkeu Rene General Ship Chandler
FESTO PTE LTD
FGE CONTROL PTE LTD
FibreCraft Asia P/L
FILTEC PTE LTD

SC1:4030693.4

FILTREX SRL
FILTRO PTE LTD
FIMA MASCHINENBAU GMBH
FineCom SE Co Ltd
FINETEK PTE LTD
FIRE PROTECTION SERVICE, INC
FIRST CHOICE MARINE SUPPLY
FLAME MARINE LTD
FLEXI-TEC ELECTRICAL ENTERPRISE
FLOTECH CONTROLS PTE LTD
FN DIVING BV
Food & Drink Ship Supplier Trade Co
Fornaes APS
FRAMO SINGAPORE - ex Frank Mohn
AS, Singapore
FRANCESCO BAGLIETTO MARINE
SUPPLIER
FRANCOIS MARINE SERVICES PTE
LTD
FRANK MOHN HOUSTON INC
FRANK MOHN SHANGHAI LTD
Frank Mohn AS, Nesttun
Frank Mohn AS, Spikenisse
FREIGHT SUPPLY COMPANY
Fuji Automation Pte Ltd
Fuji Horiguchi Engineering Pte Ltd
Fuji Trading (S) Pte Ltd
FUJI TRADING CO LTD, JAPAN
FUJI TRANSPORT SYSTEMS (KOREA)
CO., LTD.
FULLWELL INTERNATIONAL PTE LTD
FUWELL INTERNATIONAL PTE LTD
SARL GLOBAL INDUSTRIES MARINE
SERVICES
G. SAZA. S. A. de C. V.
GAC Marine Logistics Inc
Gallerie Marin
GALMON (S) Pte Ltd
GANDARA CHILE SA
GART-GRUPP AS
GATES ENGINEERING & SERVICES
PTE LTD
Gateway Fire & Safety Pte Ltd
GAYLIN INTERNATIONAL PTE LTD
GENERAL MARINE & INDUSTRIAL
SERVICES INC

Gentay Ltd
GEXPRO ASIA PTE LTD
Gimas Ship Supply and Services
GLOBAL BOILER FAR EAST PTE LTD
GLOBAL BOILER SERVICE AS
GLOBAL ECHO LDA
GLOBAL FIRE & SAFETY, INC
GLOBAL MARITIME & OFFSHORE ex
Narvesen Ltd
GLOBAL MARINE & INDUSTRY P/L
GLOBAL MARINE SAFETY Singapore
GLOBAL MARINE SERVICES, SRI
LANKA
GLOBAL MARINE SERVICES LTD.,
RUSSIA
Globetech Group Limited
GNL PRIVATE LIMITED
GOH IGS & AUTOMATION PTE LTD
GOLDEN BEACH CHINA SHIPPING
MARINE SERVICE
Landmark Village Hotel ex Golden
Landmark Hotel Singapore
Goltens (Singapore)
GOLTENS CO LTD (DUBAI BRANCH)
Goltens Fujairah LLC
GOLTENS KOREA
GOLTENS NEW YORK CORP
GOLTENS ROTTERDAM BV
GREEN ISLAND SHIP CHANDLERS (K)
LTD
GREEN MARINE CO LTD
GREGORY MARITIME
GROUP 4 SECURICOR DJIBOUTI (G4S)
SARL
GROUP AUTOMATION PTE LTD
GRUNDFOS (SINGAPORE) PTE LTD
GUANGZHOU HUANGPU OCEAN
SHIPPING SUPPLY
Gulf Marine Services Co., Ltd
GULF MARINE & INDUSTRIAL
SUPPLIES INC
GULF OIL MARINE LTD SINGAPORE
BRANCH
GUMPOLD FLUID CONTROLS PTE LTD
H ALBERT
H.W. Ramberg, Inc

9

Hae Jeon Commerce Co Ltd
HAMILTON MARINE SURVEYORS
HAN YOUNG ENTERPRISE LTD
HANA POWER SYSTEM SERVICE CO
LTD
HANGDO SHIP SERVICE LTD
HANILl-FUJI (KOREA) CO LTD
HANS BUCH A/S
HANSA SAFETY SERVICES BV
HANSEATIC MARINE SERVICES
HanseNautic GMBH
Hanshin Electronics Co Ltd
HARALD CHRISTIANSENS EFTF.
Harbour Enterprise Ltd
Harbour Enterprise OU
HARFORD LTD
HARRIS PYE GULF LLC
HARRIS PYE GROUP LTD (UK)
HARVEY NORMAN SINGAPORE
HASSE & WREDE GMBH
HATLAPA Asia Pacific Pte Ltd
HEADWAY MARKETLINK
INTERNATIONAL PTE LTD
HEAP+PARTNERS LTD
HELIX MEDIA Pte Ltd
Hempel Paints
HERMES - CAPE AFRICA MARINE
SUPPLIERS
Hermes Ship Chandlers (Pty) Ltd
HERNIS SCAN SYSTEMS ASIA PTE
LTD
HERNIS SCAN SYSTEMS AS
HIDDENHILL DISTRIBUTION
Hikari Automation Systems Pte Ltd
Hitech Instruments Ltd
HI-TEK Marine, SA
HMS Hanaro Marine Services
HOCK HENG ELECTRONICS TRADING
HOCKSENG MARINE ENGINEERING
PTE LTD
HOME-FIX DIY PTE LTD
HONEYWELL ex ENRAF MARINE
SYSTEM
HONOLULU SHIP SUPPLY
HOTEL RE! Pte Ltd
HOUSE OF SAFETY

Houston Ship Repair Inc
HT GROUP LIMITED
HUASHUN OCEAN SHIPPING SUPPLY
CO LTD
HUATAI INSURANCE AGENCY
Hubbell International (1976) Pte Ltd
HUP HONG MACHINERY (S) PTE LTD
Hutton & Co (Ship Chandlers) Ltd
Hwaseung R&A Co ltd
Hydraulics Online Ltd
HYDRAULIC SPECIALTIES LIMITED
HYUNDAI HEAVY INDUSTRIES CO.,
LTD.
HYUNDAI LIFEBOATS SINGAPORE
PTE LTD
HYUNDAI MARINE SERVICE CO., LTD
HYUNDAI ONE ASIA PTE LTD
Icon Research Ltd
IHI MARINE ENGINEERING (S) Pte Ltd
IHS Global Ltd
Il-Jin Maritas Co Ltd
IKM TESTING ASIA PTE LTD
IM KINETIC ASIA PTE LTD
IMI CORPORATION Pte Ltd - ex MNM
CORPORATION PTE LTD
IMPA
INT MARITIME RISK MANAGEMENT
AGENCY
IMTECH MARINE ex RADIO HOLLAND,
Singapore
IMTECH MARINE - ex Radio Holland
USA
INDOCHINE GROUP PTE LTD
INDUSTRIAL MARITIMA DE
VERACRUZ, SA de CV
INELTEH DOO
INFINITY COMPUTER PTE LTD
INFORCOM TECHNOLOGIES P/L
INGLASCO FIRE SYSTEMS BV
Inglasco Instruments BV
INKGALLERY LLP
Inmarsat ex Stratos ex Xantic Sales B.V.
INNOSPEC LTD
INNOVATIVE EVENTS MANAGEMENT
Inspectorate de Argentina S.A.
INSTONE INT (Ragusprapus Trading Ltd)

10

Instone Singapore Pte Ltd
INSTRUMAC INSTRUMENTATION
International Bickley Corp
International Paint (Singapore)
INTERNATIONAL TAGAROPULOS, S.
A.
INTERMECH MACHINERY PTE LTD
Intermediterranean Marine Suppliers S.R.L
INTERNATIONAL EXPORT AGENCY
Interspiro AB
INTERSTATE TECHNOLOGIES PTE
LTD
INTERTANKO, NORWAY
INTERTEC-HESS GMBH
INTERTEK TESTING SERVICES
(SINGAPORE)
Intourist-DV Co., Ltd
ISENSORS INTERNATIONAL
ISEP (S) Pte Ltd
Island Express Transport Services
Island Landscape & Nursery Pte Ltd
ISS Machinery Services (Japan)
ISSA TECHNICAL CO LTD
IST MARINE & OFFSHORE SUPPLIES
PTE LTD
IST Marine Supplies BV
IST Marine Technical Services BV
IT SERVICES
ITACOATIARA SHIPCHANDLER
J&K MARINE CO LTD
J. O. Engineering Co., Ltd
J.H.Olsen & Co. (Marine) ApS
JAEUN CORPORATION
James Walker Asia Pacific Pte Ltd
JAMES WALKER BENELUX B.V.
JAPAN MARINE (S) PTE LTD
Japan Marine Science Inc.
Japan Radio Co., Ltd
Jason Electronics Pte Ltd
Jay Jay Engineering Services
JB Maritime Co Ltd
JEPPESEN NORWAY AS
JETCO SAS
JEWON ENGINEERING
JIANGSU XINRONG SHIPYARD CO
LTD

JINGJIANG TONGDA SHIPPING
SERVICE CO LTD
Jinsan Marine Management Co. Ltd
Jireh Ship Chandlers
Jisin Shipping And Trading Co., Ltd
JJ MM MARITIME SAFETY, SL
JMAC Marine & Industrial
JOHN T. Edmonds
Johnson Controls (S) Pte Ltd
Johnson Controls Denmark Aps
JONASSOHN SRL
JONGHAP MARITIME INC
Jordan Frogman Est
JOSI MARINE SERVICES
Jotun Paints
JOWA (SHANGHAI) MARINE
EQUIPMENT CO LTD
JUNG-A MARINE CO., LTD
JUPITER MARITIME SERVICES LTD
JUTECH ELECTRIC & ELECTRONIC
PTE LTD
K&L Offshore Engineering Pte Ltd
K.C. LTD
K.M.D. SHIPPING
KAIGAI GIJYUTSU K.K.
KAIXIANG ELECTRICAL
TECHNOLOGY (HEBEI)
KANG LI FAR EAST PTE LTD
Karlo Corporation Supply & Services
KOMPRESSORENBAU BANNEWITZ
GMBH (KBB)
KCC (Singapore) Pte Ltd
KEE YUNG MARINE SERVICE CO.,
LTD
Keison International Limited
KELVIN HUGHES (NEDERLAND) BV
Kelvin Hughes (Singapore) Pte  Ltd
Kelvin Hughes Limited
KEMEL ASIA PACIFIC PTE LTD -ex
Kobelco Marine Asia Pte Ltd
KEPPEL SEA SCAN PTE LTD
KET MARINE INTERNATIONAL BV
KEUMYANG IND. CO. LTD
KEY-ORIENT LAMITEC PTE LTD
KFM REGELUNGSTECHNIK GMBH
KFM TRADING

11

KIM CHEW ELECTRONICS PTE LTD
KIMMAK MARINE AND OFFSHORE
ENGINEERING PTE LTD
KINGHIGH MARINETEC CO LTD
KINON AACHEN GMBH
Klausen-Gestby Co.,Inc
KLEVENBERG SHIPPING CENTRE BV
KM KINLEY MARKETING PTE LTD
Kongsberg Maritime Middle East DMCCO
KONGSBERG (Norway)
Kongsberg Maritime Hoi Tung Holding
(HongKong) Ltd
Kongsberg Maritime Holland BV
KONGSBERG MARITIME INC
KONGSBERG MARITIME CHINA
(SHANGHAI) Ltd
KONGSBERG (Singapore)
KOREA ENGINE CO LTD
KOREA MARINE SERVICE CO, LTD
Korea Marine Supply Co. Ltd
Korean Union Trading Co Ltd
KOSPA
KPI Bridge Oil Singapore Pte Ltd
KRAL AG
KS FLOW CONTROL PTE LTD
KSB SEIL CO - ex SEIL SERES CO., LTD.
KSB SINGAPORE (ASIA PACIFIC) PTE
LTD
KSB VALVES (SHANGHAI) CO LTD
KUEHNE AND NAGEL LTD
KUK DONG ELECOM CO., LTD
KYKOH ENTERPRISE
KYONG-IN-SAFETY SERVICES CO.,
LTD
L.A. MARITIME SERVICES, INC.
L-3 Communications Singapore Pte Ltd
L3 GA International, Inc
L-3 Marine Systems Korea Co Ltd
La Rosee
Lagaay International BV
LAM MARINE SUPPLIES LTD
Lam Trading Limited (ShipServ Testing)
Lankhorst Touwfabrieken BV
LAPTOP PARTS DISTRIBUTION PTE
LTD
LASER DISTRIBUTOR PTE LTD

LAVASTICA INTERNATIONAL
LAWGIC PTE LTD
Lee Huat Yap Kee & Co
LEELLOYDS ENGINEERING &
TRADING Pte Ltd
LEGEND MARINE TECHNOLOGY CO
LTD
LEGERO INTERNATIONAL
(HOLLAND) B. V.
LEGERO MARINE & OFFSHORE
LOGISTICS INC
LEGERO INT (OSLO) AS
LEGERO INTERNATIONAL (Singapore)
PTE LTD
LEOPARD MARINE SERVICES CO
LFA GLOBAL PTE LTD
Liberian International Ship & Corporate
Registry
Lim Kim Hai Electric Co (S) Pte Ltd
Link Instrumentation and Control Services
LINTEC TESTING SERVICES LTD
LIONEX ELECTRONICS (S) PTE LTD
LISNAVE
LISREP, LDA
Little Ferry Agencies Pte Ltd
LLOYD'S REGISTER ASIA (Busan)
LLOYD'S REGISTER ASIA (Hong Kong)
LLOYD'S REGISTER ASIA (Singapore)
LLOYD'S REGISTER ASIA (Yokohama)
LLOYD'S REGISTER EMEA (UAE)
LLOYD'S REGISTER EMEA (UK)
LLOYD'S REGISTER EUROPE
LLOYD'S REGISTER FAIRPLAY
LLOYD'S MARITIME ACADEMY
Loenen Repairs BV
Loigo Marine Supply (Estonia)
Loigo Marine Supply Vladivostok
Loigo Spare Parts Ltd
LOIPART (SEA) PTE LTD
Loipart AB
LOKIT POLYMER Pte Ltd
LOKNATH ENTERPRISE
LONGKONG MARINE ENGINEERING
(HK) CO LTD
Loo Ah Lek Peter
LOYAL MARINE MANAGEMENT LTD

LR2 Pool (Suppl)
Lubmarine (Singapore)
LUCATELLI SRL
LUCAYA ENGINEERING SERVICES
LTD
LUCIANA CARA
Lucky Dolphin Marine Services Co.
Lum Lai Siew
Luxco Co., Ltd
LYSEKILS SKEPPSHANDEL &
MEKANISKA AB
M. M. Cargo Gear and Marine Services Pte
Ltd
M.S.I.Co's
M/S MONIKA ENTERPRISE
M/S NOBEL ENTERPRISE
MACGREGOR HATLAPA GMBH & CO
CARGOTEC CHS ASIA PACIFIC PTE
LTD - MACGREGOR
Mackay Communications, Inc
MAKE FINE COMPUTER (S) PTE LTD
MAN B&W Diesel (Singapore)
MAN B&W Diesel (Denmark)
MAN Diesel & TURBO
MAN DIESEL & TURBO BENELUX BV
MAN Diesel Korea Ltd
MAN DIESEL & TURBO MIDDLE EAST
LLC
MAN DIESEL SHANGHAI Co. Ltd
MAN DIESEL & TURBO SPAIN SAU
MAN DIESEL & TURBO SE, Germany
Manjur
Mann Equipment Pte Ltd
MANOEL ISLAND YACHT YARD
MANSUETO PIEROTTI & FILHOS LTDA
MARCO LTD
MARENOSTRO
Mares Shipping GmbH
MARETEK SINGAPORE PTE LTD
MARFLEX ASIA Pte Ltd - closed
MARINAIR LIFERAFT CO LTD
Marincom Co Ltd
MARINE BRIDGE AND NAVIGATION
SYSTEMS
MARINE CONSULTANTS TRINIDAD
LTD

