Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | Chapter 11 |
| PRIMORSK INTERNATIONAL SHIPPING LIMITED, *et al.*,[1] | Case No. 16-10073 (MG) |
| Debtors. | Jointly Administered |

---

### NOTICE OF WITHDRAWAL OF DEBTORS' JOINT PLAN OF REORGANIZATION, RELATED DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES MOTION

**PLEASE TAKE NOTICE** that on March 15, 2016, Primorsk International Shipping Limited and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed (i) the *Joint Chapter 11 Plan of Reorganization of Primorsk International Shipping Limited and its Debtor Affiliates* [Docket No. 103] (the "Plan"); (ii) the *Disclosure Statement for Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code*

---

[1] The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy", Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra", Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

[Docket No. 104] (the "Disclosure Statement") and (iii) the *Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Establishing a Voting Record Date for the Plan; (III) Approving Solicitation Packages and Procedures for the Distribution Thereof; (IV) Approving the Forms of Ballots; (V) Establishing Procedures for Voting on the Plan; (VI) Establishing Notice and Objection Procedures for the Confirmation of the Plan; and (VII) Establishing Notice and Objection Procedures for the Assumption and Rejection of Executory Contracts and Unexpired Leases Under the Plan* [Docket No. 105] (the "Solicitation Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** the Debtors hereby withdraw the Plan, the Disclosure Statement and the Solicitation Procedures Motion.

Dated:  March 25, 2016
        New York, New York

*/s/ Brian D. Glueckstein*
Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588
Email:       dietdericha@sullcrom.com
             gluecksteinb@sullcrom.com
             kranzleya@sullcrom.com

*Counsel to the Debtors and Debtors-in-Possession*

SC1:4075103.1