Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| PRIMORSK INTERNATIONAL SHIPPING LIMITED, *et al.*,[1] | Case No. 16-10073 (MG) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF SUCCESSFUL AND ALTERNATE BIDDERS

**PLEASE TAKE NOTICE** that on April 19, 2016, Primorsk International Shipping Limited, and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for Orders (I) (A) Approving the Bid Procedures and Certain Bidding Protections, (B) Approving the Notice Procedures, (C) Authorizing the Debtors to Set a Date for the Sale Hearing and (D) Approving Assumption and Assignment Procedures and (II) Authorizing (A) the Sale of the Debtors' Vessels Free and Clear of All Claims and Interests and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith* [Docket No. 148] with the Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2016, the Bankruptcy Court entered an order (the "Bid Procedures Order") approving the bid procedures (the "Bid

---

[1] The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy", Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra", Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

SC1:4138910.2

Procedures")[2] attached as Exhibit 1 to the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures, the Auction was held on June 30, 2016 for the sale of the Debtors' nine ocean-going vessels.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures, at the conclusion of the Auction, the Debtors, in consultation with the Agents, named SCF Tankers Limited as the Successful Bidder with a purchase price of $215 million.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures, at the conclusion of the Auction, the Debtors, in consultation with the Agents, named Hafnia Tankers Ltd. as the Alternate Bidder with a purchase price of $208 million.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Sale Hearing") seeking approval of the sale of the Debtors' nine ocean-going vessels to the Successful Bidder, or if the Successful Bidder fails to consummate such sale, to the Alternate Bidder, will be held before the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, at One Bowling Green, New York, NY 10004 on **July 7, 2016 at 10 a.m. (ET)**. The Debtors will file copies of the sale documentation for the Successful and Alternate Bids and a proposed form of sale order prior to the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Motion, Bid Procedures Order and related exhibits may be obtained from the Bankruptcy Court's website, https://ecf.nysb.uscourts.gov, for a nominal fee, or obtained free of charge by accessing the website of the Debtors' claims and noticing agent, https://www.kccllc.net/primorsk.

| | |
|---|---|
| Dated: July 1, 2016<br>New York, New York | */s/ Andrew G. Dietderich*<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone:   (212) 558-4000<br>Facsimile:    (212) 558-3588<br>E-mail:         dietdericha@sullcrom.com<br>                   gluecksteinb@sullcrom.com<br>                   kranzleya@sullcrom.com<br><br>*Counsel to the Debtors and*<br>*Debtors-in-Possession* |

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures.