Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | x : : : : : : : : x | Chapter 11 |
| PRIMORSK INTERNATIONAL SHIPPING LIMITED, *et al.*,[1] | | Case No. 16-10073 (MG) |
| | | Jointly Administered |
| Debtors. | | |

## AMENDED AGENDA FOR JULY 7, 2016 HEARING[2]

**Time and Date of Hearing:**   July 7, 2016 at 10:00 a.m. (ET)

**Location of Hearing:**   Honorable Martin Glenn, United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

**Copies of Pleadings:**   A copy of each pleading can be viewed (a) for a fee on the Court's website at www.ecf.uscourts.gov, and (b) free of charge on the website

---

[1]  The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited  (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy",  Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra",  Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

[2]  Any party who wishes to listen to the hearing telephonically may do so by contacting CourtCall, LLC at 888-882-6878 (see instructions attached hereto as Exhibit A).

       of the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants, at www.kccllc.net/primorsk.

1. "363 Sale" – Debtors' Motion for Orders (I) (A) Approving the Bid Procedures and Certain Bidding Protections, (B) Approving the Notice Procedures, (C) Authorizing the Debtors to Set a Date for the Sale Hearing and (D) Approving Assumption and Assignment Procedures and (II) Authorizing (A) the Sale of the Debtors' Vessels Free and Clear of All Claims and Interests and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith [Docket No. 148]

    Related Filings:

    a) Order (A) Approving the Bid Procedures and Certain Bidding Protections, (B) Approving the Notice Procedures, (C) Authorizing the Debtors to Set a Date for the Sale Hearing and (D) Approving Assumption and Assignment Procedures and [Docket No. 164]

    b) Notice of Auction [Docket No. 189]

    c) Notice of Updated Auction Time and Location [Docket No. 194]

    d) Notice of Successful and Alternate Bidders [Docket No. 198]

    e) Notice of Sale Hearing [Docket No. 199]

    f) Notice of Proposed Transaction Documents [Docket No. 202]

    g) Notice of Proposed Sale Order [Docket No. 203]

    h) Declaration of Holly Felder Etlin in Support of the Debtors' Motions for an Order Authorizing (A) the Sale of The Debtors' Vessels Free and Clear of all Claims and Interests, (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (C) Wind-Down Expenditures and Distributions to First Lien Creditors [Docket No. 204]

    Status: This matter will be going forward.

2. "Sullivan & Cromwell Interim Fee Application" – First Interim Application of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 15, 2016 Through and Including April 30, 2016 [Docket No. 175]

Related Filings:

a) Limited Objection of Nordea Bank Norge ASA to First Interim Application of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 15, 2016 Through and Including April 30, 2016 [Docket No. 180]

b) Reply to Limited Objection of Nordea Bank Norge ASA to First Interim Application of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 15, 2016 Through and Including April 30, 2016 [Docket No. 181]

c) Joinder of BNP Paribas to Limited Objection of Nordea Bank Norge ASA to First Interim Application of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 15, 2016 Through and Including April 30, 2016 [Docket No. 184]

Status: This matter will be going forward.

Dated:  July 5, 2016
        New York, New York

*/s/ Andrew G. Dietderich*
Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588
E-mail:      dietdericha@sullcrom.com
             gluecksteinb@sullcrom.com
             kranzleya@sullcrom.com

*Counsel to the Debtors and
Debtors-in-Possession*

3

# **EXHIBIT A**

## **CourtCall Instructions**

# TELEPHONIC COURT APPEARANCES

Telephonic appearances at court hearings are permitted in certain circumstances.  Court approval has been granted for listen-only lines in this case, but **prior approval must be obtained from the chambers of the Honorable Martin Glenn for those wishing to appear and be heard telephonically.**  A request may be made to the chambers of the Honorable Martin Glenn at (212) 284-4551.

**Under no circumstances may any participant record or broadcast the proceedings conducted in the U.S. Bankruptcy Court for the Southern District of New York.**

The authorized teleconference call company is CourtCall, LLC.  CourtCall, LLC has been awarded a Master License Agreement effective March 20, 2006 by the Administrative Office of the U.S. Courts.  CourtCall, LLC charges a fee for the service and it is the responsibility of counsel to be aware of teleconference call company's services, procedures and fees.

When making reservations for a teleconference hearing with a judge, the following information must be provided:

> a. Case Name and Number
> b. Name of Judge
> c. Hearing date and time
> d. Parties, address, phone number of participant/attorney
> e. Parties whom participant represents
> f. Particular pleading submitted by the participant, and matter on which participant wishes to be heard; or whether the participant intends to monitor the proceeding in "listen-only" mode.

The hearing may initially be in a listening mode until your case is called.  Once your call is connected to the courtroom, the judge will call the case, request appearances and direct the manner in which the hearing will proceed.

To ensure the quality of the record, the use of car phones, cellular phones, digital speaker phones, or any phones in public places is prohibited.

If you obtain approval from the chambers of the Honorable Martin Glenn to appear telephonically and have a live-line, each time you speak, you must identify yourself for the record.

If you obtain prior approval from the chambers of the chambers of the Honorable Martin Glenn and schedule a telephonic appearance, and then fail to respond to the calendar call, the court may pass the matter or may treat the failure to respond as a failure to appear.

Individuals making use of the conference call service are cautioned that they do so at their own risk.

**FEES**

The fee for telephonic appearance is fixed by the selected conference call service. The requesting party is responsible for negotiating the fees with the company. CourtCall, LLC will bill the counsel who contracts the service, not the court. The court is not responsible for any fees connected with a teleconference hearing.

2

# TELEPHONIC COURT APPEARANCE PROVIDER

**CourtCall, LLC**
6383 Arizona Circle
Los Angeles, CA 90045
http://courtcall.com/

## Court Conference Contacts

Telephone Number:    (866) 582-6878

Fax Number:          (866) 533-2946

## General Assistance

Telephone Numbers:   (310) 342-0888
                     (888) 882-6878

Fax Numbers:         (310) 743-1850
                     (888) 883-2946

3