UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                           :     Chapter 11
                                                :
PRIMORSK INTERNATIONAL SHIPPING                 :     Case No. 16-10073 (MG)
LIMITED, et al.,[1]                             :
                                                :     (Jointly Administered)
                          Debtors.              :
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Lydia Pastor Nino, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 1, 2016, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Successful and Alternate Bidders** [Docket No. 198]

- **Notice of Sale Hearing** [Docket No. 199]

Dated: July 6, 2016

/s/ Lydia Pastor Nino
_____
Lydia Pastor Nino

| A notary public or other officer completing this affidavit verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th day of July, 2016, by Lydia Pastor Nino, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: /s/ Leticia Sanchez

[Notary Seal:
LETICIA SANCHEZ
Commission # 2130730
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2019]

---

[1] The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy", Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra", Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

# **EXHIBIT A**

Exhibit A

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for the Secured Lenders | Luskin, Stern & Eisler LLP | Richard Stern Alex Talesnick & Michael Luskin | stern@lsellp.com; talesnick@lsellp.com; luskin@lsellp.com |
| Swap Loan Agent's Counsel | Norton Rose Fulbright LLP | Roger Howard | roger.heward@nortonrosefulbright.com |
| Counsel for the Secured Lenders | Norton Rose Fulbright US LLP | David A Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Counsel for Novatek Gas & Power GmbH | Reed Smith LLP | Jane Freeberg Sarma | jsarma@reedsmith.com |
| Bondholders' Counsel; Counsel for Wealth Holdings, Inc.; Nordic Trustee ASA | Shearman & Sterling LLP | Douglas Bartner Ned Schodek & Foteini Teloni | DBartner@shearman.com; Ned.Schodek@shearman.com; Fay.Teloni@shearman.com |
| Senior and Junior Secured Loan Agent's Counsel; Nordea Bank Norge ASA, as Facility Agent | White & Case LLP | Scott Greissman David Joyce Charles Koster & Glenn M. Kurtz | gkurtz@whitecase.com; sgreissman@whitecase.com; ckoster@whitecase.com |

# **EXHIBIT B**

(Due to the confidential nature of this list, the Exhibit is not attached hereto and is on file with KCC)

# **EXHIBIT C**

Exhibit C

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| "SOGAZ" (AO "SOGAZ") | | 10 Prospekt Akademika Sakharova | | | Moscow | | 107078 | Russia |
| Alliance Chartering Pte, Ltd | | 11 Collyer Quay | #07-05 The Arcade | | | | 049317 | Singapore |
| AST Connections Ltd | | Satellite House Bessemer Way | Harfreys Industrial Estate | | Great Yarmouth | Norfolk | NR31 0LX | United Kingdom |
| Bascome Limited | | Spyrou Kyprianou Ave 4 | | | Limassol | | 3070 | Cyprus |
| BNP Paribas S.A. | | 16, boulevard de Italiens | 75009 | | Paris | | | France |
| BNP Paribas S.A. | | 37 Place du Marche Saint Honore | | | Paris | | 75031 | France |
| Clarksons Platou Asia Pte Ltd | | 12 MARINA VIEW 29-01 | ASIA SQUARE TOWER 2 | | | | 018961 | Singapore |
| Clarksons Platou Asia Pte. Limited | | 12 Marina View 29-01 | Asia square Tower 2 | | | | 018961 | Singapore |
| Credit Agricole Corporate and Investment Bank | | 9 quai du President Paul Doumer | 92920 | | Paris La Defense Cedex | | | France |
| Credit Suisse AG | | Ship Finance, SGAS , St.Alban-Graben 1-3 | P.O. Box 4002 | | Basel | | | Switzerland |
| DA-Desk FZ-LLC | | 2nd Floor, Al Shaiba Building | Dubai Outsource Zone | PO Box 345814 | Dubai | | | United Arab Emirates |
| Danaos Management Consultants, Ltd. | | 14, Akti Kondyli Str. | | | Piraeus | | 18545 | Greece |
| Danaos Peripherals Ltd. | | 14, Akti Kondyli Str. | | | Piraeus | | 18545 | Greece |
| Det Norske Veritas Pte. Ltd | | DNV GL Technology Centre | 16 Science Park Drive | | Singapore | | 118227 | Singapore |
| DnB Bank ASA | | 20 St Dunstan's Hill | | | London | | EC3R 8HY | England |
| DVB Bank SE | | 6th Floor Park House, 16-18 Finsbury Circus | | | London | | EC2M 7EB | England |
| DVB Capital Markets LLC | Attn Ben Grenier, Senior Vice President | 609 Fifth Avenue | | | New York | NY | 10017 | |
| ECM Maritime Services LLC | | Attn: Michael F. Minogue | 1 Selleck Street | | Norwalk | CT | 06855 | |
| Flame Marine Limited | | The Old Fire Station | 1 Abbey Road | | Barrow | Furness | LA14 1XH | United Kingdom |
| Gard Shipping A.S. | | Stoperigata 2 | Aker Brygge | PO Box 1271 | Vika | Oslo | 0111 | Norway |
| Global Marine and Offshore Travel Ltd and ATPI Ltd. | | 6 Solnechnaya St. | Office 21 | 2nd Entrance | Moscow | | 115116 | Russia |
| Gulf Oil Marine Ltd. | | 3 Lockhart Road - 25th Floor | | | Wan Chai | Hong Kong | | China |
| Heidenreich Innovations, LLC | | 1010 Washington Blvd | 9th Floor | | Stamford | CT | 06901 | |
| Helix Media Pte Ltd | | 20 Maxwell Road | #08-15/16 | Maxwell House | Singapore | | 069113 | Singapore |
| ING Bank N.V. | | 60 London Wall, London Wall | | | London | | EC2M 5QT | England |
| Inmarsat Solutions B.V. | | 34 Harvey Rd. | P.O. Box 5754 | | St. John's | NL | A1C 5X3 | Canada |
| International Marine Purchasing Association | | East Bridge House | East Street | | Colchester | Essex | CO1 2TX | United Kingdom |
| Koch Shipping Pte Ltd. | | 260 Orchard Road #11-01/09 | The Heeren | | | | 238855 | Singapore |
| LISCR, LLC, as agent of the Commissioner of Maritime Affairs of the Republic of Liberia | | 8619 Westwood Center Drive | | | Vienna | VA | 22182 | |
| Lloyd's Register Asia | | 1 Fusionopolis Place | #09-11, Galaxis | | | | 138522 | Singapore |
| Maritec Pte Ltd | | 192 Pandan Loop #05-26/27/28 | Pantech Business Hub | | Singapore | | 128381 | Singapore |
| MCO 5 A.S. | | AS Procurator | Hieronymus Heyerdahlsgt. 1 | Postbox 1656 Vika | Oslo | | N-0120 | Norway |
| Medical Centre PRISCO | | Shkolniy pereulok 4 | | | Nakhodka | Primorskiy Kray | 692904 | Russia |
| Moran Shipping Agencies, Inc. | | 106 Francis St. | | | Providence | RI | 02903-1117 | |
| Morsviazsputnik | | PO BOX 28 | Bldg 2, 2, Krasnobogatyrskaya str | | Moscow | | 107564 | Russia |
| National Response Corporation | | 3500 Sunrise Highway | Suite T103 | | Great River | NY | 11739 | |
| NAVIG8 INC | C/O NAVIG8 EUROPE LTD | 2ND FLOOR, KINNAIRD HOUSE | 1 PALL MALL EAST | | LONDON | | SW1Y 5AU | United Kingdom |
| Nordea Bank Finland Plc | Peder Bogen | Essendrops Gate 7 | | | Oslo | | NH61 | Norway |
| Nordea Bank Norge ASA | | Middelthunsgate, 17, P.O. Box 1166, Sentrum | 0107 Oslo | | | | | Norway |
| North American Shipping Agencies, Houston | | 12621 Featherwood Dr. Suite 145 | | | Houston | TX | 77034 | |
| Novatek Gas & Gower GmBH | | Gartenstrasse 6 | | | | | 6300 Zug | Switzerland |
| Oaktree/ OCM Starfish Debtco S.a.r.l | | 26A, Boulevard Royal. | L-2449 | | | | | Luxembourg |
| Primorsk Shipping Corporation | | Administrativny Gorodok | | | Nakhodka | Primorskiy Kray | 692904 | Russia |
| Prisco (Singapore) Pte Ltd | | No.8 Temasek Boulevard #24-02 | Suntec Tower 3 | | | | 038988 | Singapore |
| Prisco Capital Bank | | Krasnoarmeyskaya Street 2 | | | Nakhodka | Primorskiy Kray | 692922 | Russia |
| Prisco Training Centre | | 2, Administrativny Gorodok | | | Nakhodka | Primorskiy Kray | 692904 | Russia |
| Promar Agency | | PO Box 1205 | | | Dickinson | TX | 77539 | |
| Promar Agency | | 14009 Hughes Road West | | | Dickinson | TX | 77539 | |
| Regs4ships Limited | | Digital House | Kemps Quay | Quayside Road | Southampton | | SO18 1AD | United Kingdom |

