Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――― x
:
In re                                                          :     Chapter 11
:
:     Case No. 16-10073 (MG)
PRIMORSK INTERNATIONAL SHIPPING          :
LIMITED, *et al.*,[1]                                   :     Jointly Administered
:
                                               Debtors.        :
―――――――――――――――――――――――― x

## NOTICE OF FILING OF REVISED EXHIBIT B TO PROPOSED SALE ORDER

**PLEASE TAKE NOTICE** that on July 5, 2016, Primorsk International Shipping

Limited and certain of its affiliated debtors and debtors-in-possession (collectively, the

"Debtors") filed the *Notice of Proposed Sale* Order [Docket No. 203], attaching as Exhibit A the

proposed *Order Authorizing (A) the Sale of the Debtors' Vessels Free and Clear of All Claims*

*and Interests, (B) the Assumption and Assignment of Certain Executory Contracts and*

---

[1] The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy", Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra", Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

*Unexpired Leases in Connection Therewith and (C) Wind-Down Expenditures and Distributions to Term Loan Lenders* (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors' proposed wind-down budget (the "Wind-Down Budget") was filed as Exhibit B to the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto Exhibit 1 is a revised Wind-Down Budget reflecting further discussions with the agents for the Debtors' prepetition lenders.

|   |   |
|---|---|
| Dated: July 7, 2016<br>New York, New York | */s/ Andrew G. Dietderich*<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>  gluecksteinb@sullcrom.com<br>  kranzleya@sullcrom.com<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

2

SC1:4171783.2

# EXHIBIT 1

## Revised Wind-Down Budget

***DRAFT***

**Primorsk International Shipping Limited**
**July Budget (Forecast #7)**
**($ USD)**

| Fiscal Period | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | 2016 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-4-5 Month | 7 | 7 | 7 | 7 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 17 weeks |
| Fiscal Week # | Week 28 | Week 29 | Week 30 | Week 31 | Week 32 | Week 33 | Week 34 | Week 35 | Week 36 | Week 37 | Week 38 | Week 39 | Week 40 | Week 41 | Week 42 | Week 43 | Week 44 | as of |
| Week Commencing | 04/07/2016 | 11/07/2016 | 18/07/2016 | 25/07/2016 | 01/08/2016 | 08/08/2016 | 15/08/2016 | 22/08/2016 | 29/08/2016 | 05/09/2016 | 12/09/2016 | 19/09/2016 | 26/09/2016 | 03/10/2016 | 10/10/2016 | 17/10/2016 | 24/10/2016 | 04/07/2016 |
| Week Ending | 10/07/2016 | 17/07/2016 | 24/07/2016 | 31/07/2016 | 07/08/2016 | 14/08/2016 | 21/08/2016 | 28/08/2016 | 04/09/2016 | 11/09/2016 | 18/09/2016 | 25/09/2016 | 02/10/2016 | 09/10/2016 | 16/10/2016 | 23/10/2016 | 30/10/2016 | |
| Forecast/Actual | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Total |
| **Total starting cash balance (exc Bond reserve account)** | 10,617,769 | 12,333,703 | 12,238,003 | 9,632,389 | 7,410,818 | 8,008,905 | 6,813,642 | 6,343,872 | 5,882,568 | 4,903,707 | 4,394,474 | 4,011,490 | 3,575,410 | 1,002,372 | 886,495 | 770,617 | 470,240 | 10,617,769 |
| **Cash receipts** | | | | | | | | | | | | | | | | | | |
| Vessels operating receipts | 3,945,905 | - | - | - | 3,756,999 | - | - | - | 1,123,226 | - | - | - | - | - | - | - | - | 8,826,130 |
| **Total cash receipts** | **3,945,905** | **-** | **-** | **-** | **3,756,999** | **-** | **-** | **-** | **1,123,226** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **8,826,130** |
| | | | | | | | | | | | | | | | | | | |
| **Cash disbursements** | | | | | | | | | | | | | | | | | | |
| Total Operating Expenses | (1,206,032) | (95,700) | (536,008) | - | (174,052) | (1,195,264) | (469,769) | (172,754) | (59,230) | (509,233) | (382,984) | (210,180) | (615,877) | (115,877) | (115,877) | (115,877) | (701,339) | (6,676,054) |
| Management fees | (641,700) | - | - | - | (502,200) | - | - | - | (486,000) | - | - | - | (502,200) | - | - | - | - | (2,132,100) |
| Legal & Professional fees - Co. side / US Trustee fee | (197,338) | - | (2,069,605) | (408,600) | (543,284) | - | - | (288,550) | (470,753) | - | - | (225,900) | (495,956) | - | - | (184,500) | (1,385,429) | (6,269,915) |
| Contingency | - | - | - | (1,000,000) | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,000,000) |
| Legal & Professional fees - Bank / Swap. side | (184,902) | - | - | - | (1,939,375) | - | - | - | (161,000) | - | - | - | (118,000) | - | - | - | (64,000) | (2,467,277) |
| **Total operating cash disbursements** | **(2,229,972)** | **(95,700)** | **(2,605,613)** | **(1,408,600)** | **(3,158,911)** | **(1,195,264)** | **(469,769)** | **(461,304)** | **(1,176,983)** | **(509,233)** | **(382,984)** | **(436,080)** | **(1,732,034)** | **(115,877)** | **(115,877)** | **(300,377)** | **(2,150,767)** | **(18,545,347)** |
| | | | | | | | | | | | | | | | | | | |
| **Net inflow/ (outflow) from operations** | **1,715,933** | **(95,700)** | **(2,605,613)** | **(1,408,600)** | **598,088** | **(1,195,264)** | **(469,769)** | **(461,304)** | **(53,756)** | **(509,233)** | **(382,984)** | **(436,080)** | **(1,732,034)** | **(115,877)** | **(115,877)** | **(300,377)** | **(2,150,767)** | **(9,719,216)** |
| Interest & Fees | - | - | - | (812,971) | - | - | - | - | (925,105) | - | - | - | (841,005) | - | - | - | - | (2,579,081) |
| | | | | | | | | | | | | | | | | | | |
| **Total ending cash balance (exc Bond reserve account)** | **12,333,703** | **12,238,003** | **9,632,389** | **7,410,818** | **8,008,905** | **6,813,642** | **6,343,872** | **5,882,568** | **4,903,707** | **4,394,474** | **4,011,490** | **3,575,410** | **1,002,372** | **886,495** | **770,617** | **470,240** | **(1,680,528)** | **(1,680,528)** |

**Assumptions**
First vessel handover starts in w/e 31 July 2016 and last vessel handover completed by w/e 25 Sept 2016 with all wind down costs paid by w/e 30 Oct 2016. Timing is subject to confirmation with the buyer and could change the budget
$500,000 of the AlixPartners success fee and $500,000 of S&C's historical fees for the period ended April 30, 2016 will be requested by AlixPartners and S&C only if approved by holders of a majority of the Junior Revolving Loan Facility
All rights are reserved with respect to the payment of interest to the second lien revolving lenders and the swap lenders for the duration of the wind down budget; such issues will be addressed in the context of an amended cash collateral order.