**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Primorsk International Shipping Limited

Case No. 16-10073 (MG)
Reporting Period: 7/1/2016 - 7/31/2016

**CORPORATE MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | yes | |
|    Copies of bank statements | | no | |
|    Cash disbursements journals | | yes | |
| Statement of Operations | MOR-2 | yes | |
| Balance Sheet | MOR-3 | yes | |
| Status of Post-petition Taxes | MOR-4 | no | n/a |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Accounts Payable | MOR-4 | yes | |
|    Listing of Trade Payable and Aging | | yes | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | yes | |
| Taxes Reconciliation and Aging | MOR-5 | no | n/a |
| Payments to Insiders and Professional | MOR-6 | yes | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | yes | |
| Debtor Questionnaire | MOR-7 | yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Primorsk International Shipping Limited

*/s/ Holly Felder Etlin*

Chief Restructuring Officer          Date 8/22/2016

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Primorsk International Shipping Limited

Case No. 16-10073 (MG)
Reporting Period: 7/1/2016 - 7/31/2016

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | Nordea London 7110 | Nordea Singapore 1902 | Nordea Oslo 4346 | Nordea Oslo (restricted) 3339 | Nordea Oslo 2318 | Nordea New York 3001* | Citibank 8968 | Nordea Singapore 1903 | Dormant Accounts | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | 5,927,303.95 | 3,777,279.09 | 42.18 | 0.00 | 100,605.79 | 97,993.50 | 103,900.57 | 702,617.09 | 514.40 | 10,710,256.57 |
| **RECEIPTS** | | | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | 5,200,000.00 | | | | | | | | 5,200,000.00 |
| DEPOSITS IN TRANSIT TO DIP ACCTS | | | 747,802.17 | | | | | | | 747,802.17 |
| CASH SALES | | | | | | | | | | 0.00 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | | | | | | 0.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | 4,856,909.79 | | | | | | 1,850.77 | | | 4,858,760.56 |
| LOANS AND ADVANCES | | | | | | | | | | |
| ADVANCE FROM NON-DEBTOR RELATED PARTY | | | | | | | | | | 0.00 |
| INTEREST INCOME | 9,090.55 | | | | 66.91 | | | | | 9,157.46 |
| TOTAL RECEIPTS | 4,866,000.34 | 5,200,000.00 | 747,802.17 | 0.00 | 66.91 | 0.00 | 1,850.77 | 0.00 | 0.00 | 10,815,720.19 |
| **DISBURSEMENTS** | | | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | -5,947,802.17 | | | | | | | | | -5,947,802.17 |
| LOAN INTEREST | | | -747,802.17 | | | | | | | -747,802.17 |
| AGENCY AND OTHER FEES (LOAN) | | -2,054.84 | | | | | | | | -2,054.84 |
| COMMUNICATIONS | | -15,296.68 | | | | | | | | -15,296.68 |
| PORT DISBURSEMENTS | | -7,952.32 | | | | | | | | -7,952.32 |
| STORES & SPARES | | -188,282.56 | | | | | | | | -188,282.56 |
| CREW EXPENSES | | -235,103.00 | | | | | | | | -235,103.00 |
| INSURANCE | | -298,155.47 | | | | | | | | -298,155.47 |
| COURIER FEES | | -859.22 | | | | | | | | -859.22 |
| CREW SALARIES | | -1,008,498.78 | | | | | | | | -1,008,498.78 |
| SALE RELATED EXPENSES | | -1,275.64 | | | | | | | | -1,275.64 |
| BANK CHARGES | | -3,154.58 | | | | | -500.00 | | -10.00 | -3,664.58 |
| REPAIR & MAINTANENCE | | -129,562.44 | | | | | | | | -129,562.44 |
| MANAGEMENT FEES | | -642,010.00 | | | | | | | | -642,010.00 |
| BROKER COMMISSION | | -58,596.11 | | | | | | | | -58,596.11 |
| AUDIT FEE | | | | | | | | | | 0.00 |
| OIL POLLUTION ACT RELATED EXPENSES | | | | | | | | | | 0.00 |
| NON-DEBTOR RELATED PARTY | | | | | | | | | | 0.00 |
| PROFESSIONAL FEES | | -2,078,024.05 | | | | | | | | -2,078,024.05 |
| U.S. TRUSTEE QUARTERLY FEES | | -67,275.00 | | | | | | | | -67,275.00 |
| COURT COSTS | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS | -5,947,802.17 | -4,736,100.69 | -747,802.17 | 0.00 | 0.00 | -500.00 | 0.00 | -10.00 | 0.00 | -11,432,215.03 |
| | | | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -1,081,801.83 | 463,899.31 | 0.00 | 0.00 | 66.91 | -500.00 | 1,850.77 | -10.00 | | -616,494.84 |
| | | | | | | | | | | |
| CASH – END OF MONTH | 4,845,502.12 | 4,241,178.40 | 42.18 | 0.00 | 100,672.70 | 97,493.50 | 105,751.34 | 702,607.09 | 514.40 | 10,093,761.73 |

