Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | Chapter 11 |
| PRIMORSK INTERNATIONAL SHIPPING LIMITED, *et al.*,[1] | Case No. 16-10073 (MG) |
| Debtors. | Jointly Administered |

---

## AGENDA FOR SEPTEMBER 20, 2016 HEARING[2]

**Time and Date of Hearing:**    September 20, 2016 at 10:00 a.m. (ET)

**Location of Hearing:**    Honorable Martin Glenn, United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

**Copies of Pleadings:**    A copy of each pleading can be viewed (a) for a fee on the Court's website at www.ecf.uscourts.gov, and (b) free of charge on the website

---

[1]    The Debtors in these chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Primorsk International Shipping Limited (Cyprus), Boussol Shipping Limited (Cyprus) (6402) – m/t "Zaliv Amerika", Malthus Navigation Limited (Cyprus) (6401) – m/t "Zaliv Amurskiy", Jixandra Shipping Limited (Cyprus) (6168) – m/t "Prisco Alexandra", Levaser Navigation Limited (Cyprus) (0605) – m/t "Prisco Ekaterina", Hermine Shipping Limited (Cyprus) (0596) – m/t "Prisco Irina", Laperouse Shipping Limited (Cyprus) (0603) – m/t "Prisco Elizaveta", Prylotina Shipping Limited (Cyprus) (6085) – m/t "Prisco Elena", Baikal Shipping Ltd (Liberia) (6592) – m/t "Zaliv Baikal" and Vostok Navigation Ltd (Liberia) (1745) – m/t "Zaliv Vostok".

[2]    Any party who wishes to listen to the hearing telephonically may do so by contacting CourtCall, LLC at 888-882-6878 (see instructions attached hereto as Exhibit A).

SC1:4230525.2

of the Debtors' proposed claims and noticing agent, Kurtzman Carson
Consultants, at www.kccllc.net/primorsk.

1.      "Plan Confirmation" – Joint Chapter 11 Plan of Liquidation of Primorsk International
Shipping Limited and Its Debtor Affiliates [Docket No. 235]

Related Filings:

   a)   Disclosure Statement for Debtors' Joint Plan of Liquidation Under Chapter 11 of
        the Bankruptcy Code [Docket No. 236]

   b)   Debtors' Motion for an Order (I) Approving the Disclosure Statement;
        (II) Establishing a Voting Record Date for the Plan; (III) Approving Solicitation
        Packages and Procedures for the Distribution Thereof; (IV) Approving the Forms
        of Ballots; (V) Establishing Procedures for Voting on the Plan; and
        (VI) Establishing Notice and Objection Procedures for the Confirmation of the
        Plan [Docket No. 237]

   c)   Debtors' *Ex Parte* Motion for an Order Shortening Notice with Respect to the
        Debtors' Motion for an Order (I) Approving the Disclosure Statement;
        (II) Establishing a Voting Record Date for the Plan; (III) Approving Solicitation
        Packages and Procedures for the Distribution Thereof; (IV) Approving the Forms
        of Ballots; (V) Establishing Procedures for Voting on the Plan; and
        (VI) Establishing Notice and Objection Procedures for the Confirmation of the
        Plan [Docket No. 238]

   d)   Order Shortening Notice with Respect to the Debtors' Motion for an Order
        (I) Approving the Disclosure Statement; (II) Establishing a Voting Record Date
        for the Plan; (III) Approving Solicitation Packages and Procedures for the
        Distribution Thereof; (IV) Approving the Forms of Ballots; (V) Establishing
        Procedures for Voting on the Plan; and (VI) Establishing Notice and Objection
        Procedures for the Confirmation of the Plan [Docket No. 239]

   e)   Notice of Disclosure Statement Hearing [Docket No. 240]

   f)   Order (I) Approving the Disclosure Statement; (II) Establishing a Voting Record
        Date for the Plan; (III) Approving Solicitation Packages and Procedures for the
        Distribution Thereof; (IV) Approving the Forms of Ballots; (V) Establishing
        Procedures for Voting on the Plan; and (VI) Establishing Notice and Objection
        Procedures for the Confirmation of the Plan [Docket No. 248]

   g)   Disclosure Statement for Debtors' Joint Plan of Liquidation Under Chapter 11 of
        the Bankruptcy Code [Solicitation Version] [Docket No. 249]

   h)   Plan Supplement Notice [Docket No. 252]