Marine International  Co., Ltd.
MARINE PRESS ASIA PACIFIC PTE
LTD
MARINE PRESS OF CANADA
Marine Service S.R.L.
MARINE SERVICES OF HHI
MARINE SUPPLY
MARINE SYSTEMS & SOLUTIONS
MARINE TURBO ENGINEERING LTD
MARINE & SAFETY SOLUTIONS CO
MARINELINK CONSULTANCY
SERVICES PTE LTD
Mari-Sys Pte Ltd
Maritec Engineering
MARITEC PTE LTD (HFO analyses)
MARITECH Naval Inc
Mariteksa Ship Services Co
MARITIME GLOBAL SERVICES, SL
Maritime Protection AS
MARITIME RADIO CO.
Marks Marine Radio Pvt Ltd
Martek Marine Ltd
MARTRONIC AS
MASTER MARINE PTE LTD
MASTO WIRE-SERVICE A/S
Mattina Hnos S. A.
Maurice G. Mouracade & Co
MAYR TRANSMISSION (S) PTE LTD
MCMG WORLDWIDE LIMITED
MEDI-LINK PTE LTD
MEDPOOL
Meidi-ya Co. Ltd
MELLINA AGOSTA SRL
MELROSE TRADING
MEP DECK SOLUTIONS - ex MEP
SYSTEMS
MERCANDINO SRL
MERCANTILE SHIPSTORES, S.A.
Mercury Japan Ltd.
MERSEYSIDE SHIP STORES LTD
MES TECHNOSERVICE (SHANGHAI)
Co Ltd
Mesco Limited
Messervice Srl
METEO CONSULT BV
METOS OY AB

SC1:4030693.4

Metromac Marine Automation
MHI MARINE ENGINEERING, LTD
Microcircuit Systems Pte Ltd
MICROHARD COMPUTERS LLP
MIDDLE EAST FUJI LLC
Milbros Software AS
MISHAL, S.A.
MITSUBISHI HEAVY INDUSTRIES
SINGAPORE
Mizuno Marine Co Ltd
MK-MARINE GMBH
MMC (ASIA) LIMITED
MMS Shipchandlers Co LLC
Modern Automation & Engineering Pte Ltd
MOELLER & BOETTGER GMBH
MOLLY MALONE C.A.
Moore Stephens LLP
MORE BLESSING MARINE
MORPUL, SL
MORSVIAZSPUTNIK
Maritime and Port Authority of Singapore
MS MARINE PTE LTD
MS SHIP SUPPLIERS DE MARCELO
STEFANU
MSA  S. E. Asia Pte Ltd
MSE OFFSHORE SUPPLIES PTE LTD
M-Tek Marine Pte Ltd
MULTILINK ELECTRONICS PTE LTD
MUSC, London
MUSC,Singapore
MVS Global Communications
MWU ZASHCHITA
MYPC
N&P Maritime (S.E.A) Pte Ltd
Nacomar Services Ltd
NALFLEET MARINE CHEMICALS (UK)
NALFLEET MARINE CHEMICALS
(SINGAPORE)
NAN XIANG INT Ltd
ONBOARD-NAPA LTD
NARLI LIMAN HIZMETLERI &
KUMANYACILIK
NATIONAL SHIP CHANDLERS
(NATAL), Durban
NATIONAL SHIP CHANDLERS, Cape
Town

NAUTICA LEIOA S.L.
NAVADAN APS
NAVAL ULTRASONIC, SL
NAVANTIA SA
NAVICOM ELECTRONICS CO LTD
NAVITECH SUPPLY, INC
NAVNAUTIK PTE LTD
NAVTEAM A/S
NEKO SHIP SUPPLY BV
Nelly Shipchandler
NEPTUNE SRL
Neptuns Company, LATVIA
NEUMART TECHNOLOGY PTE LTD
NEWSTEAD Technologies
NEWTECH w Gdansku
NICAD POWER PTE LTD
NICE TRADING CO LTD
NILFISK PTE LTD - ex NILFISK
ADVANCE PTE LTD
NINGBO OCEAN SHIPPING SUPPLY CO
LTD
NIPPON KAIJI KYOKAI (CHINA)
NIPPON KAIJI KYPKAI BILBAO Office
NIPPON KAIJI KYOKAI BUSAN OFFICE
NIPPON KAIJI KYOKAI DURBAN
NIPPON KAIJI KYOKAI HAMBURG
OFFICE
NIPPON KAIJI KYOKAI HOUSTON
OFFICE
Nippon Kaiji Kyokai
NIPPON KAIJI KYOKAI MARSEILLE
Nippon Kaiji Kyokai Mumbai Office
NIPPON KAIJI KYOKAI NEW YORK
NIPPON KAIJI KYOKAI NEW ORLEANS
NIPPON KAIJI KYOKAI OSLO OFFICE
NIPPON KAIJI KYOKAI (CHINA) Co Ltd
NIPPON KAIJI KYOKAI RUSSIA
NIPPON KAIJI KYOKAI Singapore
NORDESTE SHIP FORNECIMENTO
NORDIC SEA SAFE APS
NORDLINGER
NORDWEG (METALOCK)
NORGREN PTE LTD
NORIDEN TECHNOLOGIES PTE LTD
Normar Marine Service SLU
NORRI INDUSTRY PTE LTD

14

NORTH STAR SHIP CHANDLER
NORWEGIAN PARTNERS MARINE A.S
NOV-BLM - ex HYDRALIFT-BLM
NSSL Ltd (Satcom-Solutions)
NT COM UKRAINE
NWT & Co Ltd
NYBORG AS
NYROLF ENGINEERING PTE LTD
OAKWELL ENGINEERING LIMITED
OCEAN LINE LTD
OCEAN MARINE SERVICE (GROUP)
CO LTD
OCEAN MARINE SERVICE CO LTD
OCEAN MV
Ocean Products Espanola, S.L.
OCEAN RIM MARINE PL
OCEANO ELECTRICAL TRADING PTE
LTD
OCEANWIDE INTERNATIONAL
TRADING, INC.
OCS COURIER SERVICES PTE LTD
Odyssey Shipchandlers (LLC) Dubai
OFFSHORE HYDRAULICS & SUPPLY
PTE LTD
OFFSHORES MARINE SERVICE
Oiltech AB
OMAN DRYDOCK COMPANY
ONETECH SERVICES LTD
Opsis AB
OPTOCOM EQUIPTECH
ORIENTAL INSPECTION & SERVICE
CO LTD
ORION SHIPREPAIRS LTDA
OS MARINE COMPANY LTD
OSCAR MARINE SERVICES
OSS Maritime Group Pty.Ltd
OU ENK GRUPP
Oval Asia Pacific Pte Ltd
OVERSEAS MOTORS (PTE) LTD
OWMS LTD (Ost West Marine Service
LTD)
OXFORD HOTEL PTE LTD
OY SHIPSTORES NYMAN & CO lTD
P&P Korea Co., Ltd
P.T.Ribbon Supplies

Pacific Ocean Marine Industries Co Ltd -
Ocean Development
Pacific Rim Technical Instrumentation &
Systems
Pacific Central Teknik Pte Ltd
PACIFIC WEST SHIP SUPPLY CO LLC
PALL MARC COMPANY
PAMARINE PRIVATE LIMITED
PanAsia Co., Ltd.
PANDI LIQUIDADORES SRL
PAN-EUROPE SHIP SUPPLY LTD
PANTHEON SHIP SUPPLIES LTD
PARIA SHIP SUPPLIERS LTD
PASTOR-TVA D. D.
PAULO FERNANDES LTDA
PEGASUS TRADING & MARINE PTE
LTD
PELTZ MARINE, INC
PEPPERL+FUCHS PTE LTD
ENRICO PERNIS LTD SRL
PETRACARBON PTE LTD
PETRONAS MARITIME SERVICES SDN
BHD
PFC Marine Ltd
PHARMCHEM
PHILIPS 66  ex CONOCOPHILLIPS
MARINE
PRZEDSIEBIORSTWO HANDLOWO
TECHNICZNE SUPON SA
PIONEER SHIP SUPPLY INC
Pirtek Asia Pte Ltd
PIXEPLAY PTE LTD
PM CONTROL SYSTEMS Pte Ltd
PMAX ONE TECHNOLOGIES P LTD
PNEUCON ENGINEERING PTE LTD
POLARMARINE INC.
POLE STAR SPACE APPLICATIONS
LTD
Polskie Linie Oceaniczne SA
POLTRAF SP. Z O.O.
POLYREP
PORT 2 PORT MARITIME SECURITY
PORT MARINE SAFETY SERVICES
SDN BHD
POSEIDON SHIPSTORES (INDIA)
POWER RESEARCH INC.

15

PU POZ-PLISZKA SP. Z.O.O.
PPG COATINGS (SINGAPORE) PTE LTD
PRECICON D&C Pte Ltd
Prime Express Travel Pte Ltd
PRINCETON PHARMACY (S) PTE LTD
Prins Supply
PRINT ISLAND
PRISCO (PRIMORSK)
PRISCO MED
PRISCO TRAINING CENTRE
PRISCO-SWIRE PTE LTD
PROMAR S.R.L.
PROMARINE HAMBURG GERMANY
PROMED General Ship Supplier
PROMINENT FLUID CONTROLS (FAR
EAST) PTE LTD
PROSPER MARINE SUPPLIER
Proveedora De Barcos Avimar, S.A. De C.V
PROVIMAR - ALGECIRAS
PROVINAV SARL
PROVISIONES PAGAN. SL
PROVVEDITORIE NAVALI GENOVESI
SRL
PSA MARINE (PTE) LTD
Puerto Market Ship Chandlers
PUERTO Y BAHIA
Pulena
PUMPQUIP ENGINEERING Pte Ltd
The Red Dog Company
PUNG SENG CO., LTD
PUTERA RESOURCES P/L
PYRO AS
Q88.COM LLC
QCC Panama, SA
QINGDAO BEIHAI SHIPBUILDING
HEAVY INDUSTRY  CO LTD
Qingdao New Course Shipping Co Ltd
Qingdao Ocean Telecommunication &
Navigation Co Ltd
QMT INDUSTRIAL & SAFETY PTE LTD
Quality Marine Services Pte Ltd
QUA-VAC BV
QUAY CHANDLING
R&G Dekytspotter Atlantic
R. S. Stern
R.S. SRL

RADEZ DD
RADIO HOLLAND  Netherlands BV
Radio Holland Hong Kong Co Ltd
Radio Holland Belgium NV
Radio Holland Germany
RADNOY MARITIME SERVICES
RADWA MARINE SUPPLY
RAMAR-OSVALDO RAMIRES LTD
RAYSTONE INVESTMENTS (T)
LIMITED
Raytheon Anschuetz Singapore Ple Ltd
RBM Hold Solutions
REGIONAL MARINE & ENGINEERING
SERVICES PTE LTD
RUSSIAN MARITIME REGISTER OF
SHIPPING, FSI
REGS4ships LTD
RELIABLE SHIP SUPPLY, LLC
RELIANZ OFFSHORE PTE LTD
REMANEXT
Remontowa S.A. Shiprepair Yard (Gdansk)
REPFORN, FORNECIMENTOS NAVAIS
LDA
REPROBUS SL
REPROPEL, SOC. REP. HELICES, LDA
REPSOL YPF Trading y Trasporte S.A.
Research Instruments PTE. LTD.
RICH SHIP CHANDLER CO LTD
RICKMEIER GMBH
RICKYTAN.COM
Rico Pte Ltd
Rightship Pty Ltd
RIKEN KEIKI KOREA Co LTD
RISK INTELLIGENCE APS
Rivertrace Engineering Ltd
Rizhao Lanshan Ocean Shipping Supply Co.
RJA Technologies Pte Ltd
RK Instruments
RKI ANALYTICAL INSTRUMENTS
(GMBH)
RKI INSTRUMENTS, USA
ROGER INTERNATIONAL
Rolls-Royce Singapore Pte Ltd (ex Rolls-
Royce Marine S)
ROSEMOUNT TANK RADAR AB

SC1:4030693.4

ROTORK CONTROLS (SINGAPORE) PTE LTD
Rotterdam Rigging
Rovsing Dynamics A/S
ROWLES TRADING SERVICES LTD
RR WORLD FORNECEDORA NAVIOS LTDA
RS COMPONENTS PTE LTD
RS MARINE SERVICE CO., LTD
RSB General Shippliers BV
RUSH ENTERPRISE FOR MARINE SERVICE
RUSSIAN MARITIME REGISTER OF SHIPPING
Rutter Technologies Inc.
RYZA ENGINEERING
S & W ENGINEERING
S & W Supplies Services
S.G.A.E
S.M.E. Service Rotterdam (agent for Emerson Process Mgmt)
SAAB ROSEMOUNT MARINE KOREA
SABO FOAM SRL/TYCO SAFETY PRODUCTS
SAE JIN TRADING CO.
SHANGHAI SAFETEC MARINE SERVICES CO LTD
SAFETY CONSULTING BVBA
SAFETY INNOVATORS
SAGA MARNE CO LTD
SAI SD ENTERPRISES LLC
SAIFEE SHIP SPARE PARTS & CHANDLERS (LLC)
Sakhalin Energy Investment - supply
SALAMA FIKIRA INTERNATIONAL LTD
SALZGITTER MASCHINENBAU AG
SAM Electronics Nederland
Sam Electronics Japan
Sam Taihang Electronics Co., Ltd
SAMA INTERNATIONAL SHIPCHANDLER CO LTD
SAMDUK HI-TECH CORP
SAME SHIPSUPPLIERS SL
SAMGONG CO LTD
SANITERM AS

SAS GHESQUIERS JPG
SATCOM GLOBAL PTE LTD ex Horizon Mobile
Saybolt (Singapore) Pte Ltd
SCAMP LIMITED
SCANA KOREA HYDRAULIC LTD
SCANA SINGAPORE PTE LTD
Scandia GEAR EUROPE BV -ex Stores B.V.
SCANDIESEL S.R.L.
Scandinavian Boiler Service (S) Pte Ltd
SCANPRO PACIFIC P/L
Scantech Inc
SCHALLER AUTOMATION Pte Ltd
SCHAT HARDING PANAMA INC
SCHNEIDER ELECTRIC SINGAPORE PTE LTD
SCIENTIFIC INSTRUMENTS ASIA PTE LTD
SCIGATE AUTOMATION (S) PTE LTD
SCOTTY GROUP AUSTRIA GMBH
SEA AND LAND TECHNOLOGIES PTE LTD
SEA CONTRACTOR (S) PTE LTD
SEA PEARL INTERNATIONAL
SEA SAFETY INT INC
SEA SAFETY SERVICES, INC
SEA SERVICE SRL
SEA SERVICES (2002) LTD
SEA TRADE SERVICES SRL
SEABORNE LTD
Seabridge  Int Shipping Inc., St. John
SEAGULF MARINE INDUSTRIES
SEAGULF MARINE INDUSTRIES INC
SEAKRAFT DESIGN SERVICES
SeaTec Engineering Pte Ltd
SeaTec Worldwide Ltd (Isle of Man)
SEAWAVE SUPPLY COMPANY
SEAWAY MARINE TRADING B.V.
SEHONG CO LTD
Seiho Machinery & Electric Co. Pte. Ltd.
SEIL SERES SINGAPORE PTE LTD
SEKI MARINE SERVICE CO., LTD
Selex Communications Ltd
SENSORTECHNICS GMBH
SENTAI TRADING LIMITED

17

SEOHAE MARINE SYSTEM CO LTD
SEOWON TECH ex Serim Co Ltd Ex
FLOW MAX SERVICE ex FMS
SERDIJN SHIP REPAIR BV
SERES - UK (PHIPPS (GROUP) LTD)
SERES ENVIRONNEMENT SAS
SERVAUX SAFETY & SHIP SERVICE S4
SEVEN SEA MARINE SUPPLY CO LTD
Seven Seas Electronic Co., Ltd
SEVEN SEAS MARINE SERVICE CO.,
LTD
Seven Seas Shipchandlers [S0524]
Seven Seas Shipchandlers LLC
SGS Testing & Control Services Singapore
Pte Ltd
SHANGHAI BLUE EAGLE MARINE CO
LTD
SHANGHAI DEXIE ENGINEERING
EQUIPMENT CO LTD
SHANGHAI FENG CHANG SHIPPING
ENG. CO., LTD
SHANGHAI HUILI
SHANGHAI MINGYU MARINE
SERVICES
SHANGHAI OCEAN MARINE SERVICE
Shanghai Sure-Safe Equipment Co., Ltd
Shank International Pte Ltd
Shell Lubricants (Russia)
Shell Marine Products Ltd
Shell Trading (UK) Supply
SHENTON PHARMACY PTE LTD
SHINDONG DIGITECH CO LTD
Shinwoo Engineering & Industry
SHIP & INDUSTRIAL SUPPLIERS NV
Ship Abidjan Services
SHIP GUARD INC
SHIP SUPPLY OF FLORIDA
SHIPMATIC SINGAPORE PTE LTD
SHIPS BOND SUPPLIERS LTD
Ships Supplies and Services 3S
ShipServ Asia Ltd
SHM SHIPCARE PTE LTD
SHUNJIE MARINE SERVICE
State Institution Arctic and Antarctic
Research Institute
SIEMENS PTE LTD