In re Primorsk International Shipping Limited,
Case No. 16-10073 (MG)

Page 1 of 2

Exhibit C

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Resolve Salvage & Fire (Americas), Inc. | | 1510 SE 17th Street | Suite 400 | | Fort Lauderdale | FL | 33316 | |
| ShipServ, Ltd | | Number 3, Chiswick Park | 566 Chiswick High Road | | London | | W4 5YA | United Kingdom |
| Tesoro Far East Maritime Company | | 19100 Ridgewood Parkway | | | San Antonio | | 78259 | |
| The Marcura Group | | Dubai Airport Free Zone | East Wing 6 #726 | PO Box 371364 | Dubai | | | United Arab Emirates |
| The Nordic Trustee | | Postboks 1470 Vika | | | Oslo | | 0116 | Norway |
| VALLS SHIP AGENCIES, LP | | PO BOX 2505 | | | CORPUS CHRISTI | TX | 78403 | |
| VALLS SHIP AGENCIES, LP | Valls Ship Agencies, LP | Jayshri Desai | 210 S. Carancahua | | Chorpus Christi | TX | 78401 | |
| Videotel Marine Asia Limited | | Room 401, Yu Sung Boon Building | 107-111 Des Voeux Road Central | | Hong Kong | | | China |
| Viking Life-Saving Equipment A/S | | Saedding Ringvej 13 | 6710 Esbjerg V | | Esbjerg | | | Denmark |
| VTE-FILTER GMBH | | HAN-BOCKLER RING 31 | 22851 NORDERSTEDT, GERMANY | | NORDERSTEDT | | | GERMANY |
| Wilhelmsen Ships Service AS | | Strandveien 20 | | | Lysaker | | 1366 | Norway |
| Wrist USA (Houston), Inc. | | 1485 East Sam Houston Parkway, Suite 100 | | | Pasadena | TX | 77503 | |

In re Primorsk International Shipping Limited,
Case No. 16-10073 (MG)                                                                 Page 2 of 2

**Exhibit C**

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| US Trustee | Office of The United States Trustee | Richard Morrissey Susan Arbeit | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York | NY | 10014 |

# **EXHIBIT D**

(Due to the confidential nature of this list, the Exhibit is not attached hereto and is on file with KCC)