**THE FOLLOWING SECTION MUST BE COMPLETED**

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 11,432,215.03 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | -5,947,802.17 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 5,484,412.86 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re Primorsk International Shipping Limited**                                                     **Case No. 16-10073 (MG)**
                                                                                                       **Reporting Period: 7/1/2016 - 7/31/2016**

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (CONTINUED)**

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| Primorsk and Related Cases | Disbursements | | | | |
| Case Name & No. | July | August | September | Subtotal | Est Qtr Fees |
|---|---|---|---|---|---|
| Jixandra Shipping Limited 16-10076 (MG) | 376,720.23 | | | 376,720.23 | |
| Levaser Navigation Limited 16-10077 (MG) | 346,311.03 | | | 346,311.03 | |
| Prylotina Shipping Limited 16-10080 (MG) | 357,823.19 | | | 357,823.19 | |
| Laperouse Shipping Limited 16-10079 (MG) | 364,021.43 | | | 364,021.43 | |
| Hermine Shipping Limited 16-10078 (MG) | 336,851.66 | | | 336,851.66 | |
| Boussol Shipping Limited 16-10074 (MG) | 339,424.78 | | | 339,424.78 | |
| Malthus Navigation Limited 16-10075 (MG) | 411,850.61 | | | 411,850.61 | |
| Baikal Shipping Ltd 16-10081 (MG) | 397,955.50 | | | 397,955.50 | |
| Vostok Navigation Ltd 16-10082 (MG) | 456,745.54 | | | 456,745.54 | |
| PISL 16-10073 (MG) | 2,096,708.89 | | | 2,096,708.89 | |
| **Total** | **5,484,412.86** | - | - | **5,484,412.86** | - |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Primorsk International Shipping Limited                                 Case No. 16-10073 (MG)
                                                                              Reporting Period: 7/1/2016 -7/31/2016

### STATEMENT OF OPERATIONS  (Income Statement)

| REVENUES | July | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Gross Revenues | 5,481,500.00 | 34,685,692.86 |
| Less:  Off-hire |  | -24,770.53 |
| Net Revenue | 5,481,500.00 | 34,660,922.33 |
| **OPERATING EXPENSES** |  |  |
| Crew earnings | 817,791.58 | 5,366,369.15 |
| Crew costs - other |  | 0.00 |
| Crew expenses | 119,667.67 | 1,224,554.05 |
| Stores | 101,805.91 | 930,573.32 |
| Insurance H&M | 43,815.66 | 282,513.47 |
| Insurance P&I | 156,064.74 | 450,149.77 |
| Insurance LOH |  | 13,125.00 |
| Insurance - mortgage interest | 3,294.24 | 25,628.54 |
| Other insurance cost | 6,894.46 | 11,041.92 |
| Repairs and Maintenance | 61,664.38 | 702,808.79 |
| Spare parts expenses | 55,256.63 | 697,125.01 |
| Port expenses | 12,456.59 | 95,777.18 |
| Agents expenses and commissions | 68,283.61 | 444,341.14 |
| Bunker consumption |  | 7,181.80 |
| Manning fee | 15,540.00 | 101,797.94 |
| Other vessel expenses | 11,020.12 | 199,036.41 |
| Tonnage and other taxes | 29,829.14 | 49,745.58 |
| Legal and professional fee | 24,287.45 | 153,284.99 |
| Management fees | 642,010.00 | 4,121,290.00 |
| Total Operating Expenses Before Depreciation | 2,169,682.18 | 14,876,344.06 |
| Vessel depreciation and drydocking amortisation |  | 7,287,384.09 |
| Net Profit (Loss) Before Other Income & Expenses | 3,311,817.82 | 12,497,194.18 |
| **OTHER INCOME AND EXPENSES** |  |  |
| Other Income *(attach schedule)* | 9,158.69 | 98,257.92 |
| Interest Expense and Other Financial Charges* | 781,669.70 | 9,036,810.90 |
| Other Expense *(attach schedule)* | 2,698.61 | 37,146.46 |
| Net Profit (Loss) Before Reorganization Items | 2,536,608.20 | 3,521,494.74 |
| **REORGANIZATION ITEMS** |  |  |
| Professional Fees | 807,126.29 | 5,574,204.45 |
| U. S. Trustee Quarterly Fees | 67,275.00 | 121,550.00 |
| Sale related expenses | 10,113.00 | 154,861.27 |
| Fleet impairment charges | 69,173,267.56 | 69,173,267.56 |
| Other Reorganization Expenses *(attach schedule)* |  |  |
| Total Reorganization Expenses | 70,057,781.85 | 75,023,883.28 |
| Income Taxes |  |  |
| Net Profit (Loss) | -67,521,173.65 | -71,502,388.54 |