2

i)  Affidavit of Service of Andres Estrada re: Documents Served on August 26, 2016 [Docket No. 255]

j)  Declaration of Andres A. Estrada on Behalf of Kurtzman Carson Consultants LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting Joint Chapter 11 Plan of Liquidation of Primorsk International Shipping Limited and Its Debtor Affiliates [Docket No. 265]

k)  Supplemental Declaration of Andres A. Estrada on Behalf of Kurtzman Carson Consultants LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting Joint Chapter 11 Plan of Liquidation of Primorsk International Shipping Limited and Its Debtor Affiliates [Docket No. 271]

l)  Notice of Filing of Revised Joint Chapter 11 Plan of Liquidation of Primorsk International Shipping Limited and its Debtor Affiliates [Docket No. 272]

m)  Declaration of Holly Felder Etlin in Support of Confirmation of the Joint Chapter 11 Plan of Liquidation of Primorsk International Shipping Limited and its Debtor Affiliates [Docket No. 273]

n)  Debtors' Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Liquidation of Primorsk International Shipping Limited and its Debtor Affiliates [Docket No. 274]

o)  Notice of Filing of Proposed Findings of Fact, Conclusions of Law and Order Confirming the Joint Chapter 11 Plan of Liquidation of Primorsk International Shipping Limited and its Debtor Affiliates [Docket No. 275]

Status: This matter will be going forward.

2.    "Tesoro Charter Assignment" – Notice of Proposed Assumption and Assignment to Myrtle Marine Incorporated of a Time Charter [Docket No. 256]

Related Filings:

a)  Objection of Tesoro Far East Maritime Company to Assumption and Assignment of Charter Party [Docket No. 258]

b)  Response of Myrtle Marine Incorporated to Objection of Tesoro Far East Maritime Company to Assumption and Assignment of Charter Party and In Support of Proposed Assumption and Assignment [Docket No 268]

c)  Declaration of Sergey Popravko [Docket No 269]

SC1:4230525.2

d) Declaration of Mark D. Wilson in Support of Objection of Tesoro Far East Maritime Company to Assumption and Assignment of Charter Party [Docket No. 270]

e) Debtors' Response and Joinder to Response of Myrtle Marine Incorporated to Objection of Tesoro Far East Maritime Company to Assumption and Assignment of Charter Party and In Support of Proposed Assumption and Assignment [Docket No. 276]

f) Declaration of Holly Felder Etlin in Support of Debtors' Response and Joinder to Response of Myrtle Marine Incorporated to Objection of Tesoro Far East Maritime Company to Assumption and Assignment of Charter Party and In Support of Proposed Assumption and Assignment [Docket No. 277]

Dated: September 16, 2016
New York, New York

/s/ Andrew G. Dietderich
Andrew G. Dietderich
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:    dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel to the Debtors and Debtors-in-Possession*

## EXHIBIT A

## CourtCall Instructions

# TELEPHONIC COURT APPEARANCES

Telephonic appearances at court hearings are permitted in certain circumstances.  Court approval has been granted for listen-only lines in this case, but **prior approval must be obtained from the chambers of the Honorable Martin Glenn for those wishing to appear and be heard telephonically.**  A request may be made to the chambers of the Honorable Martin Glenn at (212) 284-4551.

**Under no circumstances may any participant record or broadcast the proceedings conducted in the U.S. Bankruptcy Court for the Southern District of New York.**

The authorized teleconference call company is CourtCall, LLC.  CourtCall, LLC has been awarded a Master License Agreement effective March 20, 2006 by the Administrative Office of the U.S. Courts.  CourtCall, LLC charges a fee for the service and it is the responsibility of counsel to be aware of teleconference call company's services, procedures and fees.

When making reservations for a teleconference hearing with a judge, the following information must be provided:

> a. Case Name and Number
> b. Name of Judge
> c. Hearing date and time
> d. Parties, address, phone number of participant/attorney
> e. Parties whom participant represents
> f. Particular pleading submitted by the participant, and matter on which participant wishes to be heard; or whether the participant intends to monitor the proceeding in "listen-only" mode.

The hearing may initially be in a listening mode until your case is called.  Once your call is connected to the courtroom, the judge will call the case, request appearances and direct the manner in which the hearing will proceed.

To ensure the quality of the record, the use of car phones, cellular phones, digital speaker phones, or any phones in public places is prohibited.

If you obtain approval from the chambers of the Honorable Martin Glenn to appear telephonically and have a live-line, each time you speak, you must identify yourself for the record.

If you obtain prior approval from the chambers of the chambers of the Honorable Martin Glenn and schedule a telephonic appearance, and then fail to respond to the calendar call, the court may pass the matter or may treat the failure to respond as a failure to appear.

Individuals making use of the conference call service are cautioned that they do so at their own risk.

**FEES**

The fee for telephonic appearance is fixed by the selected conference call service.  The requesting party is responsible for negotiating the fees with the company.  CourtCall, LLC will bill the counsel who contracts the service, not the court.  The court is not responsible for any fees connected with a teleconference hearing.

2

# TELEPHONIC COURT APPEARANCE PROVIDER

**CourtCall, LLC**
6383 Arizona Circle
Los Angeles, CA 90045
http://courtcall.com/

## Court Conference Contacts

Telephone Number:    (866) 582-6878

Fax Number:             (866) 533-2946

## General Assistance

Telephone Numbers:  (310) 342-0888
                              (888) 882-6878

Fax Numbers:            (310) 743-1850
                              (888) 883-2946

SC1:4230525.2