SIGO MARINE RUSSIA (ST-
PETERSBURG)
SIGO MARINE, ODESSA
SIKA DR. SIEBERT & KUHN GMBH &
CO
SIMPLEX MARINE SERVICES Pte Ltd
SIMSEKLER GENERAL SHIP
CHANDLERS
SIN KOWA PTE LTD
SINCO TRADING (S) PTE LTD
Singapore Maritime Foundation
Singapore Test Services Pte Ltd
Singatac Engineering Pte Ltd
Singha Marine Services Ltd., Part
SINGTEL
SINWA (GUANGZHOU)
SINWA (QINGDAO)
SINWA MARINE SERVICES
(SHANGHAI) CO
SINWA OFFSHORE Pte L, Brisbane
SINWA OFFSHORE Pte L, Singapore
SKANDIA MARINE PTE LTD
Skipper Electronics
SLEIMAN GHANEM
SLS BEARING (S) PTE LTD
SMART ONE
SMAXON ELECTRONICS PTE LTD
SMD Telecommunications CC
Aalborg Industries Inert GAS SYSTEMS
SMITHERS RAPRA TECHNOLOGY LTD
SOL SOLUTION, LTD (ex N.M.C. CO.,
LTD)
SOLAS INT PTE LTD
SOLAS MARINE SERVICES EST
Solutia Aircon & Engrg Pte Ltd
SOSEPA SHIPCHANDLER
Southern Cross Marine Suppliers
Southern Marine Supply
SOUTHERN SAFETY AND SHIP
SUPPLY
SOUTHLAND BATTERY ASSOC., LLC
SP Services
SPENCER MARINE INTERNATIONAL
SPENCER OCEAN SERVICES FS INC
SPERRE ASIA Pte Ltd
SPERRE INDUSTRI AS

Northrop Grumman Sperry Marine (S) Pte
Ltd
Singapore Press Holdings Limited
SPH Ltd
SPM Instrument (Asia) Pte Ltd
SSC Ltd., Novorossiysk
ST Shipping and Transport
Standard Tankers Bahamas LTD
STAPEM TECHNO OIL
INTERNATIONAL LLC
Star Marine Engineering Co Ltd
STAR MARINE INTERNATIONAL
STARTWELL ENGINEERING UK LTD
STATIONERY WORLD (S) Pte Ltd
StatoilHydro ASA (Suppl)
S-TECH ENGINEERING CO LTD
STIROM SRL
STOP SA
STS SENSORTECHNIK SIRNACH AG
STT International Limited
STX ENGINE CO LTD
STX SERVICE SINGAPORE PTE LTD
SUCCESS SHIP SUPPLY AND TRADING
Sudo Mech Supply
SUDOMECH SUPPLY LTD
SUISCA - LAS PALMAS
SUMINISTROS MARITIMOS DEL
NORTE SL
Sun Cruiser Pte Ltd ex LTK Motor Launch
Service
Sundet Lodseri
SUNLEE HONG ENGINEERING &
SUPPLY CO LTD
Sunoco Inc
SUNSHINE SHIPPING
Sunshine Shipping Service Co., Ltd
Suntec City Development P L
SUPMAR ZBIGNIEW MICHTA
SUPPLY MARINE
SVEMIR SHIPPING SERVICES
SVL Singapore Services
SWIRE Pacific Offshore
Systhesis Engineering (Group) Pte Ltd
T.S.E. SHIP CHANDLER LTD
Tae Eun Industries Co., Ltd
TAIFUNS & CO - Berliner Gruppe LLC

TALLERES INDUSTRIALES S.A.
TAMROTOR MARINE COMPRESSOR
Tanker Vetting Service Ltd
TANKTECH CO LTD
TAX FREE COM IMP EXP LTDA
Tay Sin Hock John
Teamtalk/Information Management
Consultants
TEAMTEC A.S.
Techcomplect
Techmarine Hydraulic & Engineering Pte
Ltd
Technique Marine Services Pte Ltd
Techno Fibre (S) Pte Ltd
TECHNO FIBRE CHINA LTD
TECHNO MARINE (S) PTE LTD
TECHNO FIBRE MIDDLE EAST
MARINE SERVICES FZE
Technotrading
TECHSERVICE SPB LTD
TECK-SKOTSELV AS
TECNI A BORDO C.A.
Teco Chemicals
TECO MARITIME FAR EAST PTE LTD
Teco Marine (LLC)
Teco Maritime AS
TEFON OILFIELD
TEKNIK MASKINSYSTEMER PTE LTD
TELESOURCES
Teligraph Business Systems Pte Ltd
Terasaki Electric Co (F.E.) Pte Ltd
TESEIN SA
TESORO FAR EAST MARITIME
COMPANY (SUPPLY)
Tesoro Refining and Marketing Company
TEXAS SHIP SERVICES
THAMESIDE FIRE PROTECTION Co Ltd
The Export-Import Bank of Korea
The Management Corporation
Themys SAS
Thian Tai Cheong
Thomas Gunn Navigation Services
THORNE & DERRICK
TIANJIN DEEPBLUE OFFSHORE &
SHIP SERVICE CO LTD
TIANJIN SINWA SHIP SUPPLY CO LTD

19

TIJIT Pte Ltd
TK DIESEL CO LTD
TNS Asia Pacific Pte Ltd
TNT EXPRESS WORLDWIDE
(SINGAPORE) PTE LTD
TOKIMEC INC
Toolsedge Pte Ltd
Torgmortrans
TORM, SUPPLIER
TORMARINE - IMP & EXP, LDA
Tornado Shipping
Toshiba Data Dynamics Pte Ltd
TOTAL ACTIVITIES MARITIMES
Wartsila Automation Services S-ex Total
Automation Pte. Ltd.
Total Marine Supply & Logistics P/L
TPL TECHNOLOGY PTE LTD
Tractors Singapore Limited
TRAFALGAR OIL LTD
Transas Limited
TRANSAS MARINE PACIFIC PTE LTD
TRANSAS TELEMATICS LTD
TRANSIMPEX BURGAS
TRANTER INT AB
Treetops
TREYS PTE LTD
TRICOM MARINE & FIRE SERVICES
PTE LTD
Trident Safety Services BV
Triton Diving Services Ltd
TRITON SHIP SUPPLIER SA
Triton Subsea Logistics Ltd
TRU-MARINE Pte Ltd
THE TRUST COMPANY OF THE
MARSHALL ISLANDS
TTS KOCKS GMBH
TTS MARINE CRANES AS
TTS SINGAPORE PTE LTD
Turbine Works Ltd.
TURBINEN-UND MOTOREN-SERVICE
GMBH
TURBO CADIZ, SL
TURCK SINGAPORE PTE LTD
TUUKRITOODE OU
U. S. Customs & Border Protection
U-chang International (UCI Marine Co ltd)

UK SHIP STORES & LOGISTICS LTD
Ulsan Marine Service Co Ltd
ULSTEIN BELGA MARINE SERVICES
UMA MARINE INT'L
UMC INTERNATIONAL (SE ASIA)
UMC INTERNATIONAL PLC
Umoe Schat-Harding, S.L.
UNDERWATER CONTRACTORS SPAIS,
SL
UNDERWATER SHIPCARE Pte Ltd
Uni Gerate
UNICELL INTERNATIONAL PTE LTD
Unicorn Marine Industrial Corp.
UNIMARS DUTY-FREE SUPPLY LTD
UNIMASTER SHIPPING SERVICES
UNISCAN (Singapore)
UNITAC SHIPCHANDLER CO LLC
UNITED FIRE & SECURITY FZC
UNITED MARINE SERVICES
United Parcel Services
UNITED SHIPCHANDLER, S.L.
UNITED STORES S.L.
United Maritime Suppliers Inc
United-Safety Technology Consulting
Services Co.Ltd
UNIVERSAL MARINE SERVICE CO
LTD
UNIVERSAL MARINE MEDICAL
SUPPLY CO
URECON AUTOMATION PTE LTD
UT TECHNOLOGIES PTE LTD
United World College of S.E.Asia
V8 SUPPLY Pool - NAVIG
VALPARAISO SHIP SERVICES SA
VALVECO - TECHNICAL SHIP SUPPLY
LTD
Valveco International BV
VALVECO TECHNICAL SHIP SUPPLY
LDA
Van West-Holland
VANCOUVER LIFERAFT & SAFETY
INC.
Vanguard Composite Engineering Pte Ltd
Vanguard Interiors Pte Ltd
VANPORT SHIP SUPPLY INC
Vensemar

20

VESSEL NEEDS SAC
VETS SHIPSTORES NV
VFR Marine Safety GmbH
Victor Marine Limited
VICTOR PYRATE
Victor Ship Chandlers
Videotel Marine International Ltd
Videotel Marine Asia Limited
VIKI Engineering Pte Ltd
VIKI MARINE SUPPLIES SRL
VIKING LIFE-SAVING EQUIPMENT
(AMERICA) INC
Viking Life-Saving Equipment Trading
(Shanghai) Co., Ltd
VIKING ENGINEERING PTE LTD
VIKING LIFE-SAVING EQUIP SPAIN
Viking Life-Saving Equipment Estonia AS
VIKING LIFE-SAVING Durban
VIKING LIFE-SAVING EQUIPMENT BV
Viking Life-saving equipment Pte Ltd
VIKING LIFE SAVING (UK)
Viking Life-Saving Equipment (SA) Pty.
Ltd
VIKING LIFE-SAVING EQUIPMENT
UAE A/S
Vistamar Ltd
VN PUMPEN GMBH & CO. KG
VP MARINE EQUIPMENT
VR MARINE ELECTRONICS SRL
VRONTADO MARINE SERVICES
VTE-Filter GMBH
W.H. BRENNAN & CO Pte Ltd
Walter Hiltebrand Marine Services Ltd
Wang Fu Industry (Pte) Ltd
WARSASH MARITIME ACADEMY
WARTSILA PUMPS - ex Hamworthy
Singapore
WARTSILA HAMWORTHY INC
Wartsila, Busan
Wartsila, Norway /SINGAPORE
Wartsila, Singapore
Wasaly Spring Mattress Manufacturer Pte
Ltd
WCP ENGINEERING & TRADING PTE
LTD

WEATHERALL Equipment and
Instruments Ltd
Welcome Home Property Mgt Svcs
Welmet Engineering Pte Ltd
WENZEL MARINE TRADING & CONS
(ASIA PACIFIC) PTE LTD
WESCOT INDUSTRIES PTE LTD
West Coast Industries Pte Ltd
WEST COAST SHIP SUPPLY, California
WEST MARINE ENGINEERING P/L
Westfalia Separators
WIKA INSTRUMENTATION PTE LTD
WILANT MARINE SUPPLY
WILDEW COMPANY LTD
Wilhelmsen Ships Service (ex Barwil
Unitor)
Willem Pot
WILLIAMS & WELLS CO
Williamson Marine Service Limited
WILSON WALTON (PORTUGAL) ANTI-
CORROSIVOS
WILSON WALTON CORRPRO KOREA
Windsor Marine Pte Ltd
WING POH HARDWARE PTE LTD
WINNERS MARINE CO LTD
WINTER SEASON PORT CAPTAINS
Witherby Seamanship International Limited
WORLD SHIP SUPPLY (MOBILE), INC
World Ship Supply, Inc (Louisiana)
World Ship Supply (Texas)
WORLD WIDE OFFSHORE & SHIP
SUPPLY
Worldstar Enterprises International Limited
WRIST Ship Supply (Aalborg)
WRIST EUROPE (MARSEILLE) SAS
WRIST EUROPE INTERSHIP SRL
WRIST FAR EAST (SINGAPORE) PTE
LTD
WRIST USA HOUSTON
WRIST,Sharjah
Wrist-Kooyman Ship Supply B.V.
WSK INTERNATIONAL SP ZOO
WWW.3605buy.com
XINHUI XIJIANG GUANGSHOU OIL
CLEANING CO LTD
Y.C. Ship Chandlers

Y/Y Courier Services
Yellow Pages (Singapore) Limited
YEO-SONG ELECTRONICS CO
Yew Yoon Yip Mannaseh
YIKANG MARINE SERVICES CO, LTD
Yokosin Marine Co. (Pte) Ltd
YUAN HUA TECHNICAL & SUPPLY
CORP
Yue Cheong Trading
YUEQING ZHONGMING ELECTRIC CO
LTD
ZENITEL MARINE ASIA Pte Ltd
Zerssen ESS GMB
ZHENGDA ENTERPRISE Pte Ltd
ZHONGSHANWI VIA PAYPAL
ZHOUSHAN HAITONG OCEAN
SHIPPING SUPPLY CO., LTD
ZHU HAI YAHANG SUPPLY CO LTD
ZIRCON ENGINEERING PTE LTD
Zone Telecom Pte Ltd
ZORA PACIFIC GROUP LTD

**Agents**
A. Willard Ivers, New Orleans
A. Willard Ivers, New York
A.M. CONDEMINAS CADIZ ,S.A.,
Algeciras
AARI
AARUS, Algeciras
AARUS, Barcelona
AARUS, Bilbao
AARUS, Tarragona
Abran Junub Shipping & Commercial
Services Co Ltd.
ACACIA MARITIME SARL, Mohammedia
Aduanera Colombiana S.A.,Barranquilla
Aduanera Colombiana S.A.,Buenaventura
Aegean Bunkering (JAM) Ltd
AFONSO H. O'NEILL & CA. SETUBAL
AFONSO H. O'NEILL & CA., LDA
Afrimarine a.s. Kamsar
Afritramp (Freetown)
Afritramp (General office Paris)
Afritramp Douala
Afritramp, Senegal
Afritramp,Abidjan

Afritramp,Conakry
Afritramp,Harcourt
Afritramp,Libreville
Afritramp,Lome
Afritramp,Monrovia
Afritramp,Pointe Noire
Afritramp,Port Gentil
Afritramp,Tema
Agemar Agency,Bajo Grande
Agemar Agency,Bissau
AGEMAR MARITIME SERVICES, LTD
Agence Maritime Delpierre BV,Antwerp
Agence Maritime Delpierre BV,Rotterdam
Agence Maritime Delpierre SA, Le Havre
Agence Maritime Delpierre SA,Donges
Agence Maritime Delpierre SA,Dunkirk
Agence Maritime Delpierre SA,Port de
Bouc
Agence Maritime du Rond Point du
Pacifique
Agence Maritime Vigneron
Agencia Ernesto Vargas SA
Agencia Guzman Y Cia.S.A. De C.V
Agencia Maritima Artiach Zuazaga, Bilbao
AGENCIA MARITIMA DULCE SA
Agencia Maritima Genesis SAC
Agencia Maritima Granel
Agencia Maritima Marina, SA De CV
Agencia Maritima Nabsa S.A.
AGENCIA MARITIMA ORION LTDA
Agencia Maritima Rio Grande Ltda
Agencia Maritima Transcar Ltda
Agencia Maritima Tranship
AGENCIA MARITIMA
TRANSHISPANICA
AGENCIA MARITIME CARGONAVE
LTDA
Agencia Rojas Vela Y ASOC S.A. De C.V.
Agencia Selinger
AGENCIAS MARITIMAS AGENTAL
LTDA
Agencias Navieras B&R
AGENCIAS UNIDAS SA
Agensi Perkapalan Gm, Pasir Gudang
Agensi Perkapalan Gml Sdn Bhd
AGRI PORT SERVICES