*Interest Expense and Other Financial Charges includes amounts due to legal and other advisors for the Bank Group.  See MOR-6 for expense detail.

OTHER EXPENSE

| Bank charges | 568.00 | 4,304.21 |
|---|---|---|
| Exchange loss | 2,130.61 | 32,125.96 |
| Courier fees |  | 716.29 |
| Total other expenses | 2,698.61 | 37,146.46 |

OTHER INCOME

| Insurance related income |  | 41,188.23 |
|---|---|---|
| Liabilities written off |  | 47,791.00 |
| Interest income | 9,158.69 | 9,278.69 |
| Total other gain/loss | 9,158.69 | 98,257.92 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Primorsk International Shipping Limited

Case No. 16-10073 (MG)
Reporting Period: 7/1/2016 - 7/31/2016

## BALANCE SHEET

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE AT PETITION DATE* |
|---|---:|---:|---:|
| *CURRENT ASSETS* | | | |
| Cash on Hand and with Masters | 75,891.84 | 98,956.68 | 70,397.62 |
| Unrestricted Cash and Equivalents | 9,993,761.73 | 10,610,256.57 | 6,323,287.39 |
| Restricted Cash and Cash Equivalents | 100,000.00 | 100,000.00 | 1,600,818.18 |
| Accounts Receivable (Net) | 2,892,463.10 | 4,161,292.03 | 1,821,576.90 |
| Inventories | 886,499.64 | 943,503.63 | 992,807.32 |
| Prepaid Expenses | 316,296.94 | 281,585.76 | 171,968.77 |
| Professional Retainers | 871,559.47 | 871,559.47 | 1,283,106.08 |
| Assets Held for Sale** | 212,695,138.73 | 0.00 | 0.00 |
| *TOTAL CURRENT ASSETS* | 227,831,611.45 | 17,067,154.14 | 12,263,962.26 |
| *PROPERTY & EQUIPMENT* | | | |
| Vessels** | 0.00 | 281,868,406.29 | 288,435,525.67 |
| Less:  Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | 0.00 | 281,868,406.29 | 288,435,525.67 |
| *OTHER ASSETS* | | | |
| Balance Receivable from Holding Company | 1,002,063.40 | 1,002,063.40 | 1,002,063.40 |
| Balance Receivable from Related Parties | 2,118,409.64 | 2,113,833.00 | 2,113,833.00 |
| Investments in subsidiaries | 4,428.00 | 4,428.00 | 4,428.00 |
| *TOTAL OTHER ASSETS* | 3,124,901.04 | 3,120,324.40 | 3,120,324.40 |
| **TOTAL ASSETS** | 230,956,512.49 | 302,055,884.83 | 303,819,812.33 |