AHLERS BRIDGE
AHZ Shipping Lines
Air Sea Broker
Akmar Shipping
Al Omran International Maritime Agencies
ALASKA MARITIME AGENCIES
Albaharia Shipping Co, Alexandria
Alessandro Archibugi & Figlio Srl
Alfa Omega Star
Alfaship Internacional S.A. - Barcelona
ALFASHIP- LAS PALMAS
ALFASHIP Tarragona
Alfaship Tenerife
Algeciras Strait of Gibraltar Shipping, Algeciras
Algeria Agency
All OverSeas Ltd, Ventspils
ALLIANCE SHIPPING SERVICES CO., LTD
ALLSHIPS-Agencia De Navegacao, LDA
Almar Services
al-marfa shipping/woship ltd
ALMERO-AGENCY
Almoayed Barwill Ltd
Almoayed Wilhelmsen Ltd Bahrain
Alpemar Shipping Agency
Alvargonzalez, S.A.
Alvis Co Ltd., Odessa
AMAGENCY
AMARVEN
Amtriestina srl, Trieste
ANT. TOPIC S.R.L. Trieste
Anthurium Management Inc
ANTON, MARTIN (SHIPPING) S.L., FERROL
Aramis Shipping Agency Limited
Arctic Tanker Shipping Agency
Argocean S.A - Buenos Aires
ARGOCEAN S.A.
Aries Shipping Agency S.R.L.
ARNOLD L. MALABRE & CO LTD
ARUNDEL TRADING CORP
ASAN INTERNATIONAL LTD
Ashtar Marine Agencies (SL)
Asia Pacific STS lightering Co pte Ltd
ASTRALSHIP CORPORATION LIMITED

Astramar Shipping Ag, Primorsk
Astramar Shipping Agency
Astramar Shipping Agency, Klaipeda
Astramar Shipping Agency, Tallinn
ATHENA SHIPPING
Atlantic Maritime Agency
Atlantic Shipping  Agency Pvt Ltd, Mumbai
Atlantic Shipping Pvt Ltd
ATLAS BALTIC LTD
Atral S.A.
AUG BOLTEN WM  MILLER'S NACHFOLGER GMBH & CO
August Leffler,Brofjorden
August Leffler,Gothenburg
AUSTEN MARITIME SERVICES PTE LTD
Australian Tankships Agency Pty Ltd
AV Shipping Pte Ltd.
B&G Maritime S.A., Buenos Aires
B&G Maritime S.A., San Lorenzo
B.F.K. Trade & Shipping Co. Ltd (Piraeus)
BAHIA TANKERS AG. MARITIMA LTDA
Balt Dutch Rotterdam (currently known as Steder Group B.V.)
BALTIC MARINE SERVICE LTD, Klaipeda
BALTIC MARINE SERVICES TALLINN
BALTIC MARINE SERVICES VENTSPILS LTD
Baltic Marine Services, St. Petersburg
BALTIC MARINE SERVICES, TALLINN
Banchero Costa & C. Agenzia Marittima s.p.a
Banchero Costa & Co. SRL,Genoa
Bando Shipping Co. Ltd.
Barwil (Baasher) Agencies Ltd
BARWIL (SETE), FRANCE
Barwil Agencies (Australia),Cossack Pioneer
Barwil Agencies (Australia),Geelong
Barwil Agencies (Australia),Sydney
Barwil Agencies (India),Kandla
Barwil Agencies (Indonesia),Dumai
Barwil Agencies (Iran),Bandar Abbas
Barwil Agencies (Lebanon), Beiruit

23

Barwil Agencies (Malta),Marsaxlokk
Barwil Agencies (Pakistan),Port Muhammad
Bin Qasim
Barwil Agencies (Saudi Arabia),Jeddah
Barwil Agencies (Saudi Arabia),Jubail
Barwil Agencies (Saudi Arabia),Ras Tanura
Barwil Agencies (Ukraine),Odessa
Barwil Agencies (USA)
Barwil Agencies (USA), New Orleans
Barwil Agencies (USA),Corpus Christi
Barwil Agencies (USA),Freeport
Barwil Agencies Australia Pty Ltd- Dampier
Barwil Agencies Poland Ltd, Sopot
BARWIL AGENCIES S.A, PANAMA
BARWIL ALGERIA SPA, ARZEW
BARWIL BENELUX B.V./UNITOR SHIP
SERVICE B.V.
Barwil Egytrans Shipping Agencies SAE,
Egypt
BARWIL KNUDSEN,Leixoes
BARWIL KNUDSEN,Lisbon
BARWIL KNUDSEN,Sines
Barwil Pomme Agences Maritimes
Barwil Siracusa
Barwil Unitor Ships Services (Batumi)
Barwill Novorossysk Ltd( Wilhelmsen Ships
Service)
Barwill Unitor Ship Services (Dubai)
BASDEN AGENCIES, INC
BELSU AGENCY
BEN LINE AGENCIES (HONG KONG)
LTD
BERGE MARITIMA SL, FERROL
Bertel Shipping Co., Inc
Besora,Bata
Besora,Malabo
Betraco-International S.A.
Biehl & Co. Inc., New York
Biehl & Co. Inc.,Corpus Christi
Biehl & Co., L. P. ( M ) - Mobile
Biehl & Co., LP
Bill Lukowski Steamship Agency
BLUE STAR COMPANY (BUENOS
AIRES)
BLUE WAVE SHIPPING AGENCY, LLC

BLUESEAS MARITIME SERVICES NIG
LTD
BODDEN SHIPPING AGENCY LTD
Bolten
BOMINFLOT S.A
Bonyad Shipping Agencies
Bothra Shipping Services
BOUTROS GLOBAL
BOUTROS MARITIME AND
TRANSPORT SA
BowTech Maritime Consultancy Inc.
Boyd Steamship
Brofjorden Ship Agency AB
Bulk Maritime Agencies B.V., Rotterdam
BULK SHIP & TRADE LTD
Bura Ltd Rijeka Enterprise for maritime
services
Burger Port Agencies GmbH, Hamburg
BURGER PORT AGENCIES,
AMSTERDAM
Burger Port Agencies, Le Havre
Burger Port Agencies,Antwerp
Burger Port Agencies,Rotterdam
BURKE SHIPPING
C.B. Fenton & Co., SA
CAMBIASO & RISSO AGENZIA
MARITTIMA TRIESTE
CAMBIASO & RISSO SRL GENOA
(AGENZIA MARITTIMA)
CAMBIASO & RISSO SRL -SICILY
(AGENZIA MARITTIMA)
Canadian Maritime Agency Limited
Candimar Limited
CANEGA SHIPPING SERVICES
Capes Shipping Agencies
CAPES SHIPPING, New Jersey
CARGILL
Caribbean World Wide Shipping Service
Agency SA, Cartagena
Caribbean Worldwide Shipping Agency
S.A. (Caribbsa)
Carlbom Shipping Ltd
CARMELO CARUANA COMPANY LTD.
Carolina Shipping Company L. P. ( M ) -
Charleston
Carolina Shipping, Wilmington NC

24

Cartagena Maritima SA
Catoni & Co.
CBG Agency
Century Total Logistics Sdn Bhd
Chafford Service Centre
CHINA DALIAN OCEAN SHIPPING
AGENCY (PENAVICO)
CHINA MAOMING OCEAN SHIPPING
AGENCY SHUIDONG
CHINA MARINE SHIPPING AGENCY
CHINA MARINE SHIPPING AGENCY
GUANGDONG
China Marine Shipping Agency Guangdong
Co., Ltd
CHINA MARINE SHIPPING AGENCY
GUANGDONG HUIZHOU
China Marine Shipping Agency Jiangsu
Jingjiang Co., Ltd.
China Marine Shipping Agency Jiangsu
Taizhou Co., Ltd
China Marine Shipping agency Nantong
Company Ltd
CHINA MARINE SHIPPING AGENCY
NINGBO CO., LTD
China Marine Shipping Agency Shandong
Co Ltd
China Marine Shipping Agency Shandong.
Co Ltd
China Marine Shipping Agency, Zhanjiang
Co., Ltd
China Marine Shipping Agency, Zhuhai
CHINA MARINE SHIPPING
AGENCY,Ningbo
CHINA MARINE SHIPPING ZHOUSHAN
China Merchants Ocean Shipping Agency
CHINA OCEAN SHIPPING AGENCY
(YINGKOU)
China Ocean Shipping Agency
China ocean shipping agency (Penavico
Guangzhou)
China Ocean Shipping Agency Dandong Ltd
China Ocean Shipping Agency Penglai.
CHINA OCEAN SHIPPING AGENCY
TAIZHOU
CHINA OCEAN SHIPPING AGENCY
ZHANGZHOU

China Ocean Shipping Agency,
Lianyungang
China Ocean Shipping Agency, Zhoushan
China Ocean Shipping Agency,Rizhao
CHINA PORTS INT SHIPPING AGENCY
LTD, ZHOUSHAN
CHINA PORTS INTERNATIONAL
SHIPPING AGENCY LTD. ZHANJIANG
BRA
China Ports Int'l Shipping Agency Ltd.
(Shanghai)
China Sailing (Tangshan) Int Shipping
Agent Co., Ltd.
China Shipping Agency (Ningbo) Co., Ltd
China Shipping Agency (Zhoushan) Co
China Shipping Agency, Shenzhen
CHINA SHIPPING AGENCY, XIAMEN
China Shipping Agency, Zhanjiang Co., Ltd
China Shipping Agency,Guangzhou
China Shipping Agency,Longkou
China Shipping Agency,Qingdao
China Shipping Agency,Tianjin Xingang
Cholsin Maritime Services Ltd
CHRISTOPHERSEN S.A.-SHIPPING
ORGANIZATION
Cincotta Shipping Agency, Cagliari /
Sarroch
CK SHIPPING/PT Cahaya Karangetang
Abadi
Clarkson Shipping Co. - Egypt
Colonial Marine Industries, Inc. (Savannah)
Comercio E Navegacao E. Batista Ltda.
CONCORD SHIPPING AGENCY
Cone Sul Agencia de Navegacao Ltda
Consignataria - Havana
CONSULMAR MARINE
SERVICE,Algeciras
CONSULMAR MARINE
SERVICE,Castellon de la Plana
Consult Navigation Agency
Correa Agencia Maritima, Bilbao
Correa Agencia Maritima,Algeciras
CORY BROTHERS SHIPPING AGENCY
(FELIXSTOWE)
Cory Brothers Shipping Agency Limited -
Southampton

Cory Brothers Shipping Agency Ltd - Teesport
CORY BROTHERS SHIPPING SINGAPORE
CORY BROTHERS, GRANGEMOUTH
CORY BROTHERS, Immingham
CORY BROTHERS, MILFORD HAVEN
Cory Brothers,Tilbury
COSMOS Agencia Maritima, Pisco, Peru
CUL de SAC AGENCIES LIMITED
CYGNUS MARINE SERVICES (CYGMAR)
D. Hill Shipping Services Limited
DADDO Maritime Services Ltd., Lagos
DAITO CORPORATION, CHIBA BRANCH
Dalian Herald Shipping Agency Co., Ltd
DALIAN OCEAN FAVOR INT SHIPPING AGENCY
Dammers Shipagencies Inc
DANNEBROG REDERI AS
De-Kastry Maritime Agency Co.Ltd.
Delaware Valley Marine Inc. Agency
DELO SHIPPING AGENCY, NOVOROSSIYSK
Devi Shipping Agency
DIAMOND SHIPPING SERVICES (PVT) LTD
Dolphin Servicios Portuarios S.A.C.
E. Erhardt y Cia, SA,Bilbao
Ebony Ship management PTE ltd
ECONOMOU INT SHIPPING AGENCIES
Economou International Shipping Agencies Ltd - Athens
ECONOMOU SHIPPING AGENCIES LTD, CYPRUS
EGYPTIAN EUROPEAN MARITIME CO
Elica Srl
ELMECO AGENCY LEBANON
ELNET MARITIME
Empire Shipping Agency Limited
EMPRESA MARITIMA DEL SUR SAC
Erhardt Mediterraneo S.L., Marmedsa Group, Cartagena
Essabiri Shipping SARL
ESTMA LTD

ESTMARE LOGISTIKA
EU Sons Philippines
Eurasian Maritime Corporation
Euro Shipping Ltd
EUROGYPT
Europa Point Shipping Agency S.L.
EVERFORTUNE AGENCY
Executive Shipping Services (India) Pvt Ltd
EYETHU SHIPS AGENCIES (PTY) LTD
F.K. WARREN LTD
Falck Shipping A/S
FALCON LOGISTICS JSC
Famous Shipping Agency Co., Ltd.
Femtrans Co.Ltd  Nakhodka
Ferm & Olsson Brofjorden AB
Ferm & Olsson Stenungsund AB
Ferrari Shipping Agency, Martigues
Fertimport S.A. San Lorenzo
FERTIMPORT S.A., Rio Grande
Fillette Green Shipping Services, Houston
FIUMICINO SHIPPING AGENCY SRL
Fortune Travel Pte Ltd, Singapore.
Frachtcontor Junge & Co. GMBH ,Wilhelmshaven
Frachtcontor Junge,Antwerp
Frachtcontor Junge,Rotterdam
FRANIG International Ltd
Fujian Huahui International Shipping Agency Co., Ltd.
G. Feron - E.De Clebsattel
Gac - OBC  Thames
GAC - OBC, Teesport
GAC (SINGAPORE) PTE LTD
GAC ANGOLA
GAC DO BRAZIL LTDA
GAC FINLAND OY, PORVOO
GAC FORWARDING & SHIPPING (SHANGHAI) LTD
GAC KANDLA
GAC Marine Service (Pvt) Ltd
GAC MARINE SERVICES (PVT) LTD
GAC Netherlands Ltd, Rotterdam (ex-OBC)
GAC NORTH AMERICA
GAC- OBC, Grangemouth
GAC -RUR (NEW YORK)
GAC RUR, Corpus Christi

26

GAC Shipping & Cargo Systems (Phil) Inc
GAC SHIPPING & LOGISTICS LTD
GAC SHIPPING (INDIA) PVT LTD -
JAMNAGAR
GAC SHIPPING (UK) LTD
GAC Shipping (USA) Inc.,  Philadelphia
GAC SHIPPING (USA) INC.,
SAVANNAH
GAC Shipping (USA), Inc -Pascagoula
GAC Shipping and Logistics, Taman
GAC SHIPPING INDIA PVT LTD
GAC Shipping SA Pty Ltd (Cape Town)
GAC SHIPPING SA, PIRAEUS
GAC SHIPPING USA
GAC Shipping, Durban
GAC TURKEY, ISTANBUL &
MARMARA AGENCY DEPARTMENT
GAC Ultramar Network, Uruguay
GAC-Elnet Maritime Limited
GAC-Kudrat Malaysia Sdn BHd
GAC-Kudrat Malaysia SDN BHD, Klang
GAC-Maxmarine
GAC-OBC Felixstoxe
GAC-OBC Thames
GAC-ORO, Mongstad
GAC-RUR AGENCY, PT. EVERGLADES
GAC-ULTRAMAR NETWORK CHILE
GAC-Ultramar Network Peru
GAC-WILSON SONS
GENERAL STEAMSHIP CORP., LTD
General Steamship Corp., Ltd  (Anacortes)
General Steamship Corp., Ltd  (San-
Francisco)
General Steamship Corp.,Seattle
General Steamship Corporation, New
Orleans
GENERAL STEAMSHIP LONG BEACH
General Steamship, Los Angeles
GERMA SHIPPING & STEVEDORING
CO.
GETMA COTE D'IVOIRE
GETMA INTERNATIONAL
Getma, Gabon S.A.
Gibport Services Limited, Gibraltar
GIBUNCO SHIP AGENCY