| LIABILITIES AND STOCKHOLDERS EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE AT PETITION DATE* |
|---|---:|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | 669,349.78 | 849,991.72 | 917,316.73 |
| Deferred Charter Hire Income | 3,577,400.00 | 5,471,500.00 | 4,967,700.00 |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | 790,941.84 | 1,022,186.00 | 807,121.37 |
| Balance Payable to Related Party | 499,960.00 | 499,960.00 | 335,219.68 |
| Professional Fees | 522,299.94 | 1,795,467.70 | 0.00 |
| Amounts Due to Insiders*** | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 6,059,951.56 | 9,639,105.42 | 7,027,357.78 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Senior Secured Debt | 194,269,474.30 | 194,269,474.30 | 194,269,474.30 |
| Junior Secured Debt | 51,624,999.60 | 51,624,999.60 | 51,624,999.60 |
| Swap Loan | 16,400,988.00 | 16,400,988.00 | 16,400,988.00 |
| Bonds | 80,868,076.98 | 80,868,076.98 | 80,868,076.98 |
| Balance payable to Related Party | 7,723,948.00 | 7,723,948.00 | 7,723,948.00 |
| Other Pre-Petition Liabilities | 103,004.49 | 102,049.32 | 150,289.00 |
| *TOTAL PRE-PETITION LIABILITIES* | 350,990,491.37 | 350,989,536.20 | 351,037,775.88 |
| *TOTAL LIABILITIES* | 357,050,442.93 | 360,628,641.62 | 358,065,133.66 |
| *OWNERS' EQUITY* | | | |
| Owner's Equity Account | 2,118.40 | 2,118.40 | 2,118.40 |
| Retained Earnings - Pre-Petition | -54,593,660.30 | -54,593,660.30 | -54,593,660.30 |
| Retained Earnings - Post-petition | -71,502,388.54 | -3,981,214.89 | 346,220.57 |
| *NET OWNERS' EQUITY* | -126,093,930.44 | -58,572,756.79 | -54,245,321.33 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 230,956,512.49 | 302,055,884.83 | 303,819,812.33 |

\* Balance Sheet is as of 1/31/2016.  Petition Date is 1/15/31.
\*\* Subsequent to the auction held on 6/30/2016, the bankruptcy court has authorized the sale of vessels to the Successful Bidder for $215 million in aggregate. As of July, the vessels are shown as Assets Held for Sale at the sales price of $215 million net of commission and sale related expenses.

\*\*\* "Insider" is defined in 11 U.S.C. Section 101(31).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Primorsk International Shipping Limited