GL PILOT AND TUG SERVICES PTE
LTD
Global Agency Company, Angola
GLOBAL AGENCY COMPANY, Gibraltar
Global Agency Company,Fujairah
GLOBAL ALLIANCE SHIPPING CORP,
SEOUL
Global Enterprise Corporation, Tokyo
Global Ocean Shipping Agency, Longkou
Global Star Shipping BV
Global United Ltd, Freeport
Godspeed Marine Agency Ltd., Limassol
GRANELSA, Guatemala
Graypen Limited  Avonmouth
GRAYPEN LIMITED - PORTLAND
GRAYPEN LIMITED, Immingham
GRAYPEN LIMITED, MERSEY OFFICE
GRAYPEN LIMITED, Milford Haven
Graypen Limited, Thames
GRAYPEN LIMITED,Fawley
GRAYPEN LIMITED,Liverpool
GRAYPEN LIMITED,Plymouth
GRAYPEN LIMITED,Teesport
GRAYPEN LTD, GRANGEMOUTH
GREENLINK MARITIME SERVICES
LIMITED
Grieg Logistics,Stura
Griffin Travel Pte Ltd
GRINDROD SHIP AGENTS,
MOZAMBIQUE
GSMarine Agencies Pte Ltd
Guangdong Sealand Express International
Shipping Agency
Guangzhou Circle International Shipping
Agency  Co.Ltd.
GULF AGENCY AND SHIPPING
(NIGERIA) LTD
Gulf Agency Co (Dubai) LLC
Gulf Agency Co (Egypt) Ltd
GULF AGENCY CO (JUBAIL)
GULF AGENCY CO (OMAN) LLC
GULF AGENCY CO [CYPRUS] LTD
GULF AGENCY CO ABU DHABI
Gulf Agency Co., Yemen
Gulf Agency Company (Australia) Pty lTd
Gulf Agency Company (Egypt) Ltd

GULF AGENCY COMPANY (HONG KONG) LTD
GULF AGENCY COMPANY (NOVOROSSIYSK) C.J.S.C.
GULF AGENCY COMPANY (THAILAND) LTD
Gulf Agency Company, Istanbul
Gulf Agency Company, Yanbu
Gulf Agency Company,Ras Tanura
Gulf Harbor Shipping, Houston
Gulf Harbor Shipping, LLC, Corpus Christi
Gulf Harbor Shipping, LLC, New York
Gulf Harbor Shipping, New Orleans
Hagland Agency AS (Karsto)
Hai lien Navigation Agencies Co ltd.
Hamadah Shipping Services LTD
HAMILTON SHIPPING DUBLIN
Hanaro Agency & Marine Service Co., Ltd.
Hanii International Corporation (HICO SHIPPING)
HANSEN INTERNATIONAL AGENCY CO LTD
Hanza Marine Management Ltd.
Harms Cia Ltd
HARRISONS TRADING (SARAWAK) SND BHD
HARVEST-YEAR SHIPPING AGENCY LTD
Heisei Shipping Agencies Ltd
Hesselby Shipping ApS
HIGH SEAS MARITIME AGENCY LTD, QUEBEC
Highseas Shipping Private Ltd
Hiralal Company
Holland Hellanic Shipping Agencies
Horizon Shipping Agencies Pte Ltd-Singapore
Hovensa Marine Agency, St. Croix
Hoyergruppen AS,
Huizhou Zhonghai Hongda Int Shipping Agency Co. Ltd
Hull Blyth Nigeria Limited
HUMANN & TACONET BORDEAUX
HUMANN & TACONET LA PALLICE
Humann & Taconet, Donges
Humann & Taconet,Le Havre

Humann & Taconet,Port Jerome
HYPROC ARZEW AGENCY, ALGERIA
HYPROC SHIPPING COMPANY SPA
Hytrade Investment Oil Co., Ltd., Tuapse
IAN TAYLOR ECUADOR C.A.
Iberica Maritima - Algeciras
IBERICA MARITIMA BARCELONA, S.A.
IBERICA MARITIMA TARRAGONA SA
IL-YOUNG Shipping
Imperial - De Grave B.V.
IN TRANZIT, CJSC
Inchcape Shipping Agency, France
Inchcape Shipping Serv - Port Everglades
INCHCAPE SHIPPING SERVICE BAHAMAS INC
INCHCAPE SHIPPING SERVICE BAHAMAS INC FREEPORT
INCHCAPE SHIPPING SERVICES
INCHCAPE SHIPPING SERVICES - FUJAIRAH
Inchcape Shipping Services (Alabama)
Inchcape Shipping Services (Algeciras)
Inchcape Shipping Services (Augusta)
Inchcape Shipping Services (Beaumont)
Inchcape Shipping Services (Brisbane)
Inchcape Shipping Services (Cairo)
Inchcape Shipping Services (Chiba)
Inchcape Shipping Services (Dubai)
Inchcape Shipping Services (Fawley)
Inchcape Shipping Services (Fremantle)
Inchcape Shipping Services (Gibraltar)
Inchcape Shipping Services (Gothernborg)
Inchcape Shipping Services (Halifax, Canada)
Inchcape Shipping Services (Hong Kong)
Inchcape Shipping Services (Houston)
Inchcape Shipping Services (Immingham)
Inchcape Shipping Services (Istanbul)
Inchcape Shipping Services (Jeddah)
Inchcape Shipping Services (Kwinana)
INCHCAPE SHIPPING SERVICES (LONG BEACH)
Inchcape Shipping Services (Mackay)
Inchcape Shipping Services (Melbourne)
Inchcape Shipping Services (Mexico)

28

Inchcape Shipping Services (New Orleans)
Inchcape Shipping Services (New York)
Inchcape Shipping Services (Norfolk)
Inchcape Shipping Services (Philadelphia)
Inchcape Shipping Services (Piraeus)
Inchcape Shipping Services (Port Klang)
Inchcape Shipping Services (Portland)
Inchcape Shipping Services (Puerto Rico)
INCHCAPE SHIPPING SERVICES
(SEATTLE)
Inchcape Shipping Services (Singapore) Pte
Ltd
Inchcape Shipping Services (Taiwan)
Inchcape Shipping Services (Tokyo)
Inchcape Shipping Services (UK)
Inchcape Shipping Services (UK) Ltd -
HUB Agent
Inchcape Shipping Services (UK) Ltd.,
Milford Haven
Inchcape Shipping Services B.V-
Amsterdam
Inchcape Shipping Services B.V Chile Ltd
Inchcape Shipping Services B.V.
Inchcape Shipping Services -Baton Rouge
Inchcape Shipping Services Djibouti
Inchcape Shipping Services Ghana Limited
INCHCAPE SHIPPING SERVICES
GUANGZHOU
Inchcape Shipping Services Montreal
INCHCAPE SHIPPING SERVICES NV
INCHCAPE SHIPPING SERVICES PNG
LIMITED
Inchcape Shipping Services Pty Ltd
(Dampier )
Inchcape Shipping Services S.A.- Panama
Inchcape Shipping Services Shanghai
Inchcape Shipping Services South Africa
(PTY) Ltd
Inchcape Shipping Services St.Croix
(Merwin Shipping)
INCHCAPE SHIPPING SERVICES
VANCOUVER
Inchcape Shipping Services, Argentina
Inchcape Shipping Services, Corpus Christi
INCHCAPE SHIPPING SERVICES,
GALVESTON

INCHCAPE SHIPPING SERVICES,
KLANG, MALAYSIA
Inchcape Shipping Services, Mobile
Inchcape Shipping Services, San Francisco
Inchcapre Shipping Services, Jacksonville
INCONTACT OU
INDEPENDENT LOGISTIC SERVICES
SA
Independent Ship Agents
INDEPENDENT SHIP AGENTS S.A.
Infinity Shipping Private Limited
Infinity Shipping Private Limited
Inflot Agency,Sevastopol
Inflot Worldwide Ferry Services Ltd
Inflot-Medistar Shipping Agency,
Novorossiysk
Inflot-Service Ltd (Wilhelmsen Ships
Service, Murmansk)
INFOTECH BALTIKA LTD, CYPRUS
INFOTECH BALTIKA UST-LUGA
Infotech Baltika, Murmansk
Infotech Baltika, St. Petersburg
INFOTECH NOVO LIMITED
INFOTECH SOUTH LIMITED
Integrated Shipping Services et Cie
(Djibouti) SA
INTERADRIA (NOLARMA) SRL
INTER-ASIA MARINE TRANSPORT INC
Intergroup Shipping Services, Singapore
Intergulf Ltd
Intermed S.R.L.
INTERNATIONAL MARITIME &
TRANSPORT SERVICES
International Shipping Company, Inc.
Seattle
Interocean Shipping (India) Pvt Ltd
Interocean Shipping Agency, Jamnagar
Interport Shipping Services, Le Havre
Interservice / White sea service ltd.,
Murmansk
Interservice Vitino
Intra-link Agencies Pte Ltd
Isacol S.A.
ISACOL SA CARTAGENA
ISS - Berge Maritima, S.L. Barcelina
ISS (Abu Dhabi)

SC1:4030693.4

ISS Lake Charles
ISS MARINE SERVICES LTDA - BELEM
ISS MARINE SERVICES LTDA, BRAZIL
ISS Marine Services Mexico S.A. de C.V.
ISS Miami / port Everglades
ISS THORESEN AGENCIES LTD
ISS-GEMADEPT, VUNGTAU, VIETNAM
ISS-Korea Universal Marine Co. Ltd.
ISS-MCKAY LIMITED
ISS-RIOMAR, L.L.C. - SOUTHWEST
PASS - NEW ORLEANS
ISS-Tositti Savona SRL
ISS-Tositti Srl., Venezia
ISS-Tositti Srl.,Trieste
ITALMAR 3000 c/o BERGE MARITIMA
SL
Italnoli  S.r.l., Naples
ITALNOLI SRL, GAETA
Italnoli Srl. (Fiumicino)
ITOC Shipping SA
J. M. Baxi & Co.
J. M. Baxi & Co., Jamnagar
J.Ronco Y Cia S.L
JAMES MACKINTOSH & CO PVT LTD -
Kandla/Mundra
JAMES MACKINTOSH HANDIA
Jamnadas Ramji Shipping
JARDINE SHIPPING AGENCIES (HK)
LTD
JARDINE SHIPPING SERVICES (S) PTE
LTD
JASRA HARRISONS SHIPPING &
AGENCY SERVICES SDH BHD
Jewon Marine Corp.
John Nurminen Navis Oy, Porvoo
Johnasia Shpg(S) Pte Ltd
JOINTWIN SHIPPING AGENCY
QINGDAO
Jordan Global Shipping Agencies Co., Ltd
Jotabe Maritima Ltda
Jotabe Maritima Ltda, Santiago
JSC Maritime Agency , Murmansk
JSC TRANS VANINO CORPORATION
K3 MARITIME AGENCY, INC
KALLEL MARITIME KAMAR TUNISIA

KAMAR / Kallel Mohamed Maritime
Services
KANOO SHIPPING AGENCIES
Kanoo Shipping Agencies, Jubail, SA
Kanoo Shipping Agency, Dubai
Kanoo Shipping Agency, Fujairah
Kanoo Shipping/ Yusuf Bin Ahmed
KC Shipping Co Ltd
Kent Line Limited
Kent Shipping China Service
Khimji Ramdas LLC
KING & SONS
KING & SONS CAPE TOWN
King Glory Shipping Service Company
KOEL INTERNATIONAL  LTD
Kompass Tranzits,Primorsk
Kompass Tranzits,Tallinn
Kompass Tranzits,Ventspils
KOREA SHIPPING & TRADING
KOSMIDIS SHIPPING AGENCY
Kudrat Maritime (Johore) Sdn Bhd,
KUDRAT MARITIME (KUANTAN) SDN
BHD
KUDRAT MARITIME MELAKA
Kudrat maritime Sdn Bhd
KUMASAN SHIP SERVICES SARL
Kuwait Oil Tanker CO SAK
KUWAIT OIL TANKER CO., S.A.K.
Laizhou Haitong Shipping Agency Co. Ltd
Lasry Maroc / Worms S.M. Group,
Casablanca
LBH - USA (dba CISA)
LBH BELGIUM N.V.
LBH Canada
LBH Indonesia
LBH Netherlands B.V.
LBH South Africa
LBH-USA (DBA CISA)
LD CENTRAL SHIPPING &
FORWARDING S/B, Sandakan
Lemoine & CIE S.A.
LETH EGYPT AGENCIES LTD
Lighthouse Shipping Agency, Inc
Lighthouse Shipping Agency, Inc, (Groves)
Lighthouse Shipping Agency, Inc. ( Port
Arthur )

30

LION SHIPPING CORPORATION
Locar agent Nangmar
Logtrans International
LOTT SHIP AGENCY
LUCIANA DORMIO
LUIS AYALA
M&B Ship's Agents
M.A.F. - Odessa
M.H. AGENCIES SDN BHD
M.H. Bland & Co. Ltd
M/S Tristar Logistics (I) PVT Ltd.
Maduro & Sons (Curacao) Inc
MAERSK BROKER  AGENCY,
COPENHAGEN
MAERSK BROKER K/S AGENCY
MAERSK BROKER K/S, TALLINN
Mainport Africa
Majorole Agencies SDN BHD,Bintulu
Majorole Agencies SDN BHD,Lahad Datu
Manik's Inc.
Marina S.A.,Tampico
MARINE & TOWAGE SERVICES
GROUP LTD
MARINE AGENCIES, HOUSTON
MARINE ASSISTANCE & SERVICES
SHIPPING (M.A.S.)
Marinter-Agencia Maritima
MariTeam Shipping Agencies
MARITIMA & TRANSPORTES DE
HONDURAS SA
Maritima Consiflet S.A - La Coruna
(Affiliated to E. Erhardt
Maritima del Estrecho Shipping s.l.u.
MARITIMA DEL MEDITERRANEO -
MARMEDSA GROUP, TARRAGONA
Maritima del Mediterraneo S.A., Algeciras
MARITIMA DOMINICANA SA
MARITIME & TRANSPORT SERVICES
LTD
MARITIME AGENCY ROSTERMINAL
SERVICES LTD
Maritime Agency, De-Kastri
MARITIME NETWORK SDN BHD
MARITIME NETWORK SDN BHD
Maritime Service Ltd., Primorsk
MARITTIMA MEDITERRANEA SPA

MAR-SERVICE AGENCY, GDANSK
MASIQUES SA
Master Maritime Agencies Co. Inc., Istanbul
Mastership Maritime Agencies
Medistar Shipping Agency,Augusta
Medistar Shipping Agency,Siracusa
MEDMAR TRAMP SRL
Medov S.R.L., Gevoa
MEDSEA SHIPPING & AGENCIES LTD
Melville Shipping
MEMPHIS CO for Shipping Agencies
Mentor Shipping Agency,Durban
MERCHANT SHIPPING SERVICES PVT
LTD
Meridian Port Agencies Pte ltd
Meritus de Mexico, Lazaro Cardenas
Meritus de Mexico, Mexico
MERITUS HOLDINGS SA de CV
MERITUS TUXPAN
Mexshipping Agency SA de CV, Lazaro
Cardenas
Meyer Shipping Agency
MH Bland & Co. Ltd
MILLER Y CIA SA,
MISC Agencies (Netherlands) BV
MISC AGENCIES (SPORE) PTE LTD
MISC Shipping Services (UAE) L.L.C.
Mohammadi Trading Company Limited,
Chittagong
Monson Agencies Australia Pty Ltd
Montan Shipping Gmbd & Co. KG
Montreal Marine Services Inc.
Moran Shipping Agencies (Fort Lauderdale,
Florida)
Moran Shipping Agencies Inc
Moran Shipping Agencies Inc., New York
Moran Shipping Agencies Inc., Philadelphia
Moran Shipping Agencies Inc.,Baltimore
Moran Shipping Agencies Inc.,Boston
Moran Shipping Agencies Inc.,Corpus
Christi
Moran Shipping Agencies Inc.,Houston
Moran Shipping Agencies Inc.,New Haven
Moran Shipping Agencies Inc.,Port Arthur
Moran Shipping Agencies Inc.,Portland