Case No. 16-10073 (MG)
Reporting Period: 7/1/2016 - 7/31/2016

**ACCOUNTS PAYABLE**

| | |
|---|---|
| TOTAL ACCOUNTS PAYABLE | 669,349.78 |
| TRADE PAYABLE | 512,377.01 |
| TRADE ACCRUAL | 156,972.77 |

**LISTING OF TRADE PAYABLE AND AGING**

| Creditor | Not Yet Due | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|---|
| CTC Reporting Branch | 4,874.55 | 0.00 | 0.00 | 0.00 | 0.00 | 4,874.55 |
| Commonwealth Freight Services Pte Ltd | 0.00 | 2,543.62 | 79.69 | 0.00 | 0.00 | 2,623.31 |
| DHL Express | 1,431.61 | 96.40 | 0.00 | 0.00 | 0.00 | 1,528.01 |
| Draeger Singapore | 265.42 | 0.00 | 0.00 | 0.00 | 0.00 | 265.42 |
| East Coast Ship Supply | 0.00 | 5,296.36 | 0.00 | 0.00 | 0.00 | 5,296.36 |
| International Paint Singapore Pte Ltd | 9,767.76 | 0.00 | 0.00 | 0.00 | 0.00 | 9,767.76 |
| IST Marine Supplies BV | 100.88 | 0.00 | 252.25 | 0.00 | 0.00 | 353.13 |
| KCC Ltd | 0.00 | 899.00 | 0.00 | 0.00 | 0.00 | 899.00 |
| Lankhorst Touwfabrieken Bv | 0.00 | 3,029.46 | 0.00 | 0.00 | 0.00 | 3,029.46 |
| Lloyd's Register Asia | 637.60 | 0.00 | 0.00 | 0.00 | 0.00 | 637.60 |
| MAN Diesel & TURBO | 5,395.29 | 1,226.61 | 0.00 | 0.00 | 0.00 | 6,621.90 |
| Neko Ship Supply BV | 14,043.04 | 7,679.83 | 528.94 | 0.00 | 0.00 | 22,251.81 |
| Ocean Marine Korea | 0.00 | 0.00 | 23.34 | 0.00 | 0.00 | 23.34 |
| Pacific Central Teknik | 398.85 | 0.00 | 0.00 | 0.00 | 0.00 | 398.85 |
| TNT | 698.73 | 58.84 | 0.00 | 0.00 | 0.00 | 757.57 |
| DRAGER NEDERLAND | 0.00 | 744.79 | 0.00 | 0.00 | 0.00 | 744.79 |
| Wartsila | 4,752.94 | 0.00 | 0.00 | 0.00 | 0.00 | 4,752.94 |
| Wrist Ship Supply | 0.00 | 16,058.74 | 0.00 | 0.00 | 0.00 | 16,058.74 |
| INMARSAT | 0.00 | 15,907.84 | 0.00 | 0.00 | 0.00 | 15,907.84 |
| Oscar Marine Services | 4,039.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,039.00 |
| GLOBAL NAVIGATION SOLUTIONS | 797.19 | 0.00 | 0.00 | 0.00 | 0.00 | 797.19 |
| Gart Grupp | | 15,649.73 | 0.00 | 0.00 | 0.00 | 15,649.73 |
| Legero Holland | 17,500.89 | 2,041.71 | 0.00 | 182.38 | 0.00 | 19,724.98 |
| Legero International (Singapore) Pte Ltd | 1,501.81 | 284.80 | 0.00 | 0.00 | 0.00 | 1,786.61 |
| Alere Toxicology | 1,356.94 | 0.00 | 0.00 | 0.00 | 0.00 | 1,356.94 |
| Primorsk Shipping Corporation | 34,051.35 | 3,521.09 | 0.00 | 0.00 | 0.00 | 37,572.44 |
| LFA Global | 430.01 | 112.61 | 0.00 | 0.00 | 0.00 | 542.62 |
| Macgregor Hatlapa | 447.73 | 0.00 | 0.00 | 0.00 | 0.00 | 447.73 |
| TTS Singapore | 233.61 | 538.17 | 0.00 | 0.00 | 0.00 | 771.78 |
| Prisco Training Center | 5,663.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,663.00 |
| DH MARINE TECH | 2,070.43 | 572.52 | 0.00 | 0.00 | 0.00 | 2,642.95 |
| Winners Marine | 341.89 | 117.00 | 0.00 | 0.00 | 0.00 | 458.89 |
| Alliance Supply Management | 3,182.12 | 0.00 | 0.00 | 0.00 | 0.00 | 3,182.12 |
| GULF OIL MARINE LTD SINGAPORE BRANCH | 9,442.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9,442.50 |
| Korea Marine Service | 802.60 | 520.00 | 0.00 | 0.00 | 0.00 | 1,322.60 |
| Wrist Far East (Singapore) Pte Ltd | 0.00 | 4,154.40 | 0.00 | 0.00 | 0.00 | 4,154.40 |
| SEA SERVICES (2002) LTD | 0.00 | 0.00 | 0.00 | 0.00 | -9.40 | -9.40 |
| Viking Life-Saving Equipment | 9,159.00 | 7,537.00 | 0.00 | 0.00 | 0.00 | 16,696.00 |
| Eureka Control Systems | 778.47 | 0.00 | 0.00 | 0.00 | 0.00 | 778.47 |
| Global Marine Safety Singapore | 2,110.69 | 340.00 | 0.00 | 0.00 | 0.00 | 2,450.69 |
| Hi-Air Korea | 760.00 | 216.00 | 149.00 | 0.00 | 0.00 | 1,125.00 |
| Global Maritime and Offshore Travel | 10,112.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,112.00 |
| Department of Mechant Shipping | 726.28 | 0.00 | 0.00 | 0.00 | 0.00 | 726.28 |
| PUERTO Y BAHIA, SL | 0.00 | 0.00 | 0.00 | 0.00 | -128.42 | -128.42 |
| MORSVIAZSPUTNIK | 10.58 | 10.53 | 1.09 | 0.00 | 0.00 | 22.20 |
| RUSH ENTERPRISE FOR MARINE SERVICE | 250.10 | 0.00 | 0.00 | 0.00 | 0.00 | 250.10 |
| MEDPOOL | 25,002.45 | 0.00 | 0.00 | 0.00 | 0.00 | 25,002.45 |
| KET MARINE INTERNATIONAL BV | 907.27 | 0.00 | 0.00 | 0.00 | 0.00 | 907.27 |
| Dintec (Singapore) Pte Ltd | 1,766.64 | 0.00 | 0.00 | 0.00 | 0.00 | 1,766.64 |
| OS Marine Company | 314.00 | 0.00 | 0.00 | 0.00 | 0.00 | 314.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Primorsk International Shipping Limited