31

Moran Shipping Agencies Inc.,Providence, Rhode Is.
Moran Shipping Agencies, Inc
MORAN SHIPPING AGENCIES, INC - CANAVERAL
MORAN SHIPPING AGENCIES, INC (MARTINEZ)
MORAN SHIPPING AGENCIES, INC (Searsport)
MORAN-GULF SHIPPING AGENCIES (GALVESTON)
MORAN-GULF SHIPPING AGENCIES, BEAUMONT
Moran-Gulf Shipping Agencies, Inc
Moran-Gulf Shipping Agencies, Inc, New Orleans
MS Line Corporation
MSC Coralline Shipping Agency
MSCL Coraline Ship Agency Ltd, Mauritius
MTA Logistic Ltd
M-Tanker AS
MTM Agency, Nouadhibou
MUNIZ AGENCIA MARITIMA LTDA, Sao Luis
Murmansk Transport Agency
Mylaki Shipping Agency
Mylaki Shipping Agency, Piraeus
Naggar Agency Alexandria
NAKILAT AGENCY CO
Nangmar - Far East
Nanjing Changjiang Shipping Agency Co Ltd
Nanjing Ocean Shipping
NAUTILUS SHIPPING & TRADING NV
NAVES BARRANQUILLA
NAVES SA, BOGOTA
NAVEST SHIPPING OU
Navighreb
NAVISA AGENCY BILBAO
NAVSTAR SHIPPING AGENCIES PTE LTD
Nebam B.V.
Neptun Schiffahrts
Neptune Bulk Terminals (Canada) Ltd
New England Shipping, Providence
NEXT MARITIME SL

NHL DEVELOPMENT CO LTD
NINGBO JINGTAI AGENCY
Ningbo Marine International Shipping Agency Co Ltd
NINGBO RICHWELL SHIPPING AGENCY
Nolarma Noleggi E Armament S.R.L
Norbulk Shipping UK Ltd
Nordic Shipping Agency AS
NORDIS SHIPPING SERVICE
NORTH AMERICAN SHIPPING AGENCIES
North American Shipping Agencies, Houston
NORTH STAR SHIPPING AGENCY
Norton Lilly Cargo Services
NORTON LILLY INT (PANAMA) SA
Norton Lilly Int, New Jersey
Norton Lilly International, Philadelphia
NORTON LILLY TEXAS (Houston)
Nova International Shipping Services, New Orleans
Nova Shipping Corp.
Novotorik Agency, Novorossiysk
NSK Shipping Agency
NYK Group South Asia Pte Ltd
OAN
OBC Shipping Limited, Fawley
OBC Shipping Limited, Finnart
OBC Shipping Limited, Pembroke Dock
OBC Shipping Limited, Rotterdam
OCEAN BLOCKS LTD, NIGERIA
Ocean Marine Services, Fujairah
Oceanic Tankers Agency Ltd
OCEANUS  - BELEM
OCEANUS AGENCIA MARITIMA S.A
Oceanus Agencia Maritima S.A. (Paranagua)
Office Cherifien des phospates (OCP)
Oil & Marine Agencies Sarl
Okinawa Ship's Agency Corp.
OKMARIT LTD
Old River Steamship Company
Ole R. Olsen AS
OLE R. OLSEN AS, KARSTO
Ole R. Olsen AS, Mongstad

32

Ole R. Olsen AS, Slagen
OREY SHIPPING AGENCIES, SINES
ORION RODOS MARITIMA E
PORTUARIA LTDA
Oy Tramp Agencies Ltd., Porvoo
P.T Ocean Gloibal Shipping
PACC Container Line (Pte) Ltd
Palmali - Kerch
Palmali (Romania)
Palmali Bulgaria, Bourgas
Palmali Shipping - Novorossiysk
Palmali Shipping Istanbul, Turkey
Panargo  Shipping, Durban
PANASIA MARINE SHANGHAI
Pangea Shipping Agencies Pvt Ltd
Penavico Agency, Huangpu
Penavico Agency, Jiangyin
Penavico Agency, Laizhou
Penavico Agency, Lanshan
Penavico Agency, Nanjing
Penavico Agency, Qingdao
Penavico Agency, Rizhao
Penavico Agency, Shanghai
Penavico Agency, Zhanjiang
Penavico, Longkou (China Ocean Shipping
Longkou)
PEREZ TORRES MARITIMA SL
Petechim Servimex Agency
PETROBRAS AGENCIA MARITIMA
SAO SEBASTIO
PETROCHINA JINZHOU SHIPPING
AGENCY CO. LTD.
PETROMAR SPTE LTD
PHUONG DONG VIET OIL SHIPPING
JSC
POLFRACHT SHIPPING AGENCY
Polsteam Shipping Agency SP.ZO.O
PORT PROGORODNOYE, ZAO
Portbunker Agency Department, nakhodka
Portmar - Agencia de Navegacao, Lda
Primorsky Agency of Aviation Companies
Prisco Agency, Singapore
PRISCO ISS Agency,Nakhodka
PRISCO ISS Agency,Vanino
PRISCO ISS Agency,Vladivostok
PRISCO ISS Agency,Yuzhno-Sakhalinsk

Profinet Agency Pte Ltd.
Promar Agency Ltd, Corpus Christi
Promar Agency Ltd., Houston
PROSHIP AGENCY
PRUDENTIAL SHIPPING LINES PVT
LTD
PT ADIREKSA SENTOSA JAYA
PT ANDHIKA GAC JAKARTA
PT BUSHIDO PRIMA AGENCY
PT INCHCAPE BHAYU SHIPPING
SERVICES
PT PERUSAHAAN PELAYARAN
EQUINOX
PT Tirtacipta Mulyapersada-Medan, Bitung
PT. NUSA INTI ENERGY GROUP
PT. Tri Elang Jaya Maritim
PWL Port Services Gmbh & Co Kg
QINGDAO CALENDAR SHIPPING
AGENCY CO., LTD
Qingdao Everfortune Int'l Shipping Agency
QUADRANT PACIFIC AGENCIES LTD
Raffaele Turchi & C. SAS
Rainbow Shipping Lines
RASAN S.A CALLAO-PERU
Redmar Marine Co.
REMARSA DE C.V. Acajutla, El Salvador
Rennies Ships Agency, Richards Bay
Representaciones Maritimas, Mexico City
Representaciones Maritimas, Pajaritos
Representaciones Maritimas, Tuxpan
Rican Shipping Ltd, Trinidad & Tobago
Rice Unruh Reynolds Co, RUR - GAC,
Florida
Richelm Shipping Agencies Sdn Bhd, Head
office
Richelm Shipping Agencies Sdn Bhd, Pasir
Gudang
Riley-Sherman Shipping Agency, INC
RIZHAO UNITED OCEAN SHIPPING
AGENCY
ROBERT REFORD - Montreal
Robin Maritime Agencies Inc
Rocardo Services Aruba NV
ROCHAMAR SANTOS
Rock Maritime Services Ltd
RONASONS SHIPPING AGENCY

33

RS Shipping Agencies
Ruggiero & Ogle Motorship Agency, Inc
Ruggiero & Ogle Motorship Agency, Inc
Ruiyang International Shipping Agency Co., Ltd.
RUSMARINE Co., LTD
RUSMARINE SHIPPING AGENCY SO., LTD.
S5 Agency World, Copenhagen
S5 Agency World, Porvoo
S5/Norton Lilly International
S5/Sturrock Shipping (Pty), Cape Town
S5-Norton Lilly International
SAFE BEACH SHIPPING
SAFE SEAS SHIPPING AGENCY CO. INC
SAGA Shipping A/S, Skagen
SAMIL TANKER CORPORATION
SAMJIN STEAMSHIP CO. LTD
Samsun Agency (Busan)
Samsun Agency Co. Ltd (Seoul)
Samwoo Shipping Co., Ltd.
SARK EXPRESS SHIPPING AGENCY CO INC
Sartori & Berger GmbH & Co. KG
Sartori & Berger, Brunsbuttel
Sartori & Berger, Kiel
Sartori & Berger, Wilhelmshaven
Schultz Shipping A/S
SCHULTZ SHIPPING A/S Copenhagen
Scorpio Shipping Agencies Pvt Ltd
SDV Senegal
SEA CORPORATION PTY LTD
Sea Invest Shipping Agency Le Havre
Sea Invest, Donges
Sea Port Service Shipping Co, Tehran, IRAN
Sea Trade Agency, Inc,
Seaborne Agencies Pte. Ltd.
Seabridge  International Shipping Inc., St. John
SEAGATE CORPORATION, TOKUYAMA
Sealine Shipping Agency, Tuapse
Seamaritime Agency Pte Ltd
Seamaster Maritime, Dubai

SEAPORT AGENCIES, CURACAO
Seaport Agencies, Freeport
Seaport Agencies, S.A. Amuay / Cardon
Seaport Agencies. SA
SEAPORT HUB AGENCIES, SA
SEAPORT HUB, NEW ORLEANS
SEASPEED IRAN
SEATRADE - AGENCIA MARITIMA DE ANGOLA, LDA
Seatrade Maritime Ltd., Novorossiysk
SEATRADE SARL Agency, Mohammedia
SEATRADER AGENCY
Seawave Shipping Services Pte Ltd
Seaway Express Co. Ltd.
Seawell Marine Pte Ltd., Singapore
Seaworld Shipping and Logistics Pvt Ltd
SEAZONE MARINE AGENCY, SEOUL KOREA
Secil Maritima.SA
Seoul Line Services Co. Ltd.
SERVICE MANAGEMENT S.A., Buenos Aires
SERVICIOS MARITIMOS Y LOGISTICOS SEMALOG SA
Servicios Navieramar C.A., Puerto La Cruz
Servicios Navieramar, Puerto Cabello
SESCOTRANS
Seven Seas Steamship Company, N.V.
Shandong Ocean Favor Shipping Agency Co. ltd
Sharaf Agency
SHARAF SHIPPING AGENCY LLC, FUJAIRAH
SHARAF SHIPPING AGENCY, JUBAIL
SHARAF, Yanbu
Sharp-ISS Port Agencies Inc
Shelf-Flot Maritime Agency ltd, Nakhodka Branch
Shelf-Flot, Yuzhno-Sakhalinsk
SHENZHEN PEARL RIVER SHIP SERVICE CO LTD
Ship Service Co., Ltd.
Shipping & Signalling Services NV
SHIPPING DK (SDK) A/S
SHIPPING.DK FREDERICIA
Silver Star Agencies BV

34

Silver Star Agencies SIA, Ventspils
Silver Star Agencies, Amsterdam
Simat Shipping Agency
Singunion Shipping PTE Ltd
SINOAGENT NANSHA
Sinoagent Shandong,  Lanshan Branch
Sinoagent, Guangzhou
Sinoagent, Ningbo
Sinoagent, Qingdao
Sinoagent, Shanghai
Sinoagent, Shantou
Sinoagent, Tianjin Xingang
Sinoda Shipping Agency Pte Ltd
SMK Tanker Agency Inc
Somatime Nador
Southport Agencies PNW Inc
SPECIAL PROJECTS GROUP
Spectra Samudra Line
SPHINX SHIPPING AGENCY, PORT
SAID
St. Eustatius Port Services, N.V.
Star Sardinia Srl
Star Ship Agencia Maritima Ltda
STARBOARD SHIPPING AGENCY,
GDANSK
Steder Group B.V.
STEDER GROUP BVBA AGENCIES
Sturrock Shipping (Kenya) Ltd
Sturrock Shipping (Mozambique) Lda
Sturrock Shipping, Durban
Sturrock-Flex Shipping Co., Ltd.
Supermaritime Cameroun
Supermaritime S.A. (Suisse)
SVL Marine Transit Services LLC
T. Parker Host
T. PARKER HOST, INC
T.N.C. Agencies Canada Ltd
TAG LOGISTICS MANAGEMENT SDN
BHD
Taiyo Techno Service Co Ltd
Taizhou United International Ocean
Shipping Agency Co.,Ltd
Tall Ships Agency, Saldanha Bay, SAF
Tamlyn Shipping
TANKERS VESSEL AGENCY

TENATIGA SDN BHD & TENAGA RIM
SDN BHD
Terminales Portuaria
TERRA ENERGY AGENCIA MARITIMA
LTDA/PRESTOMAR
test
Thembani Shipping (Pty) Ltd
Tianjin Min An Int'l Shipping Agency,
Tianjin
TIANJIN NORTHERN UNITED INT.
SHIPPING AGENCY
Tianjin Yuehai Fanyang International
Shipping Agency Co Ltd
TIGER SHIPPING CO LTD
TITI SHIPPING SRL
TM INTERNATIONAL LOGISTICS LTD
TMILL HALDIA
TMILL Kolkota
TNC Agency Canada
TOMAS RUIZ, S.A. DE C.V.
Tong Jin Shipping Service Co., Ltd.
Tongli Shipping Co., Ltd
Torbay & Brixham Shipping
Agents/Brixham Pilots
TORMAR INC, shipping Agency, Quebec
Towell Barwil Co. L.L.C. - Wilhelmsen
Ships Service
Towell Barwill Co LLC
TRAMP AGENCIES LTD
Transbunker, Vanino Co., Ltd
Transco SA
TRANSGOLF AGENCIA MARITIMA
LTDA
TRANSMARES S.A - SAN JOSE,
GUATEMALA
Transmares S.A., Guatemala
Transmarine C.A
TRANSMARINE NAVIGATION (M) SDN
BHD
Transmarine Navigation Corp, New Orleans
Transmarine Navigation Corp., San
Francisco
Transmarine Navigation Corporation
Transmarine Navigation Corporation
Transmarine Navigation Corporation

35

TRANSMARINE NAVIGATION
CORPORATION
TRANSMARINE NAVIGATION
CORPORATION
Transmarine Navigation Corporation,
Houston
Transmarine Navigation De Mexico
TRANSMARINE NAVIGATION
SINGAPORE PTE LTD
Transneft-Service Agency Dept
Transportation & Logistic Consulting
Transtrade Pvt. Ltd - Karachi
Tricon Steamship Agency. Inc
TRT Shipping Services (Namibia) Pty. Ltd.
TSG Co. Ltd.
TTMI SARL
TUNISIAN INTERNATIONAL P&I
CORRESPONDENT
TURNER & CO. GIBRALTAR LTD
Ultramar Agency Maritima Ltda
ULUSOY SHIPPING AGENCIES
Unimas Shipping Agency, Suez canal
UNION ARMORICAINE DE
TRANSPORTS - UAT
Unipros Marine Co Ltd
UNISCO Huizhou
UNISHIP INTERNATIONAL LTD
Unitek International Ltd, Ventspils
Unitek International Ltd., Klaipeda
Unitek Ltd, Riga
UNITEK RUSSIA (St. Petersburg)
Unitek Shipping B.V., Rotterdam
Universal Shipping S.A
V Ships Hansen (Taiwan) Co. Ltd.
V.Ships hansen (s) Pte Ltd
Vald. Andersons Skeppsm & kleri AB
VALLS SHIP AGENCIES, LAKE
CHARLES
VALLS SHIP AGENCIES, LP HOUSTON
VALLS SHIP AGENCIES, NEW
ORLEANS
Valls Shipping Company, Corpus Christi
VAPORES SUARDIAZ SUR-
ATLANTICO S.L., Tenerife
VDA Port Services bvba
Veanmar Shipping Agency

Vensport Agency (El Palito)
Vensport Agency (La Salina)
Vensport Agency (Maracaibo) Main Office
Vensport Agency (Puerto La Cruz)
Vensport Agency (Punto Cordon)
Vera Consignatarios S.L.
VERTOM AGENCIES BV
Vibo-Trans Agency, port Yuzhny
Vietfracht Quang Ninh Shipping Agency
Co.
VIETSEA COMPANY
VINAMA AGENCIES CO., LTD
VINCENZO CAVALLLARO & CO Srl
Voigt Shipping
Vopak Agencies  Amsterdam B.V.
Vopak Agencies Antwerp
Vopak Agencies Rotterdam B.V.
VOPAK AGENCIES SWEDEN AB
Vopak Agencies, Terneuzen
Vosa Vung Tau
Vostok Maritime Agency Ltd., Nakhodka
VR Shipping (Aruba) NV
Waibs Shipping
WALLEM PHILIPPINES SHIPPING INC
Wallem Shipping (H.K.) Ltd., Hong Kong
WEAVER MARINE AGENCI, Philadelphia
WEST INDIAN MARINE GROUP
West Indies Oil Company Ltd
Westext  SDN BHD
Westward Shipping Ltd
Wightman Shipping, Philadelphia
Wihhelmsen Ships Services
MaSDN.BHD.Malaysia
Wilford and Mckay S.A.
Wilhelmsen Huayang Ships Service
(Shanghai) Co Ltd
WILHELMSEN HYOPWOON SHIPS
SERVICE LTD
Wilhelmsen Panama Canal
Wilhelmsen Port Service - Jakarta
WILHELMSEN SHIP SERVICE -
DAMPIER
Wilhelmsen Ship Service, Portland
Wilhelmsen Ship Services ex Barwil
Agencies Houston
Wilhelmsen Ship Services- Freemantle

36

Wilhelmsen Ships Service  - Novorossiysk
Wilhelmsen Ships Service (Japan) Pte Ltd
Wilhelmsen Ships Service (Thailand)
Limited
WILHELMSEN SHIPS SERVICE
ALGERIA SPA
Wilhelmsen Ships Service Canarias SAU
Wilhelmsen Ships Service Ltd, HongKong
WILHELMSEN SHIPS SERVICE NEW
ORLEANS
Wilhelmsen Ships Service Pty Ltd
Wilhelmsen Ships Service Souyh
Africa/Unitor (Pty) Ltd
Wilhelmsen Ships Service, Algeciras
Wilhelmsen Ships Service, Gibraltar
WILHELMSEN SHIPS SERVICE,
RUWAIS
WILHELMSEN SHIPS SERVICE,
SETUBAL
Wilhelmsen Ships Service, Yenmen
Wilhelmsen Ships Services. Kuwait
WILHELMSEN, ANTWERPEN
Wilhemsen Ships Services (S) Pte Ltd
Williams (Servicos Maritimos) Ltda
Wills Shipping Pty Limited
Wilmington Shipping Company
WILSON SONS AGENCIA MARITIMA
LTDA
Wilson Sons Ltda, Manaus
WILSON, SONS, SAO SEBASTIAO
Wilsons,Sons Agencia Maritima ltda-Sao
Sebastiao
Wingee Shipping Agency
WM H. MULLER EESTI AS
WORMS Agency, Le Havre
WORMS Agency, Paris
WORMS Agency, Port Said
WORMS ALGERIE SHIPPING
(WALSHIP)
WORMS Services Maritimes
Worms United Shipping Agency
Woship Maritime
WOSHIP/SEAPORT AGENCIES
Wrist Shipping A/S
Wss Ship Agency Ship Agent, Fujairah
Yes S.A.