Case No. 16-10073 (MG)
Reporting Period: 7/1/2016 - 7/31/2016

**ACCOUNTS PAYABLE**

| | |
|---|---:|
| TOTAL ACCOUNTS PAYABLE | 669,349.78 |
| TRADE PAYABLE | 512,377.01 |
| TRADE ACCRUAL | 156,972.77 |

**LISTING OF TRADE PAYABLE AND AGING**

| Creditor | Not Yet Due | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---:|---:|---:|---:|---:|---:|
| AST Connections | 121.44 | 0.00 | 0.00 | 0.00 | 0.00 | 121.44 |
| Asset Maritime Security Services | 15,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,150.00 |
| BASCOME LIMITED | 15,560.45 | 0.00 | 0.00 | 0.00 | 0.00 | 15,560.45 |
| Golden Ocean Marine Services | 744.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 |
| Rolls-Royce Marine Benelux | 0.00 | 801.74 | 0.00 | 0.00 | 0.00 | 801.74 |
| Klinger BV | 330.28 | 0.00 | 0.00 | 0.00 | 0.00 | 330.28 |
| Sparecode | 2,721.26 | 0.00 | 0.00 | 0.00 | 0.00 | 2,721.26 |
| Maritime Holding Ltd | 30,542.29 | 0.00 | 0.00 | 0.00 | 0.00 | 30,542.29 |
| Neko Ship Supply Spain | 1,356.34 | 0.00 | 0.00 | 0.00 | 0.00 | 1,356.34 |
| ISS Dubai | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| LBH Global Agencies | 0.00 | 85.82 | 0.00 | 0.00 | 0.00 | 85.82 |
| Samjin Steamship | 0.00 | 2,234.95 | 0.00 | 0.00 | 0.00 | 2,234.95 |
| T. Parker Host | 0.00 | 36.00 | 0.00 | 0.00 | 0.00 | 36.00 |
| Moran Shipping Agencies | 2,664.23 | 0.00 | 0.00 | 0.00 | 0.00 | 2,664.23 |
| Sea Invest Shipping Agency | 0.00 | 1,130.24 | 0.00 | 0.00 | 0.00 | 1,130.24 |
| LBH Belgium | 0.00 | 2,148.85 | 0.00 | 0.00 | 0.00 | 2,148.85 |
| ELNET MARITIME | 0.00 | 0.00 | 0.00 | 30.18 | 0.00 | 30.18 |
| Leth Danish Straights | 958.81 | 0.00 | 0.00 | 0.00 | 0.00 | 958.81 |
| Valls Ship Agencies | 0.00 | 253.00 | 0.00 | 0.00 | 0.00 | 253.00 |
| SDK Shipping AB | 365.28 | 0.00 | 0.00 | 0.00 | 0.00 | 365.28 |
| ITWF | 15,893.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,893.00 |
| Liberian International Ship and Corporate Registry | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 |
| Marine Workers Union ZASHCHITA | 11,919.73 | 0.00 | 0.00 | 0.00 | 0.00 | 11,919.73 |
| Maritime Insurance Solutions | 7,593.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,593.00 |
| Nordea Oslo | 461.73 | 0.00 | 0.00 | 0.00 | 0.00 | 461.73 |
| ALLIANZ ROSNO LIFE LTD | 7,501.56 | 0.00 | 0.00 | 0.00 | 0.00 | 7,501.56 |
| Prisco Med | 3,879.38 | 0.00 | 0.00 | 0.00 | 0.00 | 3,879.38 |
| Survey Association of 1914 | 0.00 | 8,593.00 | 0.00 | 0.00 | 0.00 | 8,593.00 |
| West of England Ship Owners | 65,785.19 | 0.00 | 0.00 | 0.00 | 0.00 | 65,785.19 |
| Crowe Horwath LLP | 22,395.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,395.00 |
| BNP Paribas | 2,270.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,270.00 |
| RS Platou | 0.00 | 0.00 | 0.00 | 14,121.46 | 0.00 | 14,121.46 |
| CLARKSONS PLATOU ASIA PTE LTD | 0.00 | 0.00 | 0.00 | 5,017.66 | 0.00 | 5,017.66 |
| **Total** | **387,688.19** | **104,440.65** | **1,034.31** | **19,351.68** | **-137.82** | **512,377.01** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Primorsk International Shipping Limited