ZETA SHIPPING AGENCY CO LTD
ZHANGJIAGANG JINYUAN INT'L
SHIPPING AGENCY
Zhoushan Dexin International Shipping
Agency Co, Ltd
Zhoushan International Shipping Agency
Zhoushan Jingtai Shipping Agency Co., Ltd
Zhoushan Rui Yng Int Shipping Agency Co
Ltd
Zihni Shipping Agency S.A., Istanbul
ZINOUR FOR SHIPPING, TRADING &
LOGISTICS

**Brokers**
Alliance Tanker Chartering Pte Ltd
Attika Shipping (S) Pte Ltd
Banchero Costa & Co. SRL,Augusta
BEEFY BINGHAM PTE LTD
Bomin Bunker Oil Ltd
BRAEMAR ACM ex ACM Shipping Ltd.
Bridge Marine (Shipbrokers) Pte Ltd
C Marine Services Pte. Ltd
Chanyoung Shipping Co. Ltd.
Clarksons (Norway)
CLARKSONS PLATOU ASIA PTE LTD
France Marine
FTT Service Ltd.
G.A Chartering Pte. Ltd.
ICAP Shipping (Singapore) Pte Ltd
ICAP SHIPPING TANKERS LTD
Island Shipbrokers (Pte) Ltd
JTC Shipbrokers
LONE STAR RS PLATOU
MAERSK BROKER AMERICA INC
Milbros Shipping AS
Millennium Chartering Pte Ltd
Navico International Pte Ltd
Nitram Shipbroking B.V.
ODIN Marine Pte Ltd
Omega Chartering Pte. Ltd.
Pacific Link ShipBrokers (S) Pte Ltd
Pacificlink (China) Limited Guangzhou
Branch
R.S. PLATOU (SINGAPORE)
Raffles Shipbrokers (S) Pte Ltd
Riverlake Shipping SA

37

SeaChar Pte Ltd
SEATOWN SHIPBROKING PTE. LTD.
SINGAPORE
SIMPSON SPENSE & YOUNG
V Ships (Commercial) Pte Ltd

**Other Potential Parties-in-Interest**
6M Management Consultants Pte Ltd
A.M.T.
A10 MARINE SARL
ABSG Consulting Inc.
Accord Shipping
ACM Shipping Limited
Acosenar, Punta Cardon
Actimar Overseas,London
Actimar Overseas,Skikda
Addax Bunkering Services
Admibros Shipmanagement Co Ltd
Adriatica Rijeka
AGIP
Agritrade International Pte Ltd
AGV Injectores Ltd
Albano De Oliveira Sucessor, Lda
Alexander Kormilitsin
Alfaship,Algeciras
Alfaship,Genoa
Alfred C. Toepfer Int'l
Allen&Gledhill Advocates & Solicitors
All-Sea Enterprises Ltd
Allstates Marine Services
Alpemar Srl,San Lorenzo
Alpha Marine Shipping Services
Alphatron Singapore
Alpine Marine Services (PVT) Ltd.
Amazonica Agencia Maritima Ltda
Amber Bay Shipping Ltd.
American Express Intl Inc.
Aminter - Pinto Basto
Amiral Atlantic Agency
ANA SYSCO INTERNATIONAL CORP
Ancora Investment Trust Inc.
Andreas Hansen B.V. (currently known as
Steder Group B.V.)
Applied Weather Technology
Arne Holt Shipping
Arrow Tankers Inc.

Asia Pacific Shipping Services Pte Ltd.
ASR LA MARINA, CARTAGO MARPOL,
S.L
Associated Steamship Agents S.A
Associated Technical Services (Pte) Ltd
AT Navigation Ltd
Atlantic Shipping Pv, Jamnagar
ATTS ELECTRONICS SERVICES
AUG. LEFFLER
Avantika Shipping Agencies
B&M Agencia Maritima S.A.
Balisa Shipping & Trading Pte Ltd
Baltfinn Ltd
Bank for Foreign Trade
Bank of New York
Barwil Unitor Ships Services (Singapore)
Benelux Marine Competence Centre
Bensaude Shipping Agents Ltd.
Berge Maritima SA,Bilbao
Berge Maritima SA,Cartagena
Berge Maritima SA,Corunna
Bestwin Corporation
Betz Skeppshandel
Biehl & Co. Inc.,Freeport
Biehl & Co. Inc.,L.O.O.P. Terminal
Blandy - Agencia de Navegacao Lda
BMI BV
BNP Paribas Fortis
Bowman Gilfillan Findlay & Tait
Braemar Seascope Pte Ltd
Brasmarine Servicos
Breakwater Marine Services Corp.
Bridon Marine Systems and Services
Briggs Environmental Services (Asia) Pte
Ltd
BRODOSPLIT - Shipyard Ltd.
BUDD CI
Bugge, Arentz-Hansen & Rasmussen
advokatfirma
Bunkers At Sea NV
Business Trends (Singapore) Pte Ltd
C. Fernie & Co. S.A.
C.M. OLSEN A/S
Calpac Traders Ltd
Cambiaso & Risso SRL,Syracuse
CAMSHIP LINES AGENCY

Cap Atlantique
Cap L Cattaruzza Srl
Carolina Shipping Company, L.P.
CASACCIA SRL, SAVONA
Castletown Enterprises Ltd
CCP Marine Products
Central Navigation Limited
CEPSA Algeciras
Chesterton International Inc
China Ocean Shipping Agency,Bei Hai
China Ocean Shipping Agency,Huizhou
China Ocean Shipping
Agency,Qinhuangdao
China Ocean Shipping Agency,Yantian
China Oil (Singapore) International Pte Ltd
China Shipping Agency,Huangpu
China Shipping Agency,Jinzhou
China Shipping Agency,Shanghai
China Shipping Agency,Shekou
CHINDO INTERNACIONAL SA
CIANCIOLA SARDINIA SRL
CLANCEY VANGUARD LTD
CLYDE & CO
C-Map Norway AS
Colonial Marine Industries, Inc.,Jacksonville
Columbia Shipmanagement (Singapore) Pte
Ltd
Columbia Shipmanagement Ltd (Cyprus)
Conrad Centennial Singapore
Cool Ships
Cory Brothers,Isle of Grain
CPF
Crimea-Marine Service
DA HUA CPAs
D'ALESSANDRO AGENT S.A.
Dalian United International Shipping
Agency Co.Ltd.
Dan-Bunkering Ltd A/S
DATASYNC
David Chin Yew Choong
David Jose de Pinho, Filhos Ltd.
DAXIN (UK)
DAXIN (Vladivostok)
DBS Cards
Deepsea Agencia Maritima Ltda
Delight Electronics Inc

DELSAN
Delta Ships Suppliers
Denholm Shipping Services
Department of Transportation U.S.Coast
Guard
Dheen International
DICKSON GENERAL APPLIANCES LTD
Discovery Oil Company Ltd.
DOW Chemicals
DRACO ASIA Pte Ltd
DTL Property Network Pte Ltd
DTZ Debenham Tie Leung (SEA) Pte Ltd
DTZ HMS Pte Ltd
DUMMY
E. Erhardt y Cia, SA,Santander
Eagle Agency,Libreville
Eagle Agency,Port Gentil
Eastlink Shipping Services Corp.
ECM
Eddie K. Litonjua Shipping Agency Inc
Enterprises Punto Fijo C. A.
Enviro Controlar SRL
Equipos Aguanor S.L.
ERA Realty Network Pte Ltd
Ernst Russ GmbH & Co. KG
ERSHIP
Eton House International School Pte Ltd
EtonHouse Pre-School Pte Ltd
E-trust Automation Pte Ltd
Eugenija Enterprise
EUROMARITIMA SANTANDER S.L.
ExxonMobil Marine Lubricants
ExxonMobil Marine Lubricants (UK)
F & N Coca Cola (Singapore) PL
Fairbridge Marine Pte Ltd
FAIRPLAY
Federal Express (Singapore) Pte Ltd
FERCOR CYA S.A., Bilbao
FERGUSON SNELL & ASSOCIATES
Firemaster Industrial Services
First Shipping Service Co.
Firstwatch Fire Services CC
Fleet
Flex Interior
Fortis Bank Nederland

39

FORTIS BANK SA/NV, LONDON BRANCH
Fortis Life Insurance, Moscow
Frenkeu Rene
FSL Trust Management Pte. Ltd.
Fumar Engineering Pte Ltd
Fushiki Kairiku Unso, Toyama
GARCIA-REBOREDO HNS., S.L.
GBLT Shipmanagement Pte Ltd
General Maritime Transportation Services, Inc
General Ships Chandler - Bond Stores
General Steamship Corp.,Houston
General Steamship Corp.,Stockton
Geoje Taxpayers Association
Georges Chammas
GERLING NORGE AS
GETMA Congo
GETMA SENEGAL
Ghibli Shipping Co., Es Sider
Global Agency Company,Al Jubail
Global Agency Company,Beirut
Global Agency Company,Benchamas Terminal
Global Agency Company,Gibraltar
Global Agency Company,Hong Kong
Global Agency Company,Limassol
Global Agency Company,London
Global Agency Company,Mombasa
Global Agency Company,Sitra
Global Agency Company,Suez Canal
Global Sea Supply Pvt. Ltd.
GLOBE MARINE SERVICES
GML-LD Maritime Sdn Bhd
GOLAR THOME ASIA LNG MANAGEMENT
GRACE, KENNEDY & CO. (SHIPPING) LTD.
GRAYPEN LIMITED,Coryton
GRAYPEN LIMITED,Scapa Flow
GRAYPEN LIMITED,Southwold
Great World Serviced Apartments
Grieg Logistics,Mongstad
Grieg Logistics,Slagen
Guangzhou Prime Union Shipping

Guangzhou United  International Ocean Shipping Agency Ltd
Gumersindo Junquera S.A.
H. C. Roever
Haeyang Shipping Co., Ltd
HAFO SCHIFFAHRTSKONTOR
Hajiefremidis Shipping Agency, Piraeus
Hallas Ship Supply
Hanbada-Shinwoo
Hansheng Marine
HARDING BROS (SC)
Hasting Tanker AB
Haven Automation Marine (S) Pte Ltd
HAYASHI KAIUN CO LTD
Health Partners Medical Clinic
Heatec (Asia Pacific) P/L
Hewlett-Packard Singapore
Highlight Printing Services
Hitachi Credit Singapore Pte Ltd
Hi-V Trading
Hoang Que Company Ltd
Hoppe Bordmesstechnik GmbH
HSD ENGINE CO..LTD.
Huan Su Lan
Hulltech (Singapore) Pte Ltd
Humberside Instruments
HYDRANOR
Hydro Oil & Energy
Hydroscan (Pty) Ltd
Hyundai Heavy Ind. - Shipbuilding Division
Hyundai MIPO Dockyard
Hyundai Oilbank Co. Ltd
HYUNDAI-VINASHIN SHIPYARD CO., LTD.
Ian Taylor Chile
IBC Asia (S) Pte Ltd
IDP SA
Idrisko Technology Sdn Bhd.
Immigration & Checkpoint Authority of Singapore
Impressa Cafe Supplies
IMT (Sakhalin)
Inchcape Shipping Services (Das Island)
Inflot Agency,Tallinn
Informa Professional
ING Bank London

40

ING Bank Singapore
Interadria  Srl
Intercoast Agency
International Andromeda Shipping
International Preparatory Schools
International Ship Stores
International Transport Workers'
Federation(ITF)
INTERTANKO,London
Investamar Shipping Corporation
INVESTCO MARINE AGENCY LTD
IPP Financial Advisers Pte Ltd
Irmaos Britto Representacoes e Comercio
Ltda
ISS Machinery Services (Singapore)
Italnoli,Augusta
ITOPF
Ivan Engineering
J & D Athanassiadis
J O Plowright
J.D. Wort & Co., Ltd.
JAC Singapore Private Limited
JAKOB HATTELAND DISPLAY AS
James Mackintosh Agents,
James Mackintosh Agents,Chennai
James Mackintosh Agents,Kolkata
James Rawes Co. Ltd
JAMES SCOTT & CO (Cobh ) ltd
Jasmin Tan
JINZHOU OCEAN BRIDGE
JLT Specialty Limited (ex-JARDINE
LLOYD THOMPSON)
JobSeek.com Information
John Jolly
Johnny Chan Marine
JPL "UAB Juru prekybos linija"
JSC "Neptun Shipping Agency", Primorsk
JSC "Neptun Shipping Agency", St.
Petersburg
JSC INFOTECH BALTIKA
K LINE (Japan)
K LINE (Singapore)
K. Damak Shipping Co., S.A.
K. G Jertsen & Company
KELVIN HUGHES LTD (Denmark)
Khong Guan Biscuit Factory (S) Pte Ltd

Kingbest
Kirton & Co. Limited
KISSCO
KL Maritime
KLYF ltd., Maritime Agency
Kobos Co Ltd SRL
KODEKS d.o.o.
Kodiak Maritime Company Inc.
Kompass Tranzits,Kaliningrad
Kompass Tranzits,Klaipeda
Kompass Tranzits,Riga
KONGSBERG MARITIME SHIP
SYSTEMS AS
Korea Development Bank
Korea Gauging Co Ltd
Kosam Shipping
Kosland Pte Ltd
Kudrat Maritime Sdn Bhd,Johor Bahru
Kudrat Maritime Sdn Bhd,Lumut
Kudrat Maritime Sdn Bhd,Port Klang
Kumpulan Development (S) Pte Ltd
L META ENGG
La Hanseatica
LAGOMAR
Land Transport Authority
Landmark Electronics & Control
Langjie Marine Engineering
Lars Knutsen & Clode Ltd
Lazzari and Sampson Ltd.
LD Central Shipping, Lahad Datu
Legacy Office Supplies Pte Ltd
Lindholm Shipping AB
Line Shipping Agency, Sudan
LK Alliance
LOLA
London Offshore Consultants
Lucas Automative Lda
Lukoil Baltic Bunker
M H Agencies Sdn Bhd
M. J. Louisides & Sons Ltd
Majorole Agencies SDN BHD,Pasir Gudang
Majorole Agencies SDN BHD,Sandakan
Mara LLC
Marina Mandarin
Marina S.A.,Coatzacoalcos
Marina S.A.,Tuxpan