Case No. 16-10073 (MG)
Reporting Period: 7/1/2016 - 7/31/2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 4,161,292.03 |
| Plus: Amounts billed during the period | 3,588,080.86 |
| Less: Amounts collected during the period | -4,856,909.79 |
| Total Accounts Receivable at the end of the reporting period | 2,892,463.10 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 2,892,463.10 | | | | 2,892,463.10 |
| 31 - 60 days old | | 0.00 | | | 0.00 |
| 61 - 90 days old | | | 0.00 | | 0.00 |
| 91+ days old | | | | 0.00 | 0.00 |
| Total Accounts Receivable | 2,892,463.10 | 0.00 | 0.00 | 0.00 | 2,892,463.10 |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | 2,892,463.10 | 0.00 | 0.00 | 0.00 | 2,892,463.10 |

Notes: Amounts shown in Net Accounts Receivable were in transit at month end and have since been received.

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Primorsk International Shipping Limited

Case No. 16-10073 (MG)
Reporting Period: 7/1/2016 - 7/31/2016

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Prisco (Singapore) Pte Ltd | Management Fee | 642,010.00 | 3,199,210.00 |
| Primorsk Shipping Corporation | Crew related | 37,307.40 | 255,855.05 |
| Prisco Training Centre | Crew related | 5,589.00 | 81,792.00 |
| Prisco Med | Crew related | 6,286.89 | 39,565.68 |
| Prisco (Singapore) Pte Ltd | Commission | 58,596.11 | 321,846.18 |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS TO INSIDERS | 749,789.40 | 3,898,268.91 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING | PROFESSIONAL FEES & EXPENSES | CURRENT MONTH PAYMENT | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| AP Services LLC | 2/18/2016 | 2,009,375.05 | 333,866.95 | 2,009,375.05 | 0.00 |
| Sullivan & Cromwell LLP | 2/18/2016 | 3,031,340.35 | 1,737,237.02 | 2,514,458.37 | 516,881.98 |
| Kurtzman Carson Consultants LLC | 1/21/2016 | 121,942.52 | 6,920.08 | 116,524.56 | 5,417.96 |
| **Total under retention orders** | | **5,162,657.92** | **2,078,024.05** | **4,640,357.98** | **522,299.94** |
| White & Case LLP | | 2,363,729.06 | | 2,363,729.06 | 0.00 |
| Stephenson Harwood LLP | | 369,882.77 | | 369,882.77 | 0.00 |
| Lazard | | 658,615.83 | | 658,615.83 | 0.00 |
| Norton Rose LLP | | 118,472.89 | | 118,472.89 | 0.00 |
| Luskin, Stern & Eisler | | 130,440.05 | | 128,170.05 | 2,270.00 |
| **Total** | | **8,803,798.52** | **2,078,024.05** | **8,279,228.58** | **524,569.94** |

**POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Senior Secured Debt | | 541,519.14 | |
| Junior Secured Debt | | 206,283.03 | |
| Swap Loan | | 0.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | 747,802.17 | |

MOR-6

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Primorsk International Shipping Limited	Case No. 16-10073 (MG)
Reporting Period: 7/1/2016 - 7/31/2016

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| Is the Debtor delinquent in paying any insurance premium payment? | | x |
| Have any payments been made on pre-petition liabilities this reporting period? | See Note | |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| Are any post petition payroll taxes past due? | | x |
| Are any post petition State or Federal income taxes past due? | | x |
| Are any post petition real estate taxes past due? | | x |
| Are any other post petition taxes past due? | | x |
| Have any pre-petition taxes been paid during this reporting period? | | x |
| Are any amounts owed to post petition creditors delinquent? | | x |
| Are any wage payments past due? | | x |
| Have any post petition loans been been received by the Debtor from any party? | | x |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

Note: Interest on secured debt and other prepetition amounts were paid subject to First Day Motions.