41

SC1:4030693.4

Marina S.A.,Vera Cruz
Marine Money International
Marine Nav System
MARINE RISK MANAGEMENT
MARINT OFFSHORE CHARTERING
Mariso Co Ltd
Maritanker Shipping B.V.
Maritima Depsa
Maritima Gibraltar
Maritima Heinlein
Maritima Interoceanica
MARITIME CLAIMS & SERVICES PTE
LTD
Maritime Compliant Systems Pte Ltd
MATTINA HNOS S.A.C.I.A.N
Mawaria Shipping (M) SDN BHD
McQuilling Services, LLC
Medistar Sardinia S.R.L., Sarroch
Med-Sea Shipping & Agencies Ltd.,Arzew
Med-Sea Shipping & Agencies Ltd.,Bejaia
Med-Sea Shipping & Agencies Ltd.,London
MEGAMARINE SERVICE
Mentor Shipping Agen, East London
Mentor Shipping Agency,
Mentor Shipping Agency,Port Elizabeth
MEREABI  LTD
Merkez Deniz Agency
MES TECHNOSERVICE CO.,LTD.
MESCO EGYPT (P&I
CORRESPONDENTS)
Middle East Marine Services
MILLER Y CIA SA,Santa Cruz de Tenerife
Ministry Of Manpower , Work Pass
Division
Miyagi Marine Service Co.Ltd.
MME  BV
More Fisher Brown
Morneft Kaliningrad
MORPROM
MTI Network (Asia)
MUSC,London
Muuga Inflot
Nai Tin Pte Ltd
Naiade
Naikai Shipping Co.Ltd., Sakai
Nantong Tonsheng

Naviera Del Odiel, S.A.
NAVSPEC
Navy World E.I.R.L
Nederkoorn
NESCO
Nestrans Shipping & Forwarding
Newark Technolodgies LTD (Putnik)
Newman Shipping   Agency Co. NV,
Nic Company Limited
Nippon Oil Marine Service Corp., Kiire
Nolis Agency Services
Nordea Bank
Nordea Bank London
Nordea Bank Oslo
NORDEN A/S
Nordic IT Asia Pte Ltd
NORDSOE ELEKTRONIK A/S
Nordtank-Ohlsson & Linde Shipping A/S
NORGSEA
Northern Stevedoring Co., Murmansk
NOVAMARINE
NT-MARINE Ltd.
OBRIENS Group
Ocean Services Private Limited
Ocean Ship Material Trade Co.
OCIMF
OLIE SCHEEPVAART
Onahama Kairiku Unso Kaisha Ltd.
Optima Shipbrockers Asia
OPTIMA SHIPBROKERS LTD (Greece)
O-Ring
OSG Ship Management (UK) Ltd
Overview trading
PALM SHIPPING AGENCY LTD., Malta
Palmali (Greece)
Pana Shipping
Panahon Marine Surveys Services Pte Ltd
Panama Marine Company PTE.Ltd
Parkroyal on Beach Road
Parkway Shenton Pte Ltd
PDS International Pte Ltd
Penavico Agency, Ningbo
Penavico Agency, Qinhuangdao
Penavico Agency, Shantou
Penavico Agency, Shenzhen
Penavico Agency, Shuidong

42

Penavico Agency, Tianjin Xingang
Penavico Agency, Xiamen
Penavico Agency, Zhangjiagang
Penavico Agency, Zhapu
Peninsula Petroleum Limited
PennWell Corporation
PERCY THAM I OXELOSUND AB
Perez Pamama, s.a.
Perez Torres y Cia S.L.
PEREZ Y CIA Tarragona
Perez Y CIA Tenerife
Peruko Maritima S.A.
Petrade, Mohammedia
PETRORUSS INK
POLARMARINE
Porsgrunn Steering Gear AS
Portunaval
POS International
POS International, Inchon
POS International, Ulsan
Poseidon Services, S.A. - Maracaibo
Power & Motion Control Pte Ltd
Power spare Parts Pte Ltd
Previnave
Prime Union Shipping Agency Ltd
PRIMORSK (AGENCY SVCS)
PRIMORSK-RIEBER
PRISCO CAPITAL BANK MOSCOW
PRISCO Groups
PRISCO Singapore(Incident)
PRISCO,Moscow
PRISCO,Vladivostok
Private enterprise "Sea - Service"
Procuradoria de Servicos Maritimos
Cardoso & Fonseca
Professional Testing Services Pte Ltd
Project Marine Engineering Pte Ltd
Proveedora Comercial El Greco SA
PT ADMIRAL LINES
PT Arpeni Pratama Ocean line
PT Bintang Samudra Utama
PT Karana Line, Belawan
PT Karana Line, Dumai
PT Margo Indonesia Servicestama, Dumai
PT Maskapai Pelayaran Pulau Laut
PT Pelayaran Mitrayasa Utamindo

PT Perusahaan Pelayaran EQUINOX
PTT International Trading
PUGLISI AND ASSOCIATES
PURPLEFINDER
Pusnes AS, Feervik
PWM Recycling & Services Ltd., Hong
Kong
QA System Pte Ltd
Qala Singapore Pte Ltd
Qingdao Goldenhonest Int'l Shipping
Agency Co.Ltd
R. ROUVARI OY
R.W.GOTT
RADEZ
Radiopesca, S.A.
Raffles Hospital Pte Ltd
Railko Limited
Rainbow Marine Services Co., Ltd
Rapp Bomek AS
Raytheon Marine GmbH
RCM Marine
REBOREDO
Red Sea Mediterranean Marine
REDSTAR CONSULTANTS
Rican Shipping Ltd
Richards Butler
RIEBER SHIPPING AS
RIGEL S.N.C.
Rikky Ocean Governor
Riverside Tanker
Rivertrace Engineering Ltd.
Robin Ship Agency, Corpus Christi
Robin Ship Agency, Philadelphia
Rodyk & Davidson
Russian Embassy, Singapore
RUYS and Co., Amsterdam
S.T.T.
Saab Rosemount (Norway)
Safinah Ltd
Saga Congo
SAGA TOGO
Sales Development Programs
Salvo Grima
SAMJIN STEAMSHIP CO., Ulsan
Samsun Agency (Ulsan)
Samsung Petroleum

43

Sankyu Shipping Inc.
SATA SHIPPING CO., LTD.
SATCO Guinee
SCHENKER SINGAPORE (PTE) LTD
Schuurmans & Van Ginneken
SCUA Portugal
Sea Automation Services (Singapore) Ptd
Ltd
Sea Invest, Port Jerome
Sea News INFORMATION &
CONSULTING (Russia)
Sea Port Services Pte Ltd
Sea Quest Technology P/L
Seabridge Tankers, Come-By-Chance
Seabridge Tankers, Montreal
Seacoast Maritime Services, Inc.
Seaforth, Mombasa
Seaport Agencies, Puerto La Cruz
Seaquest Enterprise Pte Ltd
Seaspan Chartering Pte Ltd
SeaSquad Worldwide Repair Services Ltd
SeaStar Kaohsiung Agency
SEA-TECH Pte Ltd
Seatrans Shipping Ltd.
Semalog SA
Semangat Fire Safety Sdn Bhd
Sermapi Marine Supply Services
Servaux SAS
SHANGHAI BRIGHT MARINE SUPPLY
CO LTD
Sharaf Agency, Sitra
Shenzhen Joint Favour International Marine
Agency
Shepstone & Wylie
Shindong digitech co Ltd
Ship Spare Log
SHIPLINKS, NEW DELHI & MUMBAI
Shipping DK Kalundborg A/S
Shoreline Mutual (Bermuda) Ltd.
SICAMPOS
Sierra Leone Shippin, Freetown
Sierra Leone Shippin, Monrovia
Silversea s.a.
Simon Edstrom Shipping
Singapore Airlines
Singapore Shipping Association

SingClass International Pte Ltd
Sinoagent, Zhangjiagang
Sinoagent, Zhanjiang
Sinochem Int. Oil (Singapore)
Sinoying Singapore Pte Ltd
Sintez-Agent, Odessa
SITANK
Smile Inc. Dental Surgeons
SMITH IMOSSI CO LTD
Society of Naval Architects & Marine
Engineers Singapore
Sofmar Maritime Agency
Sokana Chartering, Inc
SOPISCO PANAMA, S.A.
SOUTH AMERICAN MARINE ENG. &
SERVICES
Speedwell Shipping Agency Inc
St. John Freight
Steco Engineering Pte Ltd
Stena Bulk AB
SULLIVAN AND CROMWELL LLP
Sunimar S.A.
Syrius Marine Engineering & Consulting
T.C. REPAIR & SUPPLY
Tachung Shipping Agency Corp.
TAM (Singapore)
Tan, Oei & Oei
Tanglin Trust School Ltd
TER. MAR. S.R.L.
The Baltic and International Maritime
Council
THORDON, Burlington
THORDON, Hong Kong
Thoresen Agencies Ltd., Bangkok
Thoresen Indochina S.A., Ho Chi Minh
Tianjin Ocean Shipping Supply Co Ltd
Tirrell Services
TJONGER SERVICES
TKD
Toepfer International, GMBH
Torgon Imp Exp Lda
Tornstern Marketing Services
Transcoma Nor, S.A.
Transleth Agency, Cairo
Transleth Agency, Port Said
Trans-Oel Agency GMBH

44

Travima, Barcelona
Travima, Cartagena
Travima, Tarragona
Travima, Valencia
Triton Agency, Amuay Bay
Triton Marine Supply
Tufton Oceanic Limited
Tunisie Maritime
UK P&I Club,S'pore
Ultra Marine Air Aids Pvt. Ltd
UMARCO/AFRITRAMP (LIBERIA)
Uniko Corporation
Unimars
Unipec
United Ship Chandler Thoumas M.N.
Unithai Shipyard and Engineering Ltd
V Ships (Asia) MSI Pte Ltd
V Ships Agency Pte Ltd
V Ships UK Limited
VADA SHIPPING & TRADING CO., LTD.
VADAS
Venecia Ship Suppliers
Vertom scheepvaart
VICKERS & SONS LTD
VOLGOTANKER AMS, AGENCY
DEPARTMENT

Vopak Agencies, Ghent
Vopak Agencies, Le Havre
VTB Bank (open joint-stock company),
Nakhodka
Wagenborg Shipping
Watson, Farley & Williams
Wave Shipping
WAVEspec
WEAVER MARINE AGENCI, Baton
Rouge
WEAVER MARINE AGENCI, Houston
Weber Marine, Inc.
Wells & Mommaerts N.V.
WILLIAMS-Brazil
Wilmar Trading Pte Ltd
Wilmington Shipping , Charleston
Wm H. Muller & Co. Nederland BV
Wonsild & Son
Woodlands Transport Service Pte Ltd
World Maritime University
World Wide Supply
WORMS Agency, Bordeaux
XIN LONG
Zaschita-Nakhodka

SC1:4030693.4

## **Schedule 2**

## **Current S&C Clients**

| *Entity* | |
|---|---|
| **Agents** | |
| EMPRESA MARITIMA DEL SUR SAC | Ultimate parent is current client |
| Oceanic Tankers Agency Ltd | Ultimate parent is current client |
| **Debtors' Professionals** | |
| Intertrust | Ultimate parent is current client |
| **Lenders & Advisors** | |
| BNP Paribas | Current client |
| Credit Agricole Corporate and Investment Bank | Ultimate parent is current client |
| Credit Suisse AG | Current client |
| ING Bank N.V. | Ultimate parent is current client |
| Lazard & Co., Ltd. | Ultimate parent is current client |
| Oaktree Capital Management, L.P. | Current client |
| **Major Customers & Partners** | |
| Exxon Neftegas Limited (ENL) | Ultimate parent is current client |
| Koch Shipping | Ultimate parent is current client |
| **Other Parties** | |
| AGIP | Ultimate parent is current client |
| American Express Intl Inc. | Ultimate parent is current client |
| Bank of New York | Current client |
| BNP Paribas Fortis | Ultimate parent is current client |
| ExxonMobil Marine Lubricants | Ultimate parent is current client |
| ExxonMobil Marine Lubricants (UK) | Ultimate parent is current client |
| FORTIS BANK SA/NV, LONDON BRANCH | Ultimate parent is current client |
| Hitachi Credit Singapore Pte Ltd | Ultimate parent is current client |
| ING Bank London | Ultimate parent is current client |
| ING Bank Singapore | Ultimate parent is current client |
| Lucas Automative Lda | Ultimate parent is current client |
| Nic Company Limited | Current client |
| Nordea Bank | Current client |
| Nordea Bank London | Ultimate parent is current client |
| Nordea Bank Oslo | Ultimate parent is current client |
| Singapore Airlines | Ultimate parent is current client |
| **Suppliers** | |
| A&P Falmouth Limited | Ultimate parent is current client |
| BP Shipping Limited | Ultimate parent is current client |
| Computer Associates Ltd. | Current client |
| DPEX Worldwide Express Pte Ltd | Ultimate parent is current client |
| EBAY | Current client |
| ExxonMobil (China) Investment Co., Ltd. | Ultimate parent is current client |
| ExxonMobil Marine Lubricants (Rotterdam) | Ultimate parent is current client |
| ExxonMobil Marine Lubricants (Vladivostok) | Ultimate parent is current client |
| Federal Express (Singapore) Pte Ltd | Ultimate parent is current client |
| GATES ENGINEERING & SERVICES PTE | Ultimate parent is current client |

| | |
|---|---|
| LTD | |
| JEPPESEN NORWAY AS | Ultimate parent is current client |
| MAN B&W Diesel (Denmark) | Ultimate parent is current client |
| MAN B&W Diesel (Singapore) | Ultimate parent is current client |
| MAN Diesel & TURBO | Ultimate parent is current client |
| MAN DIESEL & TURBO BENELUX BV | Ultimate parent is current client |
| MAN DIESEL & TURBO MIDDLE EAST LLC | Ultimate parent is current client |
| MAN DIESEL & TURBO SE, Germany | Ultimate parent is current client |
| MAN DIESEL & TURBO SPAIN SAU | Ultimate parent is current client |
| MAN Diesel Korea Ltd | Ultimate parent is current client |
| MAN DIESEL SHANGHAI Co. Ltd | Ultimate parent is current client |
| REPSOL YPF Trading y Trasporte S.A. | Ultimate parent is current client |
| Selex Communications Ltd | Ultimate parent is current client |
| SINGTEL | Ultimate parent is current client |
| Standard Tankers Bahamas LTD | Ultimate parent is current client |
| StatoilHydro ASA (Suppl) | Ultimate parent is current client |

**Schedule 3**

**Former S&C Clients**

| | |
|---|---|
| **Agents** | |
| PETROCHINA JINZHOU SHIPPING AGENCY CO. LTD. | Ultimate parent is former client |
| V Ships Hansen (Taiwan) Co. Ltd. | Ultimate parent is former client |
| V.Ships hansen (s) Pte Ltd | Ultimate parent is former client |
| **Brokers** | |
| V Ships (Commercial) Pte Ltd | Ultimate parent is former client |
| **Debtors' Professionals** | |
| AlixPartners LLP | Ultimate parent is former client |
| **Lenders & Advisors** | |
| DNB Bank ASA | Ultimate parent is former client |
| **Other Parties** | |
| Associated Technical Services (Pte) Ltd | Ultimate parent is former client |
| Korea Development Bank | Former client |
| Unipec | Ultimate parent is former client |
| V Ships (Asia) MSI Pte Ltd | Ultimate parent is former client |
| V Ships Agency Pte Ltd | Ultimate parent is former client |
| V Ships UK Limited | Ultimate parent is former client |
| **Suppliers** | |
| ALIXPARTNERS UK | Ultimate parent is former client |
| DRESSER-RAND NADROWSKI GMBH | Ultimate parent is former client |
| HERNIS SCAN SYSTEMS AS | Ultimate parent is former client |
| HERNIS SCAN SYSTEMS ASIA PTE LTD | Ultimate parent is former client |
| HONEYWELL ex ENRAF MARINE SYSTEM | Ultimate parent is former client |
| Meidi-ya Co. Ltd | Ultimate parent is former client |
| PHILIPS 66  ex CONOCOPHILLIPS MARINE | Ultimate parent is former client |
| SIEMENS PTE LTD | Ultimate parent is former client |
| TNT EXPRESS WORLDWIDE (SINGAPORE) PTE LTD | Ultimate parent is